

# Case Information

---

Case Number: 22-CA-002047

Uniform Case Number: 292022CA002047A001HC

DAY, ROY ANDERSON vs GEICO GENERAL INSURANCE COMPANY

---

🔒 Icon Keys    📖 Summary    👥 Parties    📑 Events\Documents    📅 Hearings    💲 Financial

📁 File Location    📘 Related Cases

---

Filter Events Dates:

| From |
|---|
| |

| To |
|---|
| |

Filter ▼

Show [100 ▼] entries   [Column visibility] [CSV]

Search: [_____]

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| ⬇ | 64 | 08/25/2022 | AGREED ORDER | GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME | 📝 | 🛒 |
| ⬇ | 62 | 08/24/2022 | NOTICE OF APPEARANCE | | 📝 | 🛒 |
| | 63 | 08/24/2022 | MOTION FOR ENLARGEMENT OF TIME | | 📝 | 🛒 |
| ⬇ | 57 | 06/16/2022 | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) | | 📝 | 🛒 |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| ⬇ | 58 | 06/16/2022 | LETTER TO CLERK FROM | ROY A. DAY | | |
| ⬇ | 59 | 06/16/2022 | E-FILED CIVIL INDIGENT APPLICATION/FEE WAIVER | | | |
| | 60 | 06/16/2022 | DUPLICATE AFFIDAVIT FOR INDIGENT STATUS | THE APPLICATION WAS APPROVE INDIGENT 03/14/22 | | |
| ⬇ | 61 | 06/16/2022 | E-FILED SUMMONS ISSUED | X1 | | |
| ⬇ | 33 | 06/06/2022 | AMENDED COMPLAINT | - 8TH - NO COS / EXHIBITS ATTACHED | | |
| ⬇ | 34 | 06/06/2022 | ATTACHMENT | FILING #- 150920417 | | |
| ⬇ | 35 | 06/06/2022 | ATTACHMENT | FILING #- 150920417 | | |
| ⬇ | 36 | 06/06/2022 | ATTACHMENT | FILING #- 150920417 | | |
| ⬇ | 37 | 06/06/2022 | ATTACHMENT | FILING #- 150920417 | | |
| ⬇ | 38 | 06/06/2022 | ATTACHMENT | FILING #- 150920417 | | |
| ⬇ | 39 | 06/06/2022 | ATTACHMENT | FILING #- 150920417 | | |
| ⬇ | 40 | 06/06/2022 | ATTACHMENT | FILING #- 150920417 | | |
| ⬇ | 41 | 06/06/2022 | ATTACHMENT | FILING #- 150920417 | | |
| ⬇ | 42 | 06/06/2022 | ATTACHMENT | FILING #- 150920417 | | |
| ⬇ | 43 | 06/06/2022 | ATTACHMENT | FILING #- 150920417 | | |
| ⬇ | 44 | 06/06/2022 | ATTACHMENT | FILING #- 150920417 | | |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|--------|---------------|---------------------|-------------------|---------|-------|---------|
| | 45 | 06/06/2022 | ATTACHMENT | FILING #-150920417 | | |
| | 46 | 06/06/2022 | ATTACHMENT | FILING #-150920417 | | |
| | 47 | 06/06/2022 | ATTACHMENT | FILING #-150920417 | | |
| | 48 | 06/06/2022 | ATTACHMENT | FILING #-150920417 | | |
| | 49 | 06/06/2022 | ATTACHMENT | FILING #-150920417 | | |
| | 50 | 06/06/2022 | ATTACHMENT | FILING #-150920417 | | |
| | 51 | 06/06/2022 | LETTER TO CLERK FROM | ROY A. DAY | | |
| | 52 | 06/06/2022 | ATTACHMENT | FILING #-150920417 | | |
| | 53 | 06/06/2022 | ATTACHMENT | FILING #-150920417 | | |
| | 54 | 06/06/2022 | ATTACHMENT | FILING #-150920417 | | |
| | 55 | 06/06/2022 | ATTACHMENT | FILING #-150920417 | | |
| | 56 | 06/06/2022 | ATTACHMENT | FILING #-150920417 | | |
| | 32 | 04/20/2022 | ORDER | RESCHEDULING DIFFERENTIATED CASE MANAGEMENT CONFERENCE FOR 10/04/22 AT 11:00 AM VIA ZOOM 04/20/22 MMP | | |
| | 31 | 03/28/2022 | E-FILED SUMMONS ISSUED | X1 | | |
| | 29 | 03/24/2022 | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) | | | |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|--------|----------------|---------------------|-------------------|---------|-------|---------|
| ⬇ | 30 | 03/24/2022 | LETTER TO CLERK FROM | ROY A. DAY | 📄 | 🛒 |
| ⬇ | 27 | 03/14/2022 | CIVIL AFFIDAVIT APPL INDIGENT STATUS - INDIGENT | | 📄 | 🛒 |
| ⬇ | 27 | 03/14/2022 | CIVIL AFFIDAVIT APPL INDIGENT STATUS - INDIGENT | | 📄 | 🛒 |
| | 28 | 03/14/2022 | General Differentiated Case Management Order | | 📄 | 🛒 |
| | 1 | 03/11/2022 | File Home Location - Electronic | | | |
| | 2 | 03/11/2022 | General Differentiated Case Management Applies | | | |
| ⬇ | 3 | 03/11/2022 | CIVIL COVER SHEET | | 📄 | 🛒 |
| ⬇ | 4 | 03/11/2022 | COMPLAINT | | 📄 | 🛒 |
| ⬇ | 4 | 03/11/2022 | COMPLAINT | | 📄 | 🛒 |
| ⬇ | 5 | 03/11/2022 | ATTACHMENT | | 📄 | 🛒 |
| ⬇ | 6 | 03/11/2022 | ATTACHMENT | | 📄 | 🛒 |
| ⬇ | 7 | 03/11/2022 | ATTACHMENT | | 📄 | 🛒 |
| ⬇ | 8 | 03/11/2022 | ATTACHMENT | | 📄 | 🛒 |
| ⬇ | 9 | 03/11/2022 | ATTACHMENT | | 📄 | 🛒 |
| ⬇ | 10 | 03/11/2022 | ATTACHMENT | | 📄 | 🛒 |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|--------|----------------|---------------------|------------------|---------|-------|---------|
| | 11 | 03/11/2022 | ATTACHMENT | | | |
| | 12 | 03/11/2022 | ATTACHMENT | | | |
| | 13 | 03/11/2022 | ATTACHMENT | | | |
| | 14 | 03/11/2022 | ATTACHMENT | | | |
| | 15 | 03/11/2022 | ATTACHMENT | | | |
| | 16 | 03/11/2022 | ATTACHMENT | | | |
| | 17 | 03/11/2022 | ATTACHMENT | | | |
| | 18 | 03/11/2022 | ATTACHMENT | | | |
| | 19 | 03/11/2022 | ATTACHMENT | | | |
| | 20 | 03/11/2022 | ATTACHMENT | | | |
| | 21 | 03/11/2022 | ATTACHMENT | | | |
| | 22 | 03/11/2022 | CIVIL COVER SHEET | | | |
| | 23 | 03/11/2022 | FINANCIAL AFFIDAVIT | | | |
| | 24 | 03/11/2022 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) | | | |
| | 25 | 03/11/2022 | LETTER TO CLERK FROM | | | |
| | 26 | 03/11/2022 | E-FILED CIVIL INDIGENT APPLICATION/FEE WAIVER | | | |

Showing 1 to 66 of 66 entries (filtered from 0 total entries)

Previous   1   Next

 Exit Case Details

© 2022 - Hillsborough County Clerk of the Circuit Court

p

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>THIRTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>HILLSBOROUGH</u>  COUNTY, FLORIDA

<u>ROY ANDERSON DAY</u>
Plaintiff                                                      Case # _____
                                                               Judge  _____

vs.
<u>GEICO GENERAL INSURANCE COMPANY, DONALD TRUMP, WILLIAM BAR, ELLEN
GORMAN</u>
Defendant

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☒  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

**III.    TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
　　　☐ Business governance
　　　☐ Business torts
　　　☐ Environmental/Toxic tort
　　　☐ Third party indemnification
　　　☐ Construction defect
　　　☐ Mass tort
　　　☐ Negligent security
　　　☐ Nursing home negligence
　　　☐ Premises liability—commercial
　　　☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
　　　☐ Commercial foreclosure
　　　☐ Homestead residential foreclosure
　　　☐ Non-homestead residential foreclosure
　　　☐ Other real property actions

☐Professional malpractice
　　　☐ Malpractice—business
　　　☐ Malpractice—medical
　　　☐ Malpractice—other professional
☒ Other
　　　☐ Antitrust/Trade regulation
　　　☐ Business transactions
　　　☒ Constitutional challenge—statute or ordinance
　　　☐ Constitutional challenge—proposed amendment
　　　☐ Corporate trusts
　　　☐ Discrimination—employment or other
　　　☐ Insurance claims
　　　☐ Intellectual property
　　　☐ Libel/Slander
　　　☐ Shareholder derivative action
　　　☐ Securities litigation
　　　☐ Trade secrets
　　　☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**   **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.**   **NUMBER OF CAUSES OF ACTION: [   ]**
(Specify)

  <u>1</u>

**VI.**   **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☒ yes
    ☐ no

**VII.**   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.
    <u>0</u>

**VIII.**   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ ROY A. DAY</u>        Fla. Bar #
    Attorney or party            (Bar # if attorney)

<u>ROY A. DAY</u>      <u>03/11/2022</u>
(type or print name)       Date

- 3 -

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

STATE OF FLORIDA
IN THE CIRCUIT COURT FOR THIRTEENTH JUDICIAL CIRCUIT
HILLSBOROUGH COUNTY, FLORIDA
CIVIL LAW DIVISION

ROY A. DAY,
ON BEHALF OF HIMSELF AND
AS CLASS ACTION ON BEHALF
OF OTHERS SIMILARLY SITUATED,
     Plaintiffs

VS.                                     C.A.

GEICO GENERAL INSURANCE COMPANY,
DONALD J. TRUMP,
WILLIAM P. BARR,
ELLEN A. GORMAN,
     Defendants
21st CENTURY CENTENNIAL INSURANCE  COMPANY,
     (witness for facts – NOT a Defendant)

**COMPLAINT – 5TH**

**NOTE**: Plaintiff, and 21st Century Centennial Insurance Company (hereafter, "21st CCIC") have settled in a companion case, with 21st Century Centennial Insurance Company named only for "FACTS," and as a witness.

**RE: NOTE** - THIS DOCUMENT IS PRINTED ON THE FRONT AND BACK OF THE PAPER[1]

**CAVEAT 1**:  WE HAVE TO NOW STATE THAT NOTHING IN THE INSTANT PLEADING IS TO BE INTERPRETED AS A THREAT, SINCE WE ARE NOW DEALING WITH PARANOID GOVERNMENT EMPLOYEES. The licensed attorney courts do NOT provide a PEACEFUL RESOLUTION to the citizens of this Nation, and the various States. The instant Complaint is **denouement for a PEACEFUL RESOLUTION** to obtain Plaintiff's collateral damages that are due and payable in vehicle "**accident one**" (GEICO), and the right to obtain the damages for Plaintiff's vehicle "**accident two**" in which the vehicle was totaled, and

---

[1] **PLEASE NOTE: Pursuant to the Federal Paper Reduction Act, and the Federal, and the various States, Environmental Protection Acts, this document is printed on the front and back of the paper.**
**( PAGE 1 OF 35 )    (MARCH 11, 2022)    ( DAY V. GEICO; COMPLAINT-5TH )**

subsequently repossessed because the insurance carrier (21st CCIC) would NOT pay Plaintiff one penny ($.01) (settled in a companion case).

**N.B. 1 – Nota Bene**:       This instant pleading was filed during the COVID-19 epoch (SARS-COV-2) with an overlay of Social Distancing, Millennial's "Boomer Remover," Shelter-in-Place, Curve Flattening. In addition, the instant Complaint was filed during the George Floyd epoch, and the associated riots.

**N.B. 2 – Nota Bene**:       Since Plaintiff was denied "collateral damages" in a vehicle insurance case (VEHICLE **ACCIDENT ONE - GEICO**) in which the opposing party was 100% liable by driving through a parking lot crashing vehicles, with the licensed attorney courts denying the law, facts, and evidence existed pertaining to Plaintiff, after the opposing party elected to admit each and all law, facts, and evidence in Plaintiff's favor by not filing a Reply Brief in a Maine State Appellate Court, is an **INSULT** for any citizen of this Nation, and the various States, to be forced and coerced to file the instant Class Action lawsuit to expose the illegal and anti-competitive conduct of Defendant GEICO General Insurance Complaint (Warren Buffett ...). In addition, pursuant to vehicle **accident "two**," since Plaintiff was denied the right to contract and to obtain monies for a vehicle crash in which a drug addict with no driver's license, and no insurance, rear-ended Plaintiff's vehicle at 55 mph while Plaintiff's vehicle "two" was stopped at a red light, with the overlay Plaintiff's vehicle was totaled by 21st Century Centennial Insurance Company, and subsequently, 21st Century Insurance refused to pick-up the vehicle, and refused to converse with Plaintiff on the vehicle crash "two" (the vehicle was repossessed by the Financial Institution, and Plaintiff's credit rating destroyed), is an **INSULT** for any citizen of this Nation, and the various States, to be forced and coerced to file the instant Class Action lawsuit to expose the illegal and anti-competitive conduct of 21st Century Centennial Insurance Company. Accordingly, the instant pleading is filed for the following "Main Stream Media" (MSM) individuals:

The Washington Post - Martin Baron (Executive Editor)

The Boston Globe - Brian McGrory - Editor

The Wall Street Journal – Matt Murray – Editor-in-Chief

The New York Times – Dean Baquet - Executive Editor

Mr. Norman Pearlstine - Los Angeles Times

**NOTE 1**: The aforesaid five individuals are hereafter designated as "MSM."

Appellant anticipates the aforesaid individuals to expose the two-tier system of justice that is rampant in the licensed attorney courts in this Nation, and the various States. If a citizen does not hire a licensed attorney at $300.00/hour in direct violation of the various States' Anti-Trust Act, then a citizen is "marginalized" with the law, facts, and evidence being non-existent. In the instant case, the "licensed attorney" courts would not permit Plaintiff to have meaningful access to the courts pertaining to the vehicle accidents because Plaintiff was not represented by a licensed attorney at $300.00/hour. **THE LICENSED ATTORNEY COURTS ARE SICK, SICK, AND SICK**! If "MSM" conceal and cover-up the corrupt conduct being orchestrated in the licensed attorney courts against the citizens, "MSM's" silence speaks for itself as a "thinly disguised "fourth branch of government" to protect the licensed attorneys to "marginalize" to citizens to a "nonentity" and rob and rape the citizens at $300.00/hour in artificial-monopolistic legal fees (NOTE: Every consumer product bought has a "built-in" "marked-up" price to pay licensed attorney $300.00/hour (by way of example but not in limitation to: the vehicle insurance statutes are a fraud of the first order to pay licensed

**( PAGE 2 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

attorney artificial-monopolistic legal fees of $300.00/hour – seventy percent of vehicle accident are staged, premediated, and a fraud, etc.).

**CAVEAT 2**: PLAINTIFF HAS FILED FEDERAL CRIMINAL COMPLAINTS (see Exhibit "14"" attached hereto and by reference incorporated herein) WITH ATTORNEY GENERAL WILLIAM P. BARR, AND THE DEPARTMENT OF JUSTICE ON THE TWO-TIER SYSTEM OF JUSTICE WITH THE **LAW NOT ACTING ON ALIKE**! **FEDERAL CRIMINAL COMPLAINTS: (1) DATED FEBRUARY 25, 2020; (2) DATED JULY 21, 2020; (3) INTER ALIA.** (*For the purpose of the instant Complaint, when Plaintiff references the Federal Criminal Complaints, Plaintiff is referring, relating, mentioning and relating to the aforesaid Federal Criminal Complaints.*) There is no Res Judicata as reflected on the evidence documented by the "Department of Justice," and witnesses  William P. Barr, and  Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice (SEE "TRUMP AND BARR PARAGRAPH, INFRA, ON WITNESS BARR, AND WITNESS TRUMP, AND THE ASSOCIATED EVIDENCE AND TESTIMONY. **UNLESS A CITIZEN HIRES A LICENSED ATTORNEY AT $300.00/HOUR PER A VEHICLE INSURANCE POLICY, THE ONLY AVENUE AVAILABLE FOR A CITIZEN-ATTORNEY TO OBTAIN DAMAGES ON A VEHICLE INSURANCE POLICY IS TO FILE CRIMINAL CHARGES WITH DEPARTMENT OF JUSTICE AND AND ATTORNEY GENERAL WILLIAM P. BARR!!!!!!!!!!!!!!!!** WE CALL THIS JUSTICE IN THE UNITED STATES!

NOW COMES ROY A. DAY, PLAINTIFF herein, and on behalf of others similarly situated, and for his Complaint against the above named Defendants, respectfully represents unto this Court as follows:

**1.** Plaintiff, ROY A. DAY, is a citizen of the United States of America, and a resident of the State of Florida.

**2.** Defendant is the GEICO General Insurance Company (hereafter, "GEICO"), with its "principal place of business in the State of Florida" located in a "regional office" at 3535 West Pipkin Road, Lakeland, Florida 33811, and with its parent office located in Washington, D.C. (1 GEICO Plaza, Washington, DC 20076-000). Defendant "GEICO" is an insurance carrier engaged in the business of issuing vehicle insurance in the various States across the United States. At all times pertinent to this Complaint, and at all times mentioned, Defendant "GEICO" was acting through its principal agents and servants,  and said Defendant "GEICO" was acting individually and in concert, with each and all agents and servants and co-conspirators and employees, including but not limited to, subsidiaries and affiliates. "**GEICO" for "Vehicle Accident One**."

**( PAGE 3 OF 35 )    (MARCH 11, 2022)    ( DAY V. GEICO; COMPLAINT-5TH )**

**3.** "Witness" - 21st Century Centennial Insurance Company (hereafter, "21st CCIC") is NOT a party or Defendant – Plaintiff and "21st CCIC" have settled in a companion case. "21st CCIC" is a subsidiary of Zurich Insurance Group AG, with "21st CCIC" principal place of business located at 4636 Somerton Road, Feasterville Trevose, Pennsylvania 19053-6742. Witness "21st CCIC" is an insurance carrier engaged in the business of issuing vehicle insurance in the various States across the United States. At all times pertinent to this Complaint, and at all times mentioned, "21st CCIC" was acting through its principal agent and servant, Anthony J. DeSantis (Chief Executive Officer), and said "21st CCIC" was acting individually and in concert, with each and all agents and servants and co-conspirators and employees, including but not limited to, "CEO" Anthony J. DeSantis, and Williams Loucks (COO – Chief Operating Officer). Plaintiff's 21ST CLAIM NO. - 1:  306076259-1; Plaintiff's 21ST CLAIM NO - 2: 3006076259-1-2. **"21st CCIC" for VEHICLE ACCIDENT TWO."**

**4.** Defendant Donald J. Trump (hereafter, Defendant "DJT") is a "private citizen" of the United States of America, and a resident of the State of Florida (Mar-a-Lago in Palm Beach, Florida). Plaintiff names "DJT" as a "private citizen." "DJT" was, and at all time herein mentioned was, duly appointed, and/or elected, employed, and acting as the President of the United States as associated with Exhibit "1" attached hereto and by reference incorporated herein.

**5.** Defendant William P. Barr (hereafter, Defendant "WPB)" was, and at all times herein mentioned was, duly appointed, and employed, and acting as U.S. Attorney for the United States of America. Each and all of the acts of Defendant "WPB" set forth herein were done by him acting individually and in concert, under the pretense of the statutes, ordinances, regulations, customs, and usages of the United States, and by virtue of, and under the authority of, his office as U.S. Attorney General.

**6.** Defendant Ellen A. Gorman (hereafter, Defendant "XXX"), now is, and at all time herein mentioned was, duly appointed, and/or elected, employed, and acting as a State Supreme Judicial Court Judge, in the State of Maine, and was the "principal co-conspirator" in the State of Maine Appeals referencing Plaintiff Roy A. Day (Appeal No. CUM-17-356  - AMENDED COMPLAINT -

DENIED), and (Appeal No. CUM-17-346 - FILED AS THE AMENDED COMPLAINT - DENIED), and (Appeal No. CUM-17-355  - FILED AS THE AMENDED COMPLAINT - DENIED), and Appeal No. CUM-18-157 (pertaining to this appeal, Plaintiff cannot comply with a July 30, 2018 deadline as a pauper and citizen-attorney) (for the aforesaid appeals, see State of Maine, <u>Roy A. Day vs. Lorna Grey</u>, et al., Supreme Judicial Court). Each and all of the acts of Defendant Ellen A. Gorman set forth herein were done by her acting individually and in concert, under the pretense of the statutes, ordinances, regulations, customs, and usages of the State of Maine, and by virtue of, and under the authority of, her office as a Maine State Court Judge.   **CAVEAT**:   Each and all of the acts of Defendant Ellen A. Gorman set forth herein were done by her, acting individually and in concert, pursuant to "**prior agreement" and "personal motivation" and "outside the authority of Judge Gorman**" (**not a judicial act), and in a willful, intentional, malicious, wanton and corrupt manner, and as the "PRINCIPAL CO-CONSPIRATOR" with Defendant GEICO in the instant case**" to prevent Plaintiff  from having his "basic rights," and Constitutional Rights, and Civil Rights, in the State of Maine, and to prevent Plaintiff from obtaining Plaintiff's rights as a citizen-attorney and a pauper, specifically, the right to a fair and equitable trial by jury that is based on the facts, law, and evidence (see Exhibit "14" attached hereto and by reference incorporated herein). Defendant Gorman orchestrated an ABUSE OF POWER, and a MISCARRIAGE OF JUSTICE, and MACHINATIONS, specifically, "OBSTRUCTION OF JUSTICE AND TAMPERING WITH EVIDENCE." The evidence is overwhelming and beyond a reasonable doubt, and a preponderance of evidence, that Defendant Gorman entered orders ("cunningly, misleadingly, and deceptively" – fraud – intrinsic and extrinsic) that were **not judicial acts, but were based on "prior agreement" and "personal motivation**," as the principal co-conspirator to the Justices sitting on the Maine Supreme Judicial Court (aka MACHINATION COURT OF LAW).**CAVEAT**: When the instant Complaint references Defendant "GEICO" as a PRINCIPAL CO-CONSPIRATOR to "government employees," the said "government employees," include but not limited to, Defendant Ellen A. (sic "X") Gorman (her acts were pursuant to **"prior agreement personal motivation," – "not judicial acts**" - and her co-conspirators are NOT protected – see case law, infra). **CAVEAT**: Defendant "XXX"
**( PAGE 5 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

is a "sleazy, corrupt, unethical, dishonest, ..." who robs and rapes the citizens who are not represented by "licensed attorneys" at $300.00/hour. Defendant "XXX" is a .... genre – we no longer can state what "..." until CIVIL War II arrives in this Nation and that "... "genre is eliminated with denouement! **NOTE**: Defendant "XXX" is listed as a party and Defendant to provide "indisputable" testimony as a witness pertaining to the FBI Criminal Report and Exhibit "14."

===================================================================
===================================================================
===================================================================

**7.** Since we are using "licensed attorney courts of "...," Plaintiff must place the following  law in the instant Complaint, even though the law is not proper in a complaint. The following law reflects the instant complaint has proper venue in the Florida Courts based on citizens of the same State (Trump and Day are from the same State, and the amount in controversy is less than $75,000.00), and  is timely filed under any Statute of Limitation based on the Discovery Rule.

A "two-tier system of justice" is the order of the day in the "licensed attorney" Courts. (see Andrew Pretka, et al. v Kolter City Plaza II, Inc., 608 F.3d 744 (11th Cir. 2010 – see the amount of damages to remand, in the event this Complaint is illegally removed to Federal

**( PAGE 6 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

Court, with Trump and Plaintiff being citizens of the same State.  In addition, in the event this Complaint is illegal removed to Federal Court, the Federal Court has a clear right to entertain the Motion to Remand pursuant to due order of pleadings (see University of South Alabama v. The American Tobacco Company, et al., 168 F3d 405, (11th Cir 1999)).

In the event this Complaint is illegally moved to Federal Court, the following facts are presented, since the citizens must used "licensed attorney courts' to obtain "licensed attorney justice, and not people's justice: The FACE OF THE RECORD in the instant Complaint reflects Plaintiff's Complaint is under $75,000.00, The Federal Court can only turn to the **instant Complaint to determine damages and the FACE OF THE RECORD**! The instant case must be remanded immediately! A "two-tier system of justice" is the order of the day in the Federal Courts. (see Andrew Pretka, et al. v Kolter City Plaza II, Inc., 608 F.3d 744 (11th Cir. 2010 – see the amount of damages to remand). In addition, this court has a clear right to entertain the Motion to Remand pursuant to due order of pleadings (see University of South Alabama v. The American Tobacco Company, et al., 168 F3d 405, (11th Cir 1999))

28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs, states:

```
"(a) The district courts shall have original jurisdiction of all civil
actions where the matter in controversy exceeds the sum or value of
$75,000, exclusive of interest and costs, and is between—
(1)
citizens of different States;
```

**CAVEAT**: Defendant Trump and Barr were **NOT FRAUDULENTLY JOINED TO AVOID REMOVAL TO FEDERAL COURT** "*CONTRARY*" to a "Federal Judge's" "antics" to state Trump was joined "fraudulently;" Defendant Trump and Barr were joined as "indispensable" parties as associated with the Federal Criminal Complaint (see Exhibit "1" attached hereto and by reference incorporated herein) filed with the Department of Justice in reference to the **( PAGE 7 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

<u>Discovery Rule</u> and the <u>Statute of Limitations</u>, specifically, the testimony of Defendant Trump and Barr is "indispensable." <u>Defendant Trump and Plaintiff are from the same State</u>, and the amount on the <u>FACE OF THE RECORD</u> in the <u>instant Complaint</u> is less than $75,000.00. Accordingly, the State of Florida Courts have competent venue and subject matter jurisdiction.

==================================================================

==================================================================

==================================================================

**8.** In effecting the unlawful conduct complained of hereinafter, the aforesaid Defendant "GEICO," acted in concert and conspiracy with other persons or individuals, whose names and identities are not at this time known to Plaintiff, which said persons are hereafter referred to as agents or servants or co-conspirators or employees of Defendant "GEICO" and Witness "21st CCIC."

**9.** This is a civil action for the violation of Plaintiff's Constitutional Rights, and a civil action brought to prevent deprivations under color of State Law, of certain rights, privileges, and immunities secured to Plaintiff by the Florida Constitution, with Defendant "GEICO," and Witness "21st CCIC," being **PRICIPAL CO-CONSPIRATORS**, with **government employees**, to create a "two-tier system of justice," and for an order declaring unconstitutional the discriminatory acts of Defendant "GEICO," and Witness "21st CCIC" as **co-conspirators with government employees**, and for the associated damages ("litigating fees") caused to Plaintiff by Defendant "GEICO," and Witness "21st CCIC," as co-conspirators" with government employees illegal conduct.

**10.** This action is brought under the Florida Constitution, Section 2 (Basic Rights), and Section 9 (Due Process).

**( PAGE 8 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

**11.** In addition, this action is brought pursuant to the "**cunning, misleading, and deceptive**" (fraud) conduct of Defendant "GEICO's," and Witness "21st CCIC's," "co-conspirator conduct" to "payoff" (cash in various forms to conceal and cover-up the illegal conduct) "licensed attorney judges" to deny the law, facts, and evidence exist when pertaining to Plaintiff, creating a "**two-tier**" **system of justice** with the overlay to "tear-up" the Constitution of the State of Florida, Section 2 (Basic Rights), and Section 9 (Due Process), specifically, **the law does NOT operate on all ALIKE**. In addition, this action is brought for a Declaratory Judgment to determine the validity and legality of Defendant "GEICO's" course of "**cunning, misleading, and deceptive**" (fraud) conduct to **create a two-tier system of justice so the LAW DOES NOT OPERATE ON ALL ALIKE** as associated with the Constitution of the State of Florida, creating an illegal and anti-competitive milieu.

===================================================================

===================================================================

===================================================================

===================================================================

**12.** Since we are using "licensed attorney courts of "...," Plaintiff must place the following case law in the instant Complaint, even though case law is not proper in a complaint. The following case law reflects the instant complaint is timely filed under any Statute of Limitation based on the Discovery Rule.

## <u>PLAINTIFF'S COMPLAINT IS NOT BARRED BY ANY STATUTES OF LIMITATION FOR CONTRACT LAW, OR TORTS LAW</u>.

Pursuant to Plaintiff's instant Complaint as associated with Plaintiff's vehicle crash, Plaintiff is not barred from filing any complaint using contract law, or law sounding in torts, based on Exhibit "14" attached hereto and by reference incorporated herein. July 21, 2020 date would be the "potential date" for the Statute of Limitation to begin to toll based on the filing of the Criminal Charges at the FBI, and as referenced under the "Discovery Rules"; however the "actual date" for the Statute of limitations to begin to toll would be the date the FBI "investigation report" is released and dated. Accordingly, the true and correct date for the Statute of Limitations begins to toll pertaining to Plaintiff's instant Complaint as associated with the vehicle crash is the "actual date - Discovery Date" of the FBI investigation report!!!!!

Plaintiff's Fifth Complaint (the instant Complaint) provides Florida State Law **<u>only</u>**, and NO Federal issues (Defendants Donald Trump and William Barr are named as "indisputable" parties); however the **<u>facts and issues</u>** surrounding Defendants Trump and Barr, and the Federal Criminal Complaint (see Exhibit "14" attached hereto and by reference incorporated herein) reflect "indisputable" parties and witnesses for the instant Complaint.

**CAVEAT**: Defendants Trump and Barr are  named as parties so the issues would be entertained and reached. Defendants Trump and Barr are "indispensable" "parties" and "witnesses" as associated with the Federal Criminal Complaint (see Exhibit "14" attached hereto and by reference incorporated herein) filed with the Department of Justice in reference to the **Discovery Rule** and the **Statute of Limitations**, specifically, the testimony of "witnesses Trump and Barr is "indispensable."

At this stage of litigation, based on the attached Exhibit "14," July 21, 2020 would be the date when the Statute of limitation begins to toll on Plaintiff's instant Complaint, and any subsequent Complaints filed associated with the vehicle crash (NOTE: The actual date of the FBI criminal report will be the <u>actual date</u> the Statute of Limitation begins to toll – Federal Case Law supports this issue!). The Discovery Rule is controlling. **CAVEAT**: DEFENDANT GEICO CANNOT HIDE BEHIND CRIMINAL LAW TO DENY PLAINTIFF COMPENSATION FOR A VEHICLE CRASH! The FBI, as associated with the criminal investigation, will testify in the Florida Courts (proper Venue), along with Defendants Trump, and Barr (Defendants Trump and Barr will provide "indispensable testimony"), along with the Grand Jury members. Accordingly, there is NO the diversity of citizenship (Trump and Day are from the same State) present, with the amount in damages is less than $75,000.00 on the **FACE OF THE RECORD for the instant Complaint ONLY** – Florida Courts have proper Venue – THERE IS NO FEDERAL ISSUE.

Definition of the Discovery Rule:

> "A rule that expands the statute of limitations, such that the time
> period during which a lawsuit may be initiated begins from the moment the
> victim of the tort or plaintiff becomes aware of the act of alleged
> malpractice."

In <u>James E. Ross v. John Garabedian</u>, 433 Mass. 360 (2001), Supreme Judicial Court of Massachusetts, Middlesex, the court generated a **prima facie** example of the "Discovery Rule" infra:

> "In 1999, James E. Ross filed a lawsuit against John Garabedian.
> According to the lawsuit, Garabedian began sexually abusing Ross in
> 1968. Ross was 13-year-old at the time the abuse began.
> "Ross filed the lawsuit approximately 30 years after the alleged abuse
> took place. Although outside of the statute of limitations, Ross'
> legal team argued the case was still valid under the state of
> Massachusetts three-year discovery rule.
> "According to their argument, the abuse took place between 1968 and
> 1971. However, Ross did not discover the psychological impact of his
> abuse until 1996 during therapy.
> "A court of appeals sided with Ross, recognizing the trauma and
> delayed action of an abuse survivor."

Even though the aforesaid <u>Ross</u> case is a Massachusetts case, and not a Florida case, or for the Federal Eleventh Circuit (in the event thcase is illegal removed to Federal Court), the Discovery Rule can be extrapolated to the Florida Courts, or the Federal Courts, based on the well defined Discovery Rule in the <u>Ross</u> case, which used **EXCELLENT "syntax" and "context"** to provide a Discovery Rule definition. Accordingly, the FBI report date that is released for the investigation for the Criminal Conduct (see Exhibit "1" attached hereto and by

**( PAGE 12 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

reference incorporated herein) would be the actual date for the Statute of Limitations to begin pertaining to Plaintiff's instant Complaint, and the associated facts for the vehicle crash for the instant case. Plaintiff's Complaint, in reference to the vehicle crash, whether sounding in Contract law, or sounding in Torts, is properly before the court, and timely filed, for the instant case, and future cases in the Florida Courts.

In  Klehr v. A.O. Smith Corp., 521 U.S. 179 (1997), the U. S. Supreme Court elaborates on the Discovery Rule associated with the Statute of Limitations in reference to the "RICO" Act and the Clayton Act and the extension of time for the Statute of Limitations.

There are numerous Federal and State Court cases on the Discovery Rule associated with "child abuse" cases, and "criminal investigations" by law enforcement pertaining to the extension of time for a Statute of Limitation. In the instant case, the FBI criminal investigation (see Exhibit "14" attached hereto) is the actual date when the Statute of Limitations begins to Toll for the instant Complaint as associated with Plaintiff's vehicle crash. Case Closed on the fraudulent statement by a "licensed attorney court of "…," "antics" that Plaintiff's Complaints are barred by the Statute of Limitation!!!!!!!!!!!

In <u>State of Florida v. Larry King,</u> 282 So.2d 162 (1973), Supreme Court of Florida

(Rehearing Denied September 24, 1973), the court held:

> "Thus, the controlling question is the time at which the two year statute of limitation involved began to run: (1) at the time the victim knew or by the exercise of reasonable diligence should have known of the crime, or (2) at the time the victim makes demand upon the defendant to pay over."

Since proper Venue is the State of Florida for the instant Complaint, the aforesaid

enumerated <u>State of Florida</u> case clearly defines the Statute of Limitations for the instant

Complaint as associated with Plaintiff's vehicle crash, specifically, the FBI criminal report (See

Exhibit "14" attached hereto) will reflect the true and correct date that the Statute of Limitations

begins to toll for Plaintiff's instant Complaint associated with the vehicle crash (and present,

and future, Complaints filed in the Florida Courts as associated with Plaintiff's vehicle crash).

DEFENDANT "GEICO" CANNOT HIDE BEHIND CRIMINAL LAW!

<u>NOTE</u>: Even though the following case law is not from this Circuit, the law is well settled, and

can be be extrapolated to this Circuit – Florida law would be controlling on the vehicle contract,

since the contract was initiated in the State of Florida (Florida Courts have proper Venue).

In <u>U.S. Rubber Co. v. Lucky Nine, Inc.</u>, 159 So.2d 874 (Fl. App. 1963), the court
held:

> "Doctrine of <u>res judicata</u> should not be applied to protect one guilty of fraud, deceit, or misrepresentation."

**( PAGE 14 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

See Plaintiff's Criminal Charges filed with the F.B.I. and Defendant Barr (See Exhibit "1" attached hereto). There is no res judicata in the instant case since the court orders are based on fraud (intrinsic and extrinsic), deceit, and misrepresentation as enumerated in the above-cited U.S. Rubber Co. case.

Hercules Carriers, Inc. v. Claimant State of Florida, Dept. of Transp., 768 F2d 1558 (CA11 Fla. 1985), the court held:

> "Most significant consideration in determining whether to invoke collateral esstoppel is whether party had full and fair opportunity to litigate issue to be estopped."

U.S. v. Hartley, 612 F2d 1009 (CA Fl. 1980), the court held:

> "Collateral estoppel applies when an issue of ultimate fact has once been determined by valid and final judgment."

Even though the aforesaid case law is not from this Circuit, the law is well settled on the issue of *res judicata* and a collateral estoppel, and the general tenet can be extrapolated to this Circuit. *Res judicata* cannot be applied to protect the citizens who engaged in fraud, deceit, or misrepresentation against Plaintiff as more fully stated in Plaintiff's Complaint in the instant case, and as enumerated in the above-entitled U.S. Rubber Co. case. The facts in Plaintiff's Complaint are clear and certain and full and satisfactory that Plaintiff was denied a full and fair opportunity to litigate the issues to be estopped as enumerated in the above-entitled Hercules Carriers, Inc. case. The orders entered by the licensed attorney judges against Plaintiff were not valid and a final judgment, but were a **"covert-criminal-operation"** to rob and rape Plaintiff of the **"collateral damages"** and the **"damages that are due and payable on the vehicle**
**( PAGE 15 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

**insurance contract**" as enumerated in the above-entitled <u>U.S.</u> case. The licensed attorney courts engaged in "obstruction of justice" and "tampering with evidence," with the law, facts, and evidence being non-existent pertaining to Plaintiff, who was not represented by a licensed attorney at $300.00/hour, and unable to pay a filing fee. See Plaintiff's Criminal Complaint filed with Defendant Barr and the F.B.I. (see Exhibit "14" attached hereto and by reference incorporated herein)

In <u>Kaspar Wire Works, Inc. vs. Leco Engineering & Mach, Inc.</u>, 575 F2d 530

(1978), the court held:

> "Judicial finality, predicate for res judicata, arises only from final
> decision rendered after parties have been given reasonable opportunity
> to litigate claim before court of competent jurisdiction."

It is self-evident truth in the instant case that Plaintiff was denied a reasonable opportunity to litigate Plaintiff's claim based on the fraudulent sanctions claim of $4,000.00, with *res judicata* not being applicable in the instant case as enumerated in the above-entitled <u>Kaspar Wire Works, Inc.</u> case.

In <u>Missouri v. P.R. Co. Mackey</u>, 127 US 205 (1888), the Court held:

> "Due process of law, within meaning of 14th amendment is secured if
> laws operate on all **alike,** and do not subject individual to arbitrary
> exercise of powers of government."

In <u>Frost v. Corporation Com. of Oklahoma</u>, 278 US 515 (1929), the Court held:

> "Purpose of equal protection clause in federal Constitution is to rest
> rights of all persons **upon same rule under similar circumstances.**"

**( PAGE 16 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

The Fourteenth Amendment to the Constitution of the United States, states:

"... nor shall any State deprive any person of life, liberty or property, without due process; nor deny to any person within its jurisdiction the equal protection of the law."

In <u>Mitchell v. W.T. Grant Co.</u>, 416 US 600 (1974), the Court held:

"Due process of law guarantees no particular form of procedure; it protects substantial rights."

The law did not operate on all alike under similar circumstances. It is self-evident that Plaintiff has been denied due process and equal protection of the law as enumerated in the above-cited cases.

================================================================

================================================================

================================================================

================================================================

**13.** Plaintiff brings and prosecutes this action under the State of Florida "Class Action" Statutes pursuant to the Florida Rules of Civil Procedure as a "Class Action" for himself and a representative of and on behalf of all persons similarly situated, to wit, each and every Florida citizen that is being subjected to Defendant "GEICO's" **"cunning, misleading, and deceptive"** conduct to create a **"two-tier system of justice"** (the Class denied due process and equal protection of the law) to have "licensed attorney judges" (after receiving cash under the table – cash in various forms to conceal and cover-up the illegal conduct)" institute an illegal and anti-competitive milieu to ensure the **LAW DOES NOT OPERATE ON ALL ALIKE** unless a "licensed attorney" is representing a citizen at $300.00/hour, violating the Constitution of the State of Florida.

**( PAGE 17 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

**14.** Plaintiff has been informed and believes, and on such information and belief alleges, that the class members are so numerous that joinder of all members is impracticable. The prosecution of separate actions by the individual class members, even if possible, would create a risk of: (A.) inconsistent or varying adjudications with respect to individual class members against Defendant "GEICO," and which could establish incompatible standards of conduct for the Defendant "GEICO" or (B.) adjudications with respect to individual class members which would, as a practical matter, be dispositive of the interests of the other class members not parties to the adjudications or which would substantially impair or impede the ability of the class members to protect their interests.

**15.** There are substantial questions of law and facts on the controlling issue that Plaintiff, and the Class, are being subjected to Defendant GEICO's **"cunning, misleading, and deceptive"** conduct to create a **"two-tier" system of justice"** (the Class denied due process and equal protection of the law) to ensure the **LAW DOES NOT OPERATE ON ALL ALIKE** to deny **policyholders** "collateral damages" that are due and payable, and the right to contract to receive "damages" that are due and payable from an insurance contract that a citizen has timely paid monthly premiums. Plaintiff, and the Class, are being prohibited from obtaining "collateral damages" from a vehicle accident that an opposing party was 100% liable based on Defendant "GEICO's" "cunning, misleading, and deceptive" conduct to ensure the **LAW DOES NOT OPERATE ON ALL ALIKE**. The aforesaid issues are common to the claim of Plaintiff against Defendant "GEICO," and to the claim of each of the class members against Defendant "GEICO." The question of Plaintiff, and the Class, being subjected to the "denial" of "damages" that are due and payable where an opposing party is 100% liable, has generated a **"two-tier system of justice" (the Class denied due process and equal protection of the law)**, one in which a policyholder who hires a licensed attorney at $300.00/hour to have the law, facts, and evidence admitted, and the other system is for citizens who do not have a licensed attorney representing them to have the law, facts, and evidence denied as existing. Such a course has created "artificially high, non-competitive prices, for vehicle insurance, and that are unconscionable, unreasonable and unfair," and violate the State of Florida Anti-Trust Laws, governing and dispositive of the claims against Defendant

**( PAGE 18 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

"GEICO" of each Class member. The claims of Plaintiff herein are typical, in all important respects, of the claims of each and all of the Class members, and are based and arises out of the identical facts constituting the unlawful conduct of Defendant "GEICO" to continue to engage in "cunning, misleading, and deceptive" conduct to create a "**two-tier system of justice**" (the Class denied due process and equal protection of the law) to ensure the **LAW DOES NOT OPERATE ON ALL ALIKE**, in the year A.D. 2022, as associated with the emerging "world-global-village-economy," and "digital-electronic-age," resulting in THE DENIAL OF "DAMAGES" THAT ARE DUE AND PAYABLE," with the overlay of "artificially high, non-competitive vehicle insurance policies, that are unconscionable, unreasonable and unfair prices."

**16.**   Plaintiff will fairly and adequately represent the interests of the Class and the individual members due to the reason of the similarity or identity of the claim of Plaintiff and the individual Class members, specifically, each and every "policyholder" of Defendant "GEICO's" products and services who are being subjected to Defendant "GEICO's" "cunning, misleading, and deceptive" conduct to create a "**two-tier system of justice**" (the Class denied due process and equal protection of the law) to ensure the **LAW DOES NOT OPERATE ON ALL ALIKE** to prevent "damages" form being paid to a policyholder. Such a course has generated "**artificially high, non-competitive vehicle insurance prices, that are unconscionable, unreasonable and unfair**," and violate the State of Florida Anti-Trust Laws, as associated with the emerging "world-global-village-economy," and "digital-electronic-age."   The successful assertion of Plaintiff's claims herein will necessarily establish determinations of fact and law adequate to prove liability of Defendant GEICO," and to each Class member. The questions of law and fact common to Plaintiff against Defendant "GEICO," and to the claims of all Class members against Defendant "GEICO" to subject Plaintiff to Defendant "GEICO's" "cunning, misleading, and deceptive" conduct to create a "**two-tier system of justice**" (denied the Class due process and equal protection of the law) that ensures the **LAW DOES NOT OPERATE ON ALIKE** that denied Plaintiff, and the Class, "damages" that were due and payable, with the overlay of generating "artificially high, non-competitive vehicle insurance prices, and that are unconscionable, unreasonable and unfair prices," and violate the State of
**( PAGE 19 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

Florida Anti-Trust Laws, as associated with the "world-global-village-economy," and "digital-electronic-age," with the overlay of subjecting, Plaintiff, and the Defendant "GEICO's" policyholders to monopolistic practices, predominate over questions, if any affecting only individual members, and a class action is superior to other available methods, if in fact any other methods are available which Plaintiff denies, for the fair and efficient adjudication of the matters alleged herein.

**17.** Insofar as the State of Florida Laws sounding in "torts" for "**cunning, misleading, and deceptive" conduct by Defendant "GEICO" to deny policyholders "damages" that are due and payable**, and as associated with the Florida Anti-Trust Laws, are applicable to Defendant 'GEICO's" course of "co-conspirator" illegal action, Defendant "GEICO" has violated  State of Florida Laws sounding in "**torts" for "cunning, misleading, and deceptive" conduct by Defendant "GEICO" to deny policyholders "damages" that are due and payable with the LAW NOT OPERATING ON ALL ALIKE**, and violating the Florida Anti-Trust Laws, and the various States' Anti-Trust Laws, in the following respects:

    **a. DEFENDANT "GEICO"**:   Plaintiff is seeking "collateral damages" pertaining to a vehicle accident.


**FACTS FOR "GEICO" VEHICLE ACCIDENT**, infra (**VEHICLE ACCIDENT ONE**):


    **b.** Plaintiff initially filed a Complaint in Federal Court to obtain the "collateral damages," but since there was a delay on serving the parties, Plaintiff filed a Complaint in the State Court of Maine (hindsight – a mistake based on corrupt, unethical … Judges ([e]llen [g]orman] "…") – Maine was the residence of the opposing parties. The vehicle accident occurred on April 29, 2016, in Pasco County, Florida (Florida Highway Patrol – See Crash Number 85318748 – See Exhibit "1" attached hereto and by reference incorporated herein) (See Reporting Agency

**( PAGE 20 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

Case Number: FHPC16OFF044620 – See Exhibit "2" attached hereto and by reference incorporated herein). The wrongdoer was driving  a vehicle in a willful, intentional, malicious, and "cunning, deceptive, and misleading" (fraudulent) conduct at a high rate of speed in a library parking lot with the overlay with a "fit of rage," to willfully, intentionally, and maliciously cause damage to "specific vehicles" as a "target."

**c.** At that time and place of the vehicle accident, supra, the wrongdoer negligently operated or carelessly maintained said motor vehicle so that it collided with various vehicles in the Hudson Library parking lot, including but not limited to, Plaintiff's vehicle (2015 Chevrolet Spark). The wrongdoer is insured by Defendant "GEICO." For judicial economy, and so the record is clear and certain and full and satisfactory, Plaintiff incorporates the following EXHIBITS as if expressly stated and viewed herein, viewed "quasi-attached" hereto and by reference incorporated herein – the ladies and gentlemen of the jury can view the following evidence (NOTE: Perform a "search" on Google's "YOU TUBE" for "LORNA KENNETH GREY" for the following EXHIBITS):

EXHIBIT "3" – see Google's "YOU TUBE" for VIDEOS and a SLIDESHOW of the motor vehicle accident. Two "long" VIDEOS, and six "short" VIDEOS, one Slideshow, entitled: (a) Video – May 11, 2016 ; (b) Video Voice Hudson; (c) "Lorna Kenneth Grey" Slideshow; (d) Six "short" VIDEOS.

EXHIBIT "4" – see Google's "YOU TUBE" for a VIDEO entitled "LORNA KENNETH GREY" with Roy A. Day's picture – entitled: "Voice – Video – Hudson Vehicle Accident – April 29, 2016 – Scofflaws Lorna and Kenneth Grey's Vehicle – Path of Destruction."

EXHIBIT "5" – "Animation" of the motor vehicle accident - see the following address  in the browser address bar:
https://goo.gl/photos/z8w85FPHfZ7BSKPBA

EXHIBIT "6" – "Photos" of the motor vehicle accident. See the following address in the browser address bar:
https://photos.google.com/share/AF1QipM22yrttGvNcxRNc5HqS39YWD54w82vaperpzNX1cFavXaZAoUsldyV
j0FRc5DlbQ?key=bXc1eEs3NmNRQTFOa3REMWpPZDhnSFQ0WTVFZ093

**( PAGE 21 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

NOTE: The aforesaid VIDEOS and PHOTOS are also on Defendant "GEICO's" claim website pertaining to the motor vehicle accident.

**d.** The attached Exhibit "2" (Reporting Agency Case Number: FHPC16OFF044620), reflects that the wrongdoer was charged with negligent driving, but the evidence at the accident scene shows a more severe charge should have been brought, and the wrongdoer conspired to placed falsehoods on the record with the Florida Highway Patrol to conceal and cover-up the willful, intentional, malicious, and "cunning, deceptive, and misleading" ("fraud") conduct. The aforesaid EXHIBITS "3" through "6" show evidence that the wrongdoer was scheming after the motor vehicles were hit, when in fact, the wrongdoer attempted a "hit-and-run" and/or was scheming an insurance-scam, with a "specific-target-vehicle" for the vehicle accident. NOTE: If the wrongdoer was "accelerating" as stated in the report (see Exhibit "2") the vehicle would have generated brake marks at the ninety degree turn (the vehicle would have possibly overturned, but the vehicle made a slow-smooth right turn – the evidence shows this fact). Most importantly, if the vehicle was "accelerating," the vehicle's "front-end" would be totally destroyed when the tree was hit (the front-end of the wrongdoer' vehicle reflects a "slow-smooth" "scheming" hit and not an "accelerating" hit). Plaintiff made the aforesaid facts clear and certain and full and satisfactory to the Director of Florida' Motor Vehicle Department and the Florida Highway Patrol (See EXHIBIT "7" and "8" attached hereto and by reference incorporated herein).

**END FACTS FOR "GEICO" VEHICLE CRASH (VEHICLE ACCIDENT ONE).**

Plaintiff's "collateral damages" are DUE AND PAYABLE! The State of Maine Courts (licensed attorney judges) began an orchestrated campaign to deny Plaintiff access based on a "two-tier system of justice" by denying the law, facts, and evidence existed pertaining to Plaintiff based on Plaintiff not being represented by a licensed attorney at $300.00/hour. Plaintiff was forced and coerced to file an appeal in the Maine State Courts pursuant to the Maine Rules of Appellate Procedure, specifically, a BRIEF. The opposing party in the Maine case, being a BILLION DOLLAR corporation (Defendant GEICO), hired a licensed attorney law firm, **( PAGE 22 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

and the BILLION DOLLAR corporation elected **NOT** to file a REPLY BRIEF, as the Maine Rules of Appellate Procedure require (See Maine Rules of Appellate Procedure, No. 7, infra). Such a course **has admitted each and all facts, issues, and law as stated in Plaintiff's BRIEF**. A Maine Supreme Court Justice (ellen X gorman – lower case letters for a dishonest, unethical, sleazy, corrupt, ...) refused to admit the Maine Rules of Appellate Procedure, No 7,   existed for Plaintiff and dismissed the appeal because Plaintiff was not represented by a licensed attorney at $300.00/hour. (**CAVEAT**: ALL THE ORDERS ENTERED IN THE MAINE STATE COURT CASE, AND SUBSEQUENTLY, IN THE FEDERAL COURTS, WERE ENTERED PURSUANT TO "PRIOR AGREEMENT" AND "PERSONAL MOTIVATION" – NOT JUDICIAL ACTS – THE ORDERS WERE ENTERED TO **OBSTRUCT JUSTICE AND TAMPER WITH EVIDENCE**, INTER ALIA - SEE FEDERAL CRIMINAL COMPLAINT FILED WITH U.S. ATTORNEY WILLIAM BARR AND THE DEPARTMENT OF JUSTICE) (Also see the Rankin case, infra, pertaining to a judges **prior agreement and personal motivation**). The aforesaid two-tier system of justice, with the **LAW NOT ACTING ON ALL ALIKE**, violated Plaintiff Fourteenth Amendment rights of due process and equal protection of the law, with the overlay that [ellen X gorman], inter alia, "**obstructed justice" and "tampered with evidence**," inter alia (Federal Criminal Charges have been filed). The Federal Courts (U.S. District, and the U.S. Court of Appeals for the First Circuit) used the "obstruction of justice" and "tampering with evidence" order to deny Plaintiff the "collateral damages" that are due and payable!  Federal Criminal Charges have been filed on the aforesaid criminal conduct pertaining to the obstruction of justice and tampering with evidence.  In addition, a Federal "Civil" Complaint was filed on the aforesaid violation of Plaintiff's Fourteenth Amendment rights pursuant to the State of Maine, and [ellen X gorman's"] criminal conduct, but the "buddy" system denied the law, facts, and evidence existed when pertaining to Plaintiff, and the Federal Courts would NOT permit Plaintiff to have "meaningful access"  to the Federal Courts to obtain the "collateral damages" and expose the two-tier system of justice operating in the Maine State Courts. As reflected, infra, Plaintiff will have former U.S. Attorney General William P. Barr, and former President Donald Trump, testify on the criminal complaint filed, and the "obstruction of justice" and "tampering with evidence," inter alia. There is NO res judicata, and the "collateral damages" issue, and associated evidence, has NEVER been entertained or reached. If there was a licensed attorney representing Plaintiff, Plaintiff would not be writing and presenting the instant Class Action case. PLAINTIFF HAS BEEN DENIED PLAINTIFF'S COLLATERAL DAMAGES BASED ON "CUNNING,, MISLEADING, AND DECEPTIVE" (FRAUD – INTRINSIC AND EXTRINSIC) CONDUCT, WITH AN OVERLAY OF **OBSTRUCTION OF JUSTICE**

**( PAGE 23 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

**AND TAMPERING WITH EVIDENCE, INTER ALIA**. THE LAW DOES NOT OPERATE ON ALL ALIKE!!!!!!!!!! A TWO-TIER SYSTEM OF JUSTICE IS CONTROLLING AGAINST ANY CITIZEN WHO IS NOT REPRESENTED BY A licensed attorney AT $300.00/HOUR!!!!!!!!!!!!!!!!!!!!!!!!!

Maine Rules of Appellate Procedure, Rule 7, Schedule for Briefing and Consideration, states:

"(a) Briefing Schedule. Upon determining that the record on appeal is complete, the Clerk of the Law Court shall promptly send to each counsel of record and each party that is not represented by counsel a written notice stating: (1) the dates on which the appellant's brief, the appellee's brief, and the appendix are due to be filed; and (2) the date on which appellant's reply brief, if any, is due to be filed. The due dates stated in the notice for briefing, filing the appendix, and consideration are not affected by any later transcript order, procedural motion, or court order unless the Law Court orders otherwise.

"(b) Time for Filing Briefs.

"(1) Track A Appeals. In a Track A appeal, the appellant shall file the appellant's brief within 28 days (4 weeks) after the date that the record on appeal is complete. The appellee shall file the appellee's brief within 56 days (8 weeks) after the date that the record on appeal is complete, and the appellant may file a reply brief within 14 days after the date that the appellee's brief is filed."

It is not proper to place case law in a Complaint, but the instant Complaint is "precedential."

In Rankin v. Howard, 633 F2d 844 (9th Cir 1980), the Court held:

"A judges private, prior agreement, to decide in favor of one party is not a 'judicial act' for purpose of judicial immunity."

**There is no res judicata in the instant case (See Exhibit "10" attached hereto and by reference incorporated herein** – No Res Judicata as reflected on the evidence documented by the "Department of Justice," and Defendant William P. Barr, and Defendant Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice!!!!!!!!!!!

**There is no res judicata in the instant case (See Exhibit "11" attached hereto and by reference incorporated herein** – No Res Judicata as reflected on the evidence documented by the "Department of Justice," and Defendant William P. Barr, and Defendant Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice!!!!!!!!!!!

**There is no res judicata in the instant case (See Exhibit "12" attached hereto and by reference incorporated herein** – No Res Judicata as reflected on the evidence documented by the "Department of Justice," and Defendant William P. Barr, and Defendant Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated

**( PAGE 24 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice!!!!!!!!!!!!

**NOTE – NOTE – NOTE – NOTE – NOTE**: TO ADD INSULT TO INJURY, DEFENDANT "GEICO" PAID $20,000.00 TO "..." WHO CAUSED MAJOR INJURIES AND DESTRUCTION, ALL BASED ON A "SECRET LICENSED ATTORNEY" REPRESENTING THE "..." (the MSM – MainStream Media - as expected, did NOT mention in the article that a "SECRET LICENSED ATTORNEY" was representing "..."). **See EXHIBIT "13" attached hereto and by reference incorporated herein**. The is a classic prima facie example what the vehicle insurance monopolistic, non-competitive pricing, is paying for at the policyholders expense !!!!!!!!!!!!!!!!!!!!!!!!!! Defendant GEICO would not pay Plaintiff one penny ($.01) for the "Collateral Damages," but would pay the law firm one hundred thousand dollars, and pay a judge cash under the table to deny the law, facts, and evidence existed when pertaining to Plaintiff to ensure the facts and issues in reference to the vehicle crash were never reached or entertained, and the case was illegally dismissed.

**e.** **WITNESS "21st CCIC"** – NAMED AS "WITNESS FOR FACTS "ONLY" AND NOT A

DEFEDANT - PLAINTIFF, AND "21ST CCIC" HAVE SETTLED: (**VEHICLE ACCIDENT TWO**)

Plaintiff is seeking "damages" (settled 21st Century  – for facts only) pertaining to a vehicle

accident that occurred EIGHT YEARS AGO (OVER 2920 DAYS). Witness "21st CCIC" will not

converse (verbal, email, text, fax) with Plaintiff since Witness "21st CCIC" paid the judges

cash under the table to deny Plaintiff meaningful access to the licensed attorney courts

(cash in various forms to conceal the illegal conduct). Plaintiff has been paid Zero Dollars,

and Zero Cents ($0.00) (PLAINTIFF PAID SIX YEARS ON THE INSURANCE POLICY, AND

HAS RECEIVED NOT ONE PENNY IN  DAMAGES), with the overlay that the crash facts and

issues have never been entertained for EIGHT YEARS due to Plaintiff not being represented

by a licensed attorney at $300.00/hour. See Exhibit "9" attached hereto and by reference

incorporated herein – Crash Report.

**FACTS FOR "21ST CCIC" VEHICLE CRASH (VEHICLE ACCIDENT TWO)**

Plaintiff was involved in a vehicle accident which occurred on June 23, 2012, in Pasco County, Florida

(Florida Highway Patrol - See Reporting Agency Case Number: FHPC12OFF050449; Reporting Agency CAD

Number: TBRC12CAD066562) (See Florida criminal traffic case number: 512012CT7220WIK000WS) (See

Florida traffic case numbers: 127219WIK and 127221WIK), with the overlay that the wrongdoer was driving a

**( PAGE 25 OF 35 )    (MARCH 11, 2022)    ( DAY V. GEICO; COMPLAINT-5TH )**

vehicle with NO FLORIDA VEHICLE LICENSE FOR DRIVING IN THE STATE OF FLORIDA, AND IN THE VARIOUS STATES, AND THE UNITED STATES, AND NO VEHICLE INSURANCE. See Exhibit "9" attached hereto and by reference incorporated herein.

On June 23, 2012, a motor vehicle that was operated by the wrongdoer was involved in an accident with a motor vehicle driven by Plaintiff Roy A. Day, on U.S. 19 at the intersection of Embassy Boulevard (Port Richey, Florida), specifically, while Plaintiff was stopped for a red light in Port Richey, Florida, at the intersection of U.S. 19 and Embassy Boulevard (Port Richey, Florida) (an EXTREMELY BUSY INTERSECTION WITH SIX LANES OF TRAFFIC) facing in a North direction on U.S. 19, the wrongdoer (A DRUG ADDICT, ALCOHOLIC, TRASH AND GARBAGE OF SOCIETY, ETC.), traveling at a high rate of speed, at or about fifty-five miles per hour, rear-ended Plaintiff's "stopped" vehicle (the wrongdoer had NO FLORIDA VEHICLE LICENSE FOR DRIVING IN THE STATE OF FLORIDA, AND IN THE VARIOUS STATES, AND THE UNITED STATES, AND NO VEHICLE INSURANCE). Further, on June 23, 2012, the wrongdoer was scheming with her co-conspirators, and/or agents, and/or servants, to defraud insurance carriers with the attempt to cause a "multi-vehicle accident" at a major intersection on U.S. 19, with six lanes of traffic, by willfully, intentionally, wantonly, and maliciously crossing six lanes of high volume traffic on U.S. 19 (see Florida – Pasco County – traffic criminal court file in case number – see pleadings filed by Plaintiff in the criminal court file on the facts for the "vehicle-insurance-scheming-conduct" of the wrongdoer) (crossing six lanes of traffic on U.S. 19, the wrongdoer was attempting a "hit-and-run" to leave the accident scene, but the wrongdoer's vehicle stop running). For judicial economy, Plaintiff repeats and realleges each and all pleadings filed by Plaintiff in the aforesaid Florida – Pasco County - criminal traffic court case (512012CT7220WIK000WS), as if the aforesaid pleadings were expressly stated herein) (the wrongdoer was attempting a "hit-and-run," but the wrongdoer's vehicle was damaged and would not fully operate to consummate the "hit-and-run").

The wrongdoer  negligently operated or carelessly maintained said motor vehicle so that it collided with the motor vehicle in which Plaintiff Roy A. Day was driving, with the overlay that the wrongdoer was driving a vehicle with NO FLORIDA VEHICLE LICENSE FOR DRIVING IN THE STATE OF FLORIDA, AND IN THE VARIOUS STATES, AND THE UNITED STATES, AND NO VEHICLE INSURANCE. Witness "21st CCIC" totaled Plaintiff's vehicle, but Plaintiff contested the amount and the facts in the insurance report. Witness "21st CCIC" would not converse with Plaintiff (voice, fax, email, text) pertaining to the totaled vehicle, so based on the "contractual relationship" between Plaintiff and Witness "21st CCIC," as associated with the insurance

**( PAGE 26 OF 35 )    (MARCH 11, 2022)    ( DAY V. GEICO; COMPLAINT-5TH )**

policy Plaintiff was paying-on, Plaintiff wrote  "contractual-legal-language" letters to the  "CEO" Anthony J. DeSantis, and Williams Loucks (COO – Chief Operating Officer), for Witness "21st CCIC," as referenced to that specific date and time. Anthony J. DeSantis, and Williams Loucks, refused and continued to refuse to answer the "contractual-legal-language" letters (the aforesaid individuals had a legal obligation to answer the aforesaid letters, or suffer the legal consequences of their actions). Plaintiff filed a Complaint against Anthony J. DeSantis, and Williams Loucks, but the BILLION DOLLAR Corporation had a law firm files pleadings that did NOT answer the facts and issues pertaining to the vehicle accident, but filed pleadings to DENY Plaintiff meaningful access to the court with proper venue and subject matter jurisdiction by paying cash under the table to the judge (cash in various forms to conceal the illegal conduct) to transfer the Complaint to another venue (**VENUE AND SUBJECT MATTER JURISDICTION WERE PROPER – THE JUDGE DENIED THE LAW PERTAINING TO PLAINTIFF**) to have the Judges in the new venue dismiss Plaintiff's complaint **without entertaining or reaching the damages issue for the vehicle crash** (the court, as co-conspirator with the BILLION DOLLAR CORPORATION -  attorneys of record - used a fraudulent sanctions issue to illegally dismiss the Complaint) (**obstruction of justice and tampering with evidence is the norm for the aforesaid judges – the orders issued were not judicial acts, but were entered pursuant to "prior agreement" and "personal motivation"**).  PLAINTIFF HAS BEEN **PAID ZERO DOLLARS AND ZERO CENTS ($0.00) FOR A VEHICLE CRASH THAT OCCURRED EIGHT YEARS AGO** (2920 DAYS), WITH THE OVERLAY THAT PLAINTIFF PAID SIX YEARS ON THE VEHICLE INSURANCE POLICY, AND THE DAMAGES WERE DUE AND PAYABLE. To add INSULT TO INJURY, when Plaintiff contacted Witness "21st CCIC" to pick-up Plaintiff's totaled vehicle, Witnesst "21st CCIC" would not converse with Plaintiff (one of Witness "21st CCIC" employees stated that the employee would contact corporate and let plaintiff know – the employee never contacted Plaintiff). Plaintiff made numerus attempts to have Plaintiff vehicle picked-up, but Witness "21st CCIC" refused and continued to refuse to pick-up Plaintiff's vehicle. Subsequently, Plaintiff's vehicle was "repossessed" by the Financial Institution, and Plaintiff's **CREDIT RATING DESTROYED**! PLAINTIFF HAS BEEN PAID ZERO DOLLAR AND ZERO CENTS ($0.00) FOR THE TOTALED VEHICLE!!!!!!!!!!!! Plaintiff seeks (settled) in punitive damages to place Witness "21st CCIC" out-of-business for destroying Plaintiff's credit rating (the ladies and gentlemen of the jury have full and complete province of this issue and fact).

**( PAGE 27 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

## **END FACTS FOR "21ST CCIC" VEHICLE ACCIDENT** (VEHICLE ACCIDENT TWO)

**There is no res judicata in the instant case (See Exhibit "10" attached hereto and by reference incorporated herein** – No Res Judicata as reflected on the evidence documented by the "Department of Justice," and Defendant William P. Barr, and Defendant Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice!!!!!!!!!!!!!

**There is no res judicata in the instant case (See Exhibit "11" attached hereto and by reference incorporated herein** – No Res Judicata as reflected on the evidence documented by the "Department of Justice," and Defendant William P. Barr, and Defendant Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice!!!!!!!!!!!!

**There is no res judicata in the instant case (See Exhibit "12" attached hereto and by reference incorporated herein** – No Res Judicata as reflected on the evidence documented by the "Department of Justice," and Defendant William P. Barr, and Defendant Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice!!!!!!!!!!!!

**18.** No adequate remedy exists at law for redress of those deprivations, which continue to occur and will occur in the future, unless Defendant GEICO's course of conduct is declared by this court as being void, null and illegal, in the year A.D. 2022.

**19.** Plaintiff, and the Class, have been subjected to "cunning, misleading, and deceptive" (fraud – Intrinsic and Extrinsic) conduct, resulting in the denial of due process and equal protection of the law by Defendant "GEICO's" co-conspirators, agents, and servants, with the overlay Plaintiff, and the Class, have been subjected to artificially high, non-competitive prices, for vehicle insurance, that are unconscionable, unreasonable and unfair," and violate the State of Florida Anti-Trust Laws.

**( PAGE 28 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

**20.** That by virtue of the Constitutional violations, and the willful, intentional, wanton, reckless, malicious, fraudulent (intrinsic and extrinsic) conduct of Defendant "GEICO" aforesaid, and as a proximate result thereof, Plaintiff, and the Class, have been damaged in the SUM CERTAIN of Forty Thousand Dollars ($40,000.00 – ONLY – nothing more, or less).

**21.** As a further proximate result of Defendant "GEICO's" Constitutional violations, and the fraudulent conduct throughout the occurrences described above in paragraphs "6" through "12" (FACTS for "GEICO") and as a direct and proximate result of Defendant "GEICO's" willful, intentional, wanton, reckless and malicious actions, individually and in concert, Plaintiff, and the Class, have suffered great mental pain and suffering with fright, chagrin, embarrassment, anger, nausea, nightmares, difficulty sleeping and his social life destroyed in the SUM of Ten Thousand Dollars ($10,000.00 – nothing more, or less) , and will continue to suffer.

**22.** That said fraudulent conduct was done to conceal and cover-up Defendant "GEICO's" course of illegal conduct against Plaintiff, and The Class. The wrong done by Defendant "GEICO," individually and concert, was aggravated by that kind of willfulness, wantonness and malice for which the law allows the imposition of exemplary damages. Plaintiff shows that an award of substantial exemplary damages would serve not only to deter Defendant "GEICO," and Defendant "GEICO's" agents, and servants, and co-conspirators, and employees, and subsidiaries, and affiliates, from engaging in the aforesaid course of illegal conduct, but it would also serve as a warning or deterrent to others similarly situated. Accordingly, Plaintiff sues for exemplary damages in the SUM of (Ten Thousand Dollars ($10,000.00) against Defendant "GEICO." That said fraudulent conduct was done to conceal and cover-up Defendant "GEICO's" course of illegal conduct against Plaintiff. The wrong done by Defendant "GEICO," individually and concert, was aggravated by that kind of willfulness, wantonness and malice for which the law allows the imposition of exemplary damages. Plaintiff shows that an award of substantial exemplary damages would serve not only to deter Defendant "GEICO," and Defendant "GEICO's" agents, and servants, and co-conspirators, and employees, and subsidiaries, and affiliates, from engaging in the

**( PAGE 29 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

aforesaid course of illegal conduct, but it would also serve as a warning or deterrent to others similarly situated.

**23.** Due to the aforesaid facts, supra, no other adequate remedy exists at law for redress of the course of illegal conduct by Defendant "GEICO against Plaintiff, and others similarly situated (The Class), which continue to occur and will occur in the future, unless this court permits Plaintiff, and those similarly situated (The Class), to have immediate "ACCESS" to this Court, to obtain relief from Defendant, to cease and desist Defendant "GEICO's" "PREMEDITATED AND PREARRANGED" "CUNNING, DECEPTIVE AND MISLEADING PROCEDURES."

**24.** Plaintiff is entitled to a declaratory judgment declaring the acts of Defendant "GEICO's" "cunning, misleading, deceptive" (fraud of the first order) conduct to deny Plaintiff collateral damages.

**25.** In addition this is an action for declaratory judgment to ensure Defendants Donald J. Trump – "DJT," and William P. Barr - "WPB," are properly before the court, and to testify with evidence from the Department of Justice for the ladies and gentlemen of the jury on the Criminal FEDERAL Complaints (see Exhibit "14" attached hereto and by reference incorporated herein) filed by Plaintiff pursuant to a two-tier system of justice that denied Plaintiff's collateral damages, and the damages on a totaled vehicle that was damaged over 2,920 days ago by a drug addict with no driver's license and no insurance, with Defendant "GEICO," and Witness "21st CCIC,"   conspiring with agents, servants, and co-conspirators to deny the law, facts, and evidence existed when pertaining to Plaintiff, and to obstruct justice and tamper with evidence, including but not limited to, the Maine Appellate Rules of Procedure (Rule 7) were NON-Existent for Plaintiff, and the Federal Rules of Civil Procedure, and Federal Venue Statutes, were non-existent for Plaintiff, specifically, THE LAW DID NOT OPERATE ON ALL ALIKE!

**( PAGE 30 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands that the following relief be granted:

a. Declare that Defendant "GEICO" has engaged in fraud of the first order, using "cunning, mislead, and deceptive" conduct, with the overlay that Defendant GEICO," as **PRINCIPAL CO-CONSPIRATOR** WITH GOVERNMENT EMPLOYEES (including Defendant "XXX"), has conspired with agents, servants, and co-conspirators to have the agents, servants, and co-conspirators orchestrate a campaign against Plaintiff to violate Plaintiff's, and the Class, Constitutional Rights of due process and equal protection of the law with the **LAW NOT ACTING ALL ALIKE**; declare that Defendant "GEICO," and Defendant "GEICO's" agents, servants, and co-conspirators, have violated various States' Anti-Trust Laws, including but not limited to, the State of Florida, insofar as Defendant "GEICO's" course of conduct has denied Plaintiff, and others similarly situated (The Class), the right to obtain a fair, reasonable, equitable and competitive price in the year A.D. 2022 for vehicle insurance that is NOT "artificially high," as associated with a "non-competitive vehicle insurance policy, that is unconscionable, unreasonable and unfair price;" Declare that Donald J. Trump, and William P. Barr, are "indisputable" "parties" and "witnesses" for the associated Federal Criminal Complaint filed with the United States Department of Justice (see Exhibit "14" attached).

b. Granting Plaintiff judgment against Defendant GEICO" for compensatory damages in the amount of Forty Thousand Dollars ($40,000.00 – ONLY – nothing more, or less)  against Defendant "GEICO" (as a PRINCIPAL CO-CONSPIRATOR' with "government employees").

c. Granting Plaintiff judgment against Defendant "GEICO" pursuant to mental pain and suffering damages, in the SUM of Ten Thousand Dollars ($10,000.00 – nothing more, or less) against Defendant "GEICO," with interest at the lawful rate until judgment; that Plaintiff have and recover interest on that judgment at the rate of twenty percent (20%) per annum until paid.

d. Granting Plaintiff judgment against Defendant "GEICO" for exemplary damages in the amount of Ten Thousand Dollars ($10,000.00 – nothing more, or less) against Defendant "GEICO," that Plaintiff have and recover interest on that judgment at the rate of twenty percent (20%) per annum until paid.

**( PAGE 31 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

e. Declare the aforesaid damages are less than the Federal Requirement of $75,000.00, and there is NO FEDERAL ISSUES, and there are citizens of the same State, with the Florida Courts have proper venue, and subject matter jurisdiction.

f. Awarding Plaintiff cost and reasonable attorneys' fees ("litigating fees"), and in the event of appeal to the State Appellate Court, and the Florida Supreme Court, and the United States District Court, and the United States Court of Appeals, and the Supreme Court of the United States, Plaintiff have and recover additional attorneys' fees ("litigating fees") and reasonable cost and expense of that action.

g. Declare that Defendants "DJT," and "WPB," are properly before the court to testify with evidence from the Department of Justice on Plaintiff's behalf pertaining to the FEDERAL CRIMINAL COMPLAINTS (see Exhibit "14") filed by Plaintiff with the Department of Justice on the two-tier system of justice that has denied Plaintiff collateral damages, and damages for a vehicle crash over 2,920 days ago; declare that the grand jury members on the Federal Complaints for a two-tier system of justice will testify on behalf of Plaintiff..

h. Granting Plaintiff such other and further relief as may be just.

## REQUEST FOR A TRIAL BY JURY

Plaintiff Roy A. Day in the above-entitled and numbered matter demands a trial by jury of all issues so triable in said matter on the grounds that it is entitled to such trial by virtue of having complied with all requisites of the Florida Rules of Civil Procedure (proper venue is the Florida Courts), and there exists in this case an adequate and complete remedy at law.

**( PAGE 32 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

Respectfully submitted,


/s/  Roy A. Day

Roy A. Day
P.O. Box 33
Tarpon Springs, Florida
USA          34688-0033


BY:    /s/ Roy A. Day    (I.D. NO. ???-??-2452)

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA          34688-0033
TELEPHONE: 727-6428636
EMAIL: royaday@hotmail.com
Citizen-Attorney for Plaintiff Roy A. Day


**CONTACT INFORMATION**:

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA          34688-0033
-------------------------------------------------------------------------------------------------------
VOICE: (PRIMARY: 727-6428636)
-------------------------------------------------------------------------------------------------------
FAX, and VOICE: 206-4951708
-------------------------------------------------------------------------------------------------------
MOBILE DEVICE– TEXT MESSAGE (NO EMAIL TEXT MESSAGE): 727-6428636
-------------------------------------------------------------------------------------------------------


EMAIL ADDRESS and MOBILE Pocket PC address:    royaday@hotmail.com
-------------------------------------------------------------------------------------------------------


**( PAGE 33 OF 35 )    (MARCH 11, 2022)    ( DAY V. GEICO; COMPLAINT-5TH )**

**INDEX**:

EXHIBIT "1" – Crash Report 85318748 – "GEICO"

EXHIBIT "2" – Reporting Agency Report No. FHPC16OFF044620 – GEICO"

EXHIBIT "3" – GOOGLE "YOU TUBE" – 8 Videos, 1 Slideshow – "GEICO"

EXHIBIT "4" – GOOGLE "YOU TUBE" – Video – Roy A. Day – "GEICO"

EXHIBIT "5" – GOOGLE – "YOU TUBE" "Animation"  - "GEICO"

EXHIBIT "6" – GOOGLE – "Photos" – "GEICO"

EXHIBIT "7" – 2 letters to Director Rhodes – GEICO"

EXHIBIT "8" – 2 letters to Lt. Glenny – GEICO"

EXHIBIT "9"  —  FHP Crash Report "21st CCIC"

EXHIBIT "10"  —  Case Law for Res Judicata NOT Applicable for the instant case

EXHIBIT "11" —  Case Law for Rule 7 Maine Rules of Appellate Procedure – Etc.

EXHIBIT "12" —  Case Law – prior agreement – personal motivation – NOT judicial act

EXHIBIT "13"  —  Crash Payout to wrongdoers

EXHIBIT "14"  - FEDERAL CRIMINAL REPORT FILED WITH FBI – TRUMP AND BARR

**CAVEAT**: FOR THE PURPOSE OF THE INSTANT COMPLAINT, WHEN DEFENDANT "GEICO" IS REFERENCED IN THE INSTANT COMPLAINT, IT REFERS, RELATES, PERTAINS, AND MENTIONS "AGENTS, AND SERVANTS, AND CO-CONSPIRATORS, AND EMPLOYEES." N.B. – NOTA BENE: FOR THE LADIES AND GENTLEMEN OF THE JURY: THE AMOUNT OF DOLLARS AND CENTS REQUESTED FOR DAMAGES BY PLAINTIFF IS "**SPECICALLY**" SIXTY THOUSAND DOLLARS **($60,000.00 – TOTAL MOUNT ON THE FACE OF THE RECORD**) - THE FLORIDA COURTS HAVE PROPER VENUE – THERE IS NO FEDERAL ISSUE.

**( PAGE 34 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**

STATE OF FLORIDA
IN THE CIRCUIT COURT FOR THIRTEENTH JUDICIAL CIRCUIT
HILLSBOROUGH COUNTY, FLORIDA
CIVIL LAW DIVISION

ROY A. DAY,
ON BEHALF OF HIMSELF AND
AS CLASS ACTION ON BEHALF
OF OTHERS SIMILARLY SITUATED,
     Plaintiffs

VS.                                      C.A.

GEICO GENERAL INSURANCE COMPANY, et al.,

     Defendants

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

       BEFORE ME, the undersigned authority, on this day personally appeared Roy A. Day, who being by me duly sworn on his oath deposed and said that he is the Plaintiff in the above-entitled action, that he has read Plaintiff's Complaint and that every statement therein is within his personal knowledge true and correct.

/s/ Roy A. Day

Roy A. Day

       I declare under penalty of perjury that the foregoing Complaint is true and correct, and I understand that a false statement in this declaration will subject me to penalties for perjury. NOTE: This declaration complies with the State of Florida Statutes for Perjury, and 28 USC 1746, in lieu of an affidavit - Plaintiff is a pauper and cannot afford to pay another notary public to sign this form. Plaintiff is appearing as a citizen-attorney, and such a course has the same weight of evidence as an affidavit.

Executed this 8th day of March 11, 2022.

/s/ Roy A. Day

Roy A. Day

**( PAGE 35 OF 35 )   (MARCH 11, 2022)   ( DAY V. GEICO; COMPLAINT-5TH )**



Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

 **LexisNexis·**

For Customer Support refer to the
appropriate platform below:

**OrderPoint**
800-934-9698
Orderpoint.support@lexisnexis.com

**Accurint for Insurance**
866-277-8407
Accurint.support@lexisnexis.com

**Lexis.com**
Law Firm accounts
800-543-6862

PAGE COUNT: 5

```
CLIENT :      011
DIVISION :    13
ADJUSTER :    08FE03
CLAIM :       0462438490101030

TRANSACTION # :  581519642
DATE :           05/04/2016

DATE OF LOSS :   04/29/2016      TIME OF LOSS : 12:00 AM
STREET :         HUDSON REGIONAL LIBRARY
CITY :           HUDSON
COUNTY :         PASCO
STATE :          FL

INVESTIGATING AGENCY :   FL HP
REPORT NUMBER :          85318748
REPORT TYPE :            Auto Accident
PARTY 1 :                LORNA  GREY
PARTY 2 :                CHRISTOPHE  WILLIAMS
PARTY 3 :                ROY DAY

CAR :                    MAKE : GMC       YEAR : 03
                         TAG :

DRIVER LICENSE :         1298030
ADDITIONAL INFO :
```

NOTE :

THANK YOU FOR YOUR ORDER!

## FLORIDA TRAFFIC CRASH REPORT
LONG FORM ☐ SHORT FORM ☒ UPDATE ☐

(Electronic Version)

**HIGHWAY SAFETY & MOTOR VEHICLES,**
**TRAFFIC CRASH RECORDS**
NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

| Date of Crash | Time of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|---|
| 29/Apr/2016 03:20 PM | 29/Apr/2016 03:20 PM | 29/Apr/2016 04:03 PM | FHPC16OFF044620 | 85318748 |

### CRASH IDENTIFIERS

| County Code | City Code | County of Crash | Place or City of Crash | Within City Limits | Time Reported | Time Dispatched |
|---|---|---|---|---|---|---|
| 26 | 0 | PASCO | UNINCORPORATED | No | 29/Apr/2016 03:23 PM | 29/Apr/2016 03:24 PM |

| Time on Scene | Time Cleared Scene | Completed | Reason (if Investigation NOT Completed) | Notified By |
|---|---|---|---|---|
| 29/Apr/2016 03:41 PM | 29/Apr/2016 05:56 PM | Yes | | Law Enforcement |

### ROADWAY INFORMATION

| Crash Occured On Street, Road, Highway | At Street Address# | At Latitude | and Longitude |
|---|---|---|---|
| 6012 LIBRARY RD | | 28.354559999999999 | -82.682400000000001 |

| At Feet | Or Miles | Direction | From Intersection With Street, Road, Highway | Or From Milepost # |
|---|---|---|---|---|
| 300 | | North | LIBRARY RD | |

| Road System Identifier | Type Of Shoulder | Type Of Intersection |
|---|---|---|
| 9 Parking Lot | 1 Paved | 1 Not at Intersection |

### CRASH INFORMATION (Check if Pictures Taken) ☐

| light Condition | Weather Condition | Roadway Surface Condition | School Bus Related | Manner Of Collision |
|---|---|---|---|---|
| 1 Daylight | 1 Clear | 1 Dry | 1 No | 77 Other, Explain in Narrative |

| First Harmful Event Type | First Harmful Event | First Harmful Event Location | Within Interchange | First Harmful Event Relation to Junction |
|---|---|---|---|---|
| | 14 | 8 In Parking Lane or Zone | No | 1 Non-Junction |

| Contributing Circumstances: Road | Contributing Circumstances: Road | Contributing Circumstances: Road |
|---|---|---|
| 1 None | | |

| Contributing Circumstances: Environment | Contributing Circumstances: Environment | Contributing Circumstances: Environment |
|---|---|---|
| 1 None | | |

| Work Zone Related | Crash In Work Zone | Type Of Work Zone | Workers In Work Zone | Law Enforcement In Work Zone |
|---|---|---|---|---|
| 1 No | | | | |

### VEHICLE (Check if Commercial) ☐

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg | VIN |
|---|---|---|---|---|---|---|---|
| 3 | 2 Parked Motor Vehicle | 1 No | Z6GRC | FL | 13/Sep/2016 | No | KL8CB8S96FC811159 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2015 | CHEV | SPARK | 5D | SIL | Disabling | 5000 | Yes | INSURANCE ARRANGED | |

| Insurance Company | Insurance Policy Number |
|---|---|
| | |

| Name of Vehicle Owner (Check Box If Business) ☐ | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|
| ROY ANDERSON DAY | PO BOX 33 | TARPON SPRINGS FL | 34688-0000 |

| Trailer One | License Number | State | Reg. Expires | Permanent Reg | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Trailer Two | License Number | State | Reg. Expires | Permanent Reg | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Vehicle Traveling | Direction | On Street, Road, Highway | At Est. Speed | Posted Speed | Total Lanes |
|---|---|---|---|---|---|
| | North | 6012 LIBRARY RD | | 20 | 2 |

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|

| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) |
|---|---|---|
| | | |

| Haz. Mat. Release | Haz Mat. Placard | Number | Class |
|---|---|---|---|

| Motor Carrier Name | US DOT Number |
|---|---|

| Motor Carrier Address | City and State | Zip Code | Phone Number |
|---|---|---|---|

| Comm/Non Commercial | Vehicle Body Type | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use | Special Function of MV |
|---|---|---|---|---|---|
| | 1 Passenger Car | 1 None | | 1 No | 1 No Special Function |

| Vehicle Maneuver Action | Trafficway | Roadway Grade | Roadway Alignment | Most Harmful Event | Most Harmful Event Detail |
|---|---|---|---|---|---|
| 8 Parked | 1 Two-Way, Not Divided | 1 Level | 1 Straight | 2 Collision with Non-Fixed Object | 15 Parked Motor Vehicle |

| Traffic Control Device For This Vehicle | First (1) Sequence of Events | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |
|---|---|---|---|---|
| 1 No Controls | 2 Collision with Non-Fixed Object / 15 Parked Motor Vehicle | | | |

### VEHICLE (Check if Commercial) ☐

| Vehicle | Motor Vehicle Type | Hit and Run | Veh License Number | State | Reg. Expires | Permanent Reg | VIN |
|---|---|---|---|---|---|---|---|
| 2 | 1 Vehicle in Transport | 1 No | 8HCTO2 | FL | 15/Aug/2016 | No | KMHHT6KD8EU116720 |

| Year | Make | Model | Style | Color | Extent of Damage | Est. Damage | Towed Due To Damage | Vehicle Removed By | Rotation |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | HYUN | GENESIS | 2D | GRY | Disabling | 7000 | Yes | A-1 RECOVERY (727)93 | Rotation |

| Insurance Company | Insurance Policy Number |
|---|---|
| | |

HSMV 90010 S

Page 1 of 4

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 29/Apr/2016 03:20 PM | 29/Apr/2016 03:20 PM | FHPC16OFF044620 | 85316748 |

| Name of Vehicle Owner (Check Box If Business) | | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|---|
| CHRISTOPHER ALLEN WILLIAMS | | 7730 SAILWINDS PASS | PORT RICHEY FL | 34668-0000 |

| Trailer One | License Number | State | Reg. Expires | Permanent Reg. | VIN | | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|---|
| Trailer Two | License Number | State | Reg. Expires | Permanent Reg. | VIN | | Year | Make | Length | Axles |

| Vehicle Traveling | Direction North | On Street, Road, Highway 8012 LIBRARY RD | | At Est. Speed | Posted Speed 20 | Total Lanes 2 |
|---|---|---|---|---|---|---|

| CMV Configuration | Cargo Body Type | | | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|---|---|
| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) | | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer |
| Haz Mat Release | Haz Mat Placard | Number | Class | | |
| Motor Carrier Name | | US DOT Number | | | |
| | Motor Carrier Address | | City and State | Zip Code | Phone Number |

| Comm/Non-Commercial | Vehicle Body Type 1 Passenger Car | Vehicle Defects (one) 1 None | Vehicle Defects (two) | Emergency Vehicle Use 1 No | Special Function of MV 1 No Special Function |
|---|---|---|---|---|---|
| Vehicle Maneuver Action 8 Parked | Trafficway 1 Two-Way, Not Divided | Roadway Grade 1 Level | Roadway Alignment 1 Straight | Most Harmful Event 2 Collision with Non-Fixed Object | Most Harmful Event Detail 15 Parked Motor Vehicle |
| Traffic Control Device For This Vehicle 1 No Controls | First (1) Sequence of Events 2 Collision with Non-Fixed Object 15 Parked Motor Vehicle | Second (2) Sequence of Events 15 Parked Motor Vehicle | Third (3) Sequence of Events | Fourth (4) Sequence of Events |

**VEHICLE (Check if Commercial)**

| Vehicle 1 | Motor Vehicle Type 1 Vehicle in Transport | Hit and Run 1 No | Veh License Number 149AAF | State ME | Reg. Expires 31/May/2016 | Permanent Reg No | VIN 2GTEK19V731349282 |
|---|---|---|---|---|---|---|---|
| Year 2003 | Make GMC | Model SIERRA | Style TRUCK | Color RED | Extent of Damage Disabling | Est. Damage 7000 | Towed Due To Damage Yes | Vehicle Removed By A-1 RECOVERY (727)93 | Rotation Rotation |

| Insurance Company GEICO | Insurance Policy Number 4291313957 |
|---|---|

| Name of Vehicle Owner (Check Box If Business) | | Current Address (Number and Street) | City and State | Zip Code |
|---|---|---|---|---|
| LORNA R GREY | | 16 HOWARDS HEAD RD | TENANTS HARBOR ME | 04860 |

| Trailer One | License Number | State | Reg. Expires | Permanent Reg. | VIN | | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|---|
| Trailer Two | License Number | State | Reg. Expires | Permanent Reg. | VIN | | Year | Make | Length | Axles |

| Vehicle Traveling | Direction West | On Street, Road, Highway 8012 LIBRARY RD | | At Est. Speed 20 | Posted Speed 20 | Total Lanes 2 |
|---|---|---|---|---|---|---|

| CMV Configuration | Cargo Body Type | | | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|---|---|
| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) | | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer |
| Haz Mat Release | Haz Mat Placard | Number | Class | | |
| Motor Carrier Name | | US DOT Number | | | |
| | Motor Carrier Address | | City and State | Zip Code | Phone Number |

| Comm/Non Commercial | Vehicle Body Type 3 Pickup | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use 1 No | Special Function of MV 1 No Special Function |
|---|---|---|---|---|---|
| Vehicle Maneuver Action 77 Other, Explain in Narrative | Trafficway 1 Two-Way, Not Divided | Roadway Grade 1 Level | Roadway Alignment 1 Straight | Most Harmful Event 3 Collision with Fixed Object | Most Harmful Event Detail 32 Tree (standing) |
| Traffic Control Device For This Vehicle 1 No Controls | First (1) Sequence of Events 2 Collision with Non-Fixed Object 14 Motor Vehicle in Transport | Second (2) Sequence of Events 32 Tree (standing) | Third (3) Sequence of Events | Fourth (4) Sequence of Events |

**PERSON RECORD**

| Persons Description 1 1 Driver | Vehicle # 1 | Name LORNA R GREY | Date of Birth 23/Jul/1942 | Sex 2 Female | Phone Number 2072884007 | Re-Exam No |
|---|---|---|---|---|---|---|
| Address 16 HOWARDS HEAD RD | City TENANTS HARBOR | State ME | | Zip Code 04860 | | |
| Driver License Number 1298030 | State ME | Expires 23/Jul/2016 | DL Type 5 E/Operator | Req. End. 3 No Req Endorsement | Injury Severity 4 Incapacitating | Ejection 1 Not Ejected |
| Restraint System 3 Shoulder and Lap Belt Used | Air Bag Deployed 3 Deployed-Front | Helmet Use | Eye Protection 3 Not Applicable | Seating Location Seat 1 Left | Seating Location Row 1 Front | Seating Location Other |

Page 2 of 4

| Date of Crash<br>29/Apr/2016 03:20 PM | Date of Report<br>29/Apr/2016 03:20 PM | Invest Agency Report Number<br>FHPC16OFF044620 | HSMV Crash Report Number<br>85318748 |
|---|---|---|---|

| Drivers Actions at Time of Crash (first)<br>2 Operated MV in Careless or Negligent Manner | Drivers Actions at Time of Crash (second) | Driver Distracted By<br>1 Not Distracted | Vision Obstruction<br>1 Vision Not Obscured |
|---|---|---|---|

| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash<br>1 Apparently Normal | |
|---|---|---|---|

| Suspected Alcohol Use<br>1 No | Alcohol Tested<br>1 Test Not Given | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use<br>1 No | Drug Tested<br>1 Test Not Given | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|

| Source of Transport to Medical Facility<br>2 EMS | EMS Agency Name or ID<br>PASC FR#11 | EMS Run Number<br>16-022619 | Medical Facility Transported To<br>BAYONET POINT HOSPITAL |
|---|---|---|---|

**PERSON RECORD**

| Person#<br>2 | Description<br>3 Passenger | Vehicle #<br>1 | Name<br>KENNETH GREY | Date of Birth<br>29/Apr/2016 | Sex<br>1 Male | Injury Severity<br>4 Incapacitating | Ejection<br>1 Not Ejected |
|---|---|---|---|---|---|---|---|

| Address<br>16 HOWARDS HEAD RD | City<br>TENANTS HARBOR | State<br>ME | Zip Code<br>04860 |
|---|---|---|---|

| Restraint System<br>2 None Used -Motor Vehicle Occupant | Air Bag Deployed<br>3 Deployed-Front | Helmet Use | Eye Protection<br>3 Not Applicable | Seating Location Seat<br>3 | Seating Location Row<br>1 | Seating Location Other |
|---|---|---|---|---|---|---|

| Source of Transport to Medical Facility<br>2 EMS | EMS Agency Name or ID<br>PASCO FR#11 | EMS Run Number<br>16-022619 | Medical Facility Transported To<br>BAYONET POINT HOSPITAL |
|---|---|---|---|

**WITNESSES**

| Name<br>LORRAINE KUNTZLER | Address<br>5316 SALTAMONTE DR | City<br>NEW PORT RICHEY | State<br>FL | Zip Code<br>34655 |
|---|---|---|---|---|

**VIOLATIONS**

| Person#<br>1 | Name<br>LORNA R GREY | Florida Statute Number<br>316.1925(1) | Charge<br>CARELESS DRIVING | Citation<br>A5467UE |
|---|---|---|---|---|

**NARRATIVE**

| ID Number<br>3505 | Rank<br>TROOPER | Name<br>W.J. NIXON | Troop / Post<br>C | Officer Agency<br>FLORIDA HIGHWAY PATROL | Phone Number<br>352-797-3738 | Date Created<br>Apr 29, 2016 |
|---|---|---|---|---|---|---|

V01 was traveling north in the parking lot of Pasco County Library (8012 Library Rd). Driver 1 of V01 parked next to the entrance facing north while Passenger 1 exited and went into the library. Passenger 1 re-entered V01 and Driver 1 stated V01 and put it in drive and she said the gass pedal stuck to the floor. As a result, V01 accelerated north in the parking lot. Driver 1 attempted a left turn. V01's right front then struck V02's right rear side. V02 was then propelled to it's left. V02's left side then struck V03's right side. V01 continued west in the parking lot still accelerating. Driver 1 turned right to avoid parked cars and went over the parking lot curb and onto the grass. V01's front end then struck a tree and came to final rest facing north.

**REPORTING OFFICER**

| ID/Badge #<br>3505 | Rank and Name<br>TROOPER W.J. NIXON | Department<br>FLORIDA HIGHWAY PATROL | Type of Department<br>FHP |
|---|---|---|---|

Page 3 of 4

Official copy obtained through DocCrash.c

| Date of Crash 29/Apr/2016 03:20 PM | Date of Report 29/Apr/2016 03:20 PM | Invest. Agency Report Number FHPC16OFF044620 | HSMV Crash Report Number 85318748 |
|---|---|---|---|



— V01 vs Tree

N

Diagram not to scale

V01

V01

V02 pushed into V03

— V01 vs V02

V01

V01

Parking lot
8012 Library Rd

V01

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

**EXHIBITS FILED ON GOOGLE'S "YOU TUBE" FOR VIEWING BY THE LADIES AND GENTLEMEN OF THE JURY. (Search "YOU TUBE" for: "LORNA KENNETH GREY")**

**EXHIBIT "3"** -- see Google's "YOU TUBE" for VIDEOS and a SLIDESHOW of the motor vehicle accident. Two "long" VIDEOS, and six "short" VIDEOS, one Slideshow, entitled: (a) Video – May 11, 2016 ; (b) Video Voice Hudson; (c) "Lorna Kenneth Grey" Slideshow; (d) Six "short" VIDEOS.

**EXHIBIT "4"** – see Google's "YOU TUBE" for a VIDEO entitled "LORNA KENNETH GREY" with Roy A. Day's picture – entitled: "Voice – Video – Hudson Vehicle Accident – April 29, 2016 – Scofflaws Lorna and Kenneth Grey's Vehicle – Path of Destruction."

**EXHIBIT "5"** – "Animation" of the motor vehicle accident - see the following address

in the browser address bar:

https://goo.gl/photos/z8w85FPHfZ7BSKPBA

**EXHIBIT "6"** – "Photos" of the motor vehicle accident. See the following address in the browser address bar:

https://photos.google.com/share/AF1QipM22yrttGvNcxRNc5HqS39YWD54w82va perpzNX1cFavXaZAoUsldyVj0FRc5DlbQ?key=bXc1eEs3NmNRQTFOa3REMWpPZD hnSFQ0WTVFZ093

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

**EXHIBITS FILED ON GOOGLE'S "YOU TUBE" FOR VIEWING BY THE LADIES AND GENTLEMEN OF THE JURY. (Search "YOU TUBE" for: "LORNA KENNETH GREY")**

**EXHIBIT "3"** – see Google's "YOU TUBE" for VIDEOS and a SLIDESHOW of the motor vehicle accident. Two "long" VIDEOS, and six "short" VIDEOS, one Slideshow, entitled: (a) Video – May 11, 2016 ; (b) Video Voice Hudson; (c) "Lorna Kenneth Grey" Slideshow; (d) Six "short" VIDEOS.

**EXHIBIT "4"** – see Google's "YOU TUBE" for a VIDEO entitled "LORNA KENNETH GREY" with Roy A. Day's picture – entitled: "Voice – Video – Hudson Vehicle Accident – April 29, 2016 – Scofflaws Lorna and Kenneth Grey's Vehicle – Path of Destruction."

**EXHIBIT "5"** – "Animation" of the motor vehicle accident - see the following address

in the browser address bar:

https://goo.gl/photos/z8w85FPHfZ7BSKPBA

**EXHIBIT "6"** – "Photos" of the motor vehicle accident. See the following address in the browser address bar:

https://photos.google.com/share/AF1QipM22yrttGvNcxRNc5HqS39YWD54w82va perpzNX1cFavXaZAoUsldyVj0FRc5DlbQ?key=bXc1eEs3NmNRQTFOa3REMWpPZD hnSFQ0WTVFZ093

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

**EXHIBITS FILED ON GOOGLE'S "YOU TUBE" FOR VIEWING BY THE LADIES AND GENTLEMEN OF THE JURY. (Search "YOU TUBE" for: "LORNA KENNETH GREY")**

**EXHIBIT "3"** – see Google's "YOU TUBE" for VIDEOS and a SLIDESHOW of the motor vehicle accident. Two "long" VIDEOS, and six "short" VIDEOS, one Slideshow, entitled: (a) Video – May 11, 2016 ; (b) Video Voice Hudson; (c) "Lorna Kenneth Grey" Slideshow; (d) Six "short" VIDEOS.

**EXHIBIT "4"** – see Google's "YOU TUBE" for a VIDEO entitled "LORNA KENNETH GREY" with Roy A. Day's picture – entitled: "Voice – Video – Hudson Vehicle Accident – April 29, 2016 – Scofflaws Lorna and Kenneth Grey's Vehicle – Path of Destruction."

**EXHIBIT "5"** – "Animation" of the motor vehicle accident - see the following address

in the browser address bar:

https://goo.gl/photos/z8w85FPHfZ7BSKPBA

**EXHIBIT "6"** – "Photos" of the motor vehicle accident. See the following address in the browser address bar:

https://photos.google.com/share/AF1QipM22yrttGvNcxRNc5HqS39YWD54w82va
perpzNX1cFavXaZAoUsldyVj0FRc5DlbQ?key=bXc1eEs3NmNRQTFOa3REMWpPZD
hnSFQ0WTVFZ093

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

**EXHIBITS FILED ON GOOGLE'S "YOU TUBE" FOR VIEWING BY THE LADIES AND GENTLEMEN OF THE JURY. (Search "YOU TUBE" for: "LORNA KENNETH GREY")**

**EXHIBIT "3"** – see Google's "YOU TUBE" for VIDEOS and a SLIDESHOW of the motor vehicle accident. Two "long" VIDEOS, and six "short" VIDEOS, one Slideshow,  entitled: (a) Video – May 11, 2016 ; (b) Video Voice Hudson; (c) "Lorna Kenneth Grey" Slideshow; (d) Six "short" VIDEOS.

**EXHIBIT "4"** – see Google's "YOU TUBE" for a VIDEO entitled "LORNA KENNETH GREY" with Roy A. Day's picture – entitled:  "Voice – Video – Hudson Vehicle Accident – April 29, 2016 – Scofflaws Lorna and Kenneth Grey's Vehicle – Path of Destruction."

**EXHIBIT "5"** – "Animation" of the motor vehicle accident - see the following address

in the browser address bar:

https://goo.gl/photos/z8w85FPHfZ7BSKPBA

**EXHIBIT "6"** – "Photos" of the motor vehicle accident. See the following address in the browser address bar:

https://photos.google.com/share/AF1QipM22yrttGvNcxRNc5HqS39YWD54w82va perpzNX1cFavXaZAoUsldyVj0FRc5DlbQ?key=bXc1eEs3NmNRQTFOa3REMWpPZD hnSFQ0WTVFZ093

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

DATE:   MAY 9, 2016                    TIME:   12:22 p.m. (-500 UTC)


TO:   MS. TERRY L. RHODES, DIRECTOR

       Florida Department of Highway Safety and Motor Vehicles


RE:  Crash Number:  85318748 (Florida Traffic Driver Information Exchange)


RE:  Trooper W.J. Nixon (ID No. 3505) (Telephone:  352-7975738)


Dear Ms. Rhodes,

     Pursuant to a vehicle accident on April 29, 2016 that reflects evidence on an
attempt at a "hit-and-run," I have uploaded various VIDEOS on YOU TUBE for Trooper
Nixon (Go to YOU TUBE and do a search for "LORNA KENNETH GREY"). There are
seven VIDEOS for Trooper Nixon. The VIDEOS reflect a 99.999% record of an attempt
of a hit-and-run." Fortunately mother-nature stop the "hit-and-run." I have also
uploaded thirty-three photos to the GEICO Insurance claim website of the vehicle
damage done on April 29, 2016. Further, it is self-evident that Kenneth Grey went to
the hospital in an attempt to conceal and cover-up the "hit-and-run."

     Please ensure Trooper Nixon receives this information.

Thank you for your cooperation and assistance on this matter.

Very truly yours,


 /s/ Roy A. Day

Roy A. Day


NOTE: Sent via email:  executivedirector@flhsmv.gov

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA                    34688-0033
-------------------------------------------------------------------------------------------------
**VOICE:** (PRIMARY: 727-6428636)
-------------------------------------------------------------------------------------------------
**FAX, and VOICE:** 206-4951708
-------------------------------------------------------------------------------------------------
**MOBILE DEVICE– TEXT MESSAGE (NO EMAIL TEXT MESSAGE): 727-6428636**
-------------------------------------------------------------------------------------------------

**EMAIL ADDRESS and MOBILE Pocket PC address:** royaday@hotmail.com
-------------------------------------------------------------------------------------------------

**ROY A. DAY'S "DRONE-TARGET-PACKAGE-DELIVERY-ADDRESS-LOCATION" ("DTPDAL"):**

    (A) (DECIMAL DEGREES: LATITUDE: 28.143° NORTH; LONGITUDE: -82.7425° WEST);

    (B) (MINUTES AND SECONDS DEGREES: LATITUDE: 28-08"35' NORTH; LONGITUDE: 082-44"33' WEST).

-------------------------------------------------------------------------------------------------

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

DATE:   MAY 12, 2016                    TIME:   12:35 p.m. (-500 UTC)

TO:   MS. TERRY L. RHODES, DIRECTOR

    Florida Department of Highway Safety and Motor Vehicles

RE: Second email sent to Ms. Terry L. Rhodes on Crash No. 85618748

RE:  Crash Number:  85318748 (Florida Traffic Driver Information Exchange)

RE:  Trooper W.J. Nixon (ID No. 3505) (Telephone:  352-7975738)

RE:  First-Email Letter: May 9, 2016 email-letter sent to Ms. Terry L. Rhodes

Dear Ms. Rhodes,

    Pursuant to my first email-letter dated May 9, 2016 for the above-entitled and numbered crash number 85318748, the following facts makes the record clear and certain and full and satisfactory for a future civil action against Lorna and Kenneth Grey, and their agent and servant known as GEICO General Insurance Company.
    On May 10, I (hereafter, "I" is designated as "Roy A. Day") received the crash report written and prepared by Trooper W.J. Nixon. The said crash report does **NOT** reflect the "evidence" at the scene of the crash on April 29, 2016. I was nonplussed on Trooper W.J. Nixon's  cognitive skills for writing the crash report, since the "evidence" is antithetical to the "evidence" at the crash site. The "controlling" piece of "evidence" at the crash scene on April 29, 2016 pertains to the "tire marks," and "brake-tire marks," and "tire tracks," made on the asphalt  by the vehicle driven by Lorna or Kenneth Grey  on April 29, 2016 as associated with the statements made by Lorna and Kenneth Grey (NOTE: Kenneth Grey could have been driving, and they switched to claim Lorna Grey was driving – the crash report reflects Lorna Grey is the owner of the vehicle and the driver and not Kenneth Grey – that speaks volumes of something is askew). Trooper W.J. Nixon wrote in the crash report that the "gas pedal stuck to the floor" and the vehicle was "still accelerating" when it reached the ninety degree turn at the accelerating speed. If the aforesaid fact was true and correct, there would be brake-tire marks and tire-speed marks on the asphalt, if not, the vehicle would have overturned at a high rate of speed! It is self-evident that Lorna Grey was stating falsehoods and Trooper W.J. Nixon permitted the falsehoods to proceeds. The aforesaid statements are antithetical to the "evidence" at the scene. So the record would be clear and certain and  full and satisfactory for the Federal Complaint against Lorna and Kenneth Grey and GEICO (their agent and servant), I (Roy A. Day) made a

VIDEO of the crash scene on May 11, 2016 that reflects the true and correct "evidence," and that the crash report of Trooper Nixon is "cunning, misleading, and deceptive," and does not state the true and correct facts as associated with the laws of physics and chemistry. Go to the "You Tube" website and do a search for: "Lorna Kenneth Grey" and view the VIDEO named "Lorna Kenneth Grey Video May 11 2016" (this VIDEO was made after the crash report was published) (there are eight VIDEOS total – you should view all of the VIDEOS).

I would ask that you send an investigator to the crash scene to view the true and correct evidence after you have viewed the VIDEO. Your investigator should confirm my VIDEO as associated with an expert witness and the laws of physics and chemistry pertaining to speed as associated with the tire marks made on the asphalt, and the use of brakes (or no use of brakes at a "slow speed"). Hopefully, I'll see them in Federal Court with an expert witness (FOUR COUNTS: Negligence, Fraud, Emotional Distress, and Breach of Contract).

In addition, as reflected on the VIDEO, Trooper Nixon was "upset" that I did not want to use the tow truck on his list in lieu of my insurance carrier's tow truck. For the record: I was able to drive my vehicle to Enterprise, and then to Castriota Chevrolet (NOTE: the 21st Century claims representative stayed on the telephone the entire time of my travel time to Castriota Chevrolet). I did not need a tow truck. Subsequently, I then obtained a rental vehicle. NOTE: When I started to leave the crash scene driving my vehicle, the tow truck that had Lorna and Kenneth Grey's truck on his flatbed attempted to block my vehicle from leaving, but I was able to avoid him in a "quick move." The crash-vehicle-insurance business is nearly 100% corrupt!

Based on the "evidence" at the scene pertaining to the tire marks on the asphalt, I would surmise Lorna and Kenneth Grey, after hitting the vehicles (see the black-brake marks on the asphalt where the vehicles were hit – the brakes were being applied!), Lorna and Kenneth Grey began scheming on what to do, and they proceeded in a "slow" speed (NOT accelerating and NOT applying the brake pedal to slow the speed) as they approached the ninety degree turn (NOTE: There are NO tire marks and brake-tire marks at the ninety degree turn), when in fact, at an "accelerating" speed, the vehicle would have overturned, or brake marks would be reflected. Lorna and Kenneth Grey, pursuant to their scheming, elected to "hit and run" and/or use the "stuck throttle scam and the hospital stay" as a defense to their "rage" to hit the vehicles (only they know the real reason for their "rage"). **CAVEAT**: THE EVIDENCE DOES NOT SUPPORT A STUCK THROTTLE BASED ON PHYSICS AND CHEMISTRY AND EXPERT WITNESSES, AS SUPPORTED BY THE "LORNA KENNETH GREY VIDEO MAY 11 2016" YOU TUBE EVIDENCE.

The instant letter makes the record clear and certain and full and satisfactory.

Thank you for your cooperation and assistance on this matter.

Very truly yours,

/s/ Roy A. Day

Roy A. Day

NOTE: Sent via email:  executivedirector@flhsmv.gov

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA                34688-0033
-----------------------------------------------------------------------------------------
**VOICE**: (PRIMARY: 727-6428636)
-----------------------------------------------------------------------------------------
**FAX, and VOICE**: 206-4951708
-----------------------------------------------------------------------------------------
**MOBILE DEVICE– TEXT MESSAGE (NO EMAIL TEXT MESSAGE): 727-6428636**
-----------------------------------------------------------------------------------------
**EMAIL ADDRESS and MOBILE Pocket PC address**:  royaday@hotmail.com
-----------------------------------------------------------------------------------------

## ROY A. DAY'S "DRONE-TARGET-PACKAGE-DELIVERY-ADDRESS-LOCATION" ("DTPDAL"):

(A) (DECIMAL DEGREES: LATITUDE: 28.143° NORTH; LONGITUDE: -82.7425°  WEST);

(B) (MINUTES AND SECONDS DEGREES: LATITUDE: 28-08"35' NORTH; LONGITUDE: 082-44"33' WEST).

-----------------------------------------------------------------------------------------

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

DATE: May 14, 2016                    TIME:   12:44 p.m. (-500 UTC)


TO: LIEUTENANT HEATHER GLENNY


RE:  Crash Number:  85318748

RE: Emails to Ms. Terry L. Rhodes

RE: Voicemail on May 13, 2016


Thank you for the voicemail in reference to Crash Number 85318748 as associated with the two emails I sent to Ms. Terry L. Rhodes. Because the crash report by Trooper Nixon did not reflect the evidence at the scene, I wanted to make the record clear and certain and full and satisfactory for future reference. My "You Tube" VIDEO's (Search for: "Lorna Kenneth Grey") speak for themselves. In addition there are thirty-three pictures I filed on the crash scene on the GEICO website for future reference.

For the record: Anyone who walked the parking lot of the crash incident, and viewed the ninety degree turn heading North to East, would notice that the vehicle of Lorna and Kenneth Grey made the ninety degree turn with no tire track marks and in a "smooth-even" turn so that the vehicle was exactly at the ninety degree spot to hit the tree that was aligned at the ninety degree spot – AMAZING! NOTE: Any vehicle speeding and "accelerating" as stated by Trooper Nixon could NEVER make the "smooth-even" ninety degree turn, when in fact, the vehicle would overturn or would have headed in a forty-five degree angle and hit the trees at that direction. I am sure Lorna Grey's statements were not recorded, but if they were, then the falsehoods will speaks for themselves (The statements were nonsense, if you look at the evidence at the crash scene pertaining to a throttle being stuck). NOTE: In the future, if you get the opportunity to view the ninety degree turn as referenced on the VIDEO, it would be interesting view for you, or I should say, AMAZING!

At this stage of litigation with GEICO, I do not know where the process will lead, like many civil actions and accidents. You and Ms. Rhodes are aware of my statements on the crash report, and the matter is on your desk. I consider the case CLOSED pertaining to my emails to Ms. Rhodes, unless in the future I need to raise an issue in the civil litigation. If there is not a compromise and settlement, then I might have to subpoena the records.


Please acknowledge receipt of this email so I know the email address was correct.

Thank you for your cooperation and assistance on this matter.


Roy A. Day (royaday@hotmail.com)



**CONTACT INFORMATION**:

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA               34688-0033
------------------------------------------------------------------------
**VOICE**: (PRIMARY: 727-6428636) (SECONDARY: Private number – upon request only)

　　　　(TERTIARY:   ONSTAR telephone vehicle number: upon request only)
------------------------------------------------------------------------
**FAX, and VOICE**: 206-4951708
------------------------------------------------------------------------
**FIRST COMMUNICATION OF CHOICE – MMS** (MULTIMEDIA MESSAGE SERVICE)
　**MOBILE - MMS – MULTIMEDIA MESSAGE – SEND TO:**   7276428636
　　　***  **FROM DESKTOP-EMAIL  – SEND TO: 7276428636@mms.att.net**  ***
　**NOTE**: You can send graphics, and audio, as well as text.
------------------------------------------------------------------------
**SECOND COMMUNICATION OF CHOICE – SMS** (SHORT MESSAGE SERVICE)
　**MOBILE - SMS - TEXT MESSAGE  –  SEND TO:**   7276428636
　***   **FROM DESKTOP-EMAIL – SEND TO: 7276428636@txt.att.net**    ***
------------------------------------------------------------------------
**EMAIL ADDRESS and MOBILE Pocket PC address:**  royaday@hotmail.com
------------------------------------------------------------------------
**EMAIL ADDRESS  and MOBILE Pocket PC address:**
　　　royaday@alumni.lsu.edu
　****  (LSU TIGERS: 2007 FOOTBALL NATIONAL CHAMPIONS)  ****
------------------------------------------------------------------------
**EMAIL ADDRESS and MOBILE Pocket PC address:** royaday@gmail.com
------------------------------------------------------------------------
**EMAIL ADDRESS – RUSSIA – and MOBILE Pocket PC address**: royaday@mail.ru
------------------------------------------------------------------------
**WEB SITE:** http://www.royaday.com
------------------------------------------------------------------------

**ROY A. DAY'S "DRONE-TARGET-PACKAGE-DELIVERY-ADDRESS-LOCATION" ("DTPDAL")**:

　　(A) (DECIMAL DEGREES: LATITUDE: 28.143° NORTH; LONGITUDE: -82.7425° WEST);

　　(B) (MINUTES AND SECONDS DEGREES: LATITUDE: 28-08"35' NORTH; LONGITUDE: 082-44"33' WEST).

------------------------------------------------------------------------

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

DATE: May 21, 2016                    TIME:   12:39 p.m. (-500 UTC)


TO: LIEUTENANT HEATHER GLENNY


RE: Crash Number: 85318748


RE: Second email to Lieutenant Heather Glenny on May 21, 2016


Pursuant to the above-entitled and numbered crash number, and the associated report by Trooper Nixon, one other controlling point needs to be placed on the record. As stated in the first email to you and Ms. Rhodes, the tire tracks and brake-tire marks are controlling to show the crash report by Trooper Nixon does not support the evidence. The second controlling point to show the evidence does not support Trooper Nixon's report is the impact of the truck against the tree by Lorna and Kenneth Grey's behavior. I have attached two pictures of thirty-three pictures I took on April 29, 2016 that show evidence that Lorna and Kenneth's Grey's truck was going at a "slow rate of sped" and NOT "accelerating" at a high rate of speed. NOTICE the damage to the front-end of the truck in the two pictures attached. **NOTE**: If Lorna and Kenneth Grey's truck was going at a high rate of speed and accelerating, the entire front-end of the truck would be totally destroyed, when in fact, the truck would not have been in the position when the truck hit the tree. At a high rate of speed and accelerating, the truck would have careened to the left or right and the entire front-end would have been destroyed. In addition, as stated in the first email, when Lorna and Kenneth Grey made the right hand turn to hit the tree, it was a slow moving turn with NO brake marks and a perfect ninety degree turn. IT IS SELF-EVIDENT, BASED ON THE PICTURES, THAT LORNA ND KENNETH GREY WERE SCHEMING AND ATTEMPTING TO USE A HOSPITAL-INSURANCE SCAM TO CONCEAL THE "RAGE" WHEN THEY LEFT THE LIBRARY, or they were attempting a hit and run. However, one FACT is true and correct: When Lorna and Kenneth Grey hit the tree, Lorna and Kenneth Grey were NOT "accelerating" and going at a high rate of speed with the throttle stuck! The two attached pictures speak for themselves. Rhetorical Question: Why did Trooper Nixon write the scam report that does not support the evidence?


There are only two reasons why Lorna and  Kenneth Grey hit the vehicles: (1) A fit of "rage" after leaving the library; (2) The vehicles were hit ... (this fact must be left as an ellipsis since discovery in Federal Court will show who they are, and what they have been doing for the last thirty years, and who they are connected with for the last thirty – unknown at this stage) (NOTE: This could be the real reason for the behavior to hit the vehicles). There is no third reason for their behavior (the facts support a criminal-reckless act).


I am filing this with you so the record is clear and certain and full and satisfactory.

Thank you for your cooperation and assistance on this matter.


Roy A. Day (royaday@hotmail.com)


**CONTACT INFORMATION**:

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA                34688-0033
-----------------------------------------------------------------------------------------------------

**VOICE**: (PRIMARY: 727-6428636) (SECONDARY: Private number – upon request only)

        (TERTIARY:   ONSTAR telephone vehicle number: upon request only)
-----------------------------------------------------------------------------------------------------

**FAX, and VOICE**: 206-4951708
-----------------------------------------------------------------------------------------------------

**FIRST COMMUNICATION OF CHOICE – MMS** (MULTIMEDIA MESSAGE SERVICE)
   **MOBILE - MMS – MULTIMEDIA MESSAGE – SEND TO:**   7276428636
      **\*\*\*   FROM DESKTOP-EMAIL  – SEND TO: 7276428636@mms.att.net   \*\*\***
      **NOTE**: You can send graphics, and audio, as well as text.

**SECOND COMMUNICATION OF CHOICE – SMS** (SHORT MESSAGE SERVICE)
   **MOBILE - SMS - TEXT MESSAGE  –  SEND TO:**   7276428636
   **\*\*\*   FROM DESKTOP-EMAIL – SEND TO: 7276428636@txt.att.net     \*\*\***
-----------------------------------------------------------------------------------------------------

**EMAIL ADDRESS and MOBILE Pocket PC address**:  royaday@hotmail.com
-----------------------------------------------------------------------------------------------------

**EMAIL ADDRESS  and MOBILE Pocket PC address**:
        royaday@alumni.lsu.edu
   **\*\*\*\*** (LSU TIGERS: 2007 FOOTBALL NATIONAL CHAMPIONS) **\*\*\*\***
-----------------------------------------------------------------------------------------------------

**EMAIL ADDRESS and MOBILE Pocket PC address:** royaday@gmail.com
-----------------------------------------------------------------------------------------------------

**EMAIL ADDRESS – RUSSIA – and MOBILE Pocket PC address:** royaday@mail.ru
-----------------------------------------------------------------------------------------------------

**WEB SITE**: http://www.royaday.com
-----------------------------------------------------------------------------------------------------


**ROY A. DAY'S "DRONE–TARGET–PACKAGE–DELIVERY–ADDRESS–LOCATION" ("DTPDAL")**:

   (A) (DECIMAL DEGREES: LATITUDE: 28.143° NORTH; LONGITUDE: -82.7425° WEST);

   (B) (MINUTES AND SECONDS DEGREES: LATITUDE: 28-08"35' NORTH; LONGITUDE:
        082-44"33' WEST).

-----------------------------------------------------------------------------------------------------

**Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM**

FLORIDA TRAFFIC CRASH REPORT

NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

(Electronic Version)

| Date of Crash | Time of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|---|
| 23/Jun/2012 09:13 AM | 23/Jun/2012 09:13 AM | 23/Jun/2012 11:14 AM | FHPC12OFF050449 | 83157188 |

### CRASH IDENTIFIERS

| County Code 28 | City Code | County of Crash PASCO | | Place or City of Crash | | Within City Limits No | Time Reported 23/Jun/2012 09:18 AM | Time Dispatched 23/Jun/2012 09:21 AM |
|---|---|---|---|---|---|---|---|---|
| Time on Scene 23/Jun/2012 09:35 AM | Time Cleared Scene 23/Jun/2012 10:20 AM | Completed Yes | Reason (if Investigation NOT Completed) | | | | Notified By Law Enforcement | |

### ROADWAY INFORMATION

| Crash Occured On Street, Road, Highway U.S. 19 NORTHBOUND | At Street Address# | At Latitude 28.2935916666667 and Longitude -82.709148333333303 |
|---|---|---|

| At Feet | Or Miles | Direction | From Intersection With Street, Road, Highway EMBASSY BOULEVARD | Or From Milepost # |
|---|---|---|---|---|

| Road System Identifier 3 State | Type Of Shoulder 2 Unpaved | Type Of Intersection 2 Four-Way Intersection |
|---|---|---|

### CRASH INFORMATION (Check if Pictures Taken) ☐

| Light Condition 1 Daylight | Weather Condition 2 Cloudy | Roadway Surface Condition 1 Dry | School Bus Related 1 No | Manner Of Collision 1 Front to Rear |
|---|---|---|---|---|
| First Harmful Event Type | First Harmful Event 14 | First Harmful Event Location 1 On Roadway | Within Interchange Yes | First Harmful Event Relation to Junction 2 Intersection |
| Contributing Circumstances: Road 1 None | | Contributing Circumstances: Road | | Contributing Circumstances: Road |
| Contributing Circumstances: Environment 1 None | | Contributing Circumstances: Environment | | Contributing Circumstances: Environment |
| Work Zone Related 1 No | Crash In Work Zone | | Type Of Work Zone | Workers In Work Zone | Law Enforcement In Work Zone |

### VEHICLE (Check if Commercial) ☐

| Vehicle 1 | Motor Vehicle Type 1 Vehicle in Transport | Hit and Run 1 No | Veh License Number 8068JL | State FL | Reg. Expires 17/Jan/2013 | Permanent Reg. No | VIN 2HGEJ6675WH554294 |
|---|---|---|---|---|---|---|---|
| Year 1998 | Make HOND | Model LX | Style 4D | Color GRN | Extent of Damage Disabling | Est. Damage 5000 | Towed Due To Damage Yes | Vehicle Removed By PASCO TOWING | Rotation Rotation |

| Insurance Company NONE | Insurance Policy Number NONE |
|---|---|

| Name of Vehicle Owner (Check Box If Business) ☐ KRISTY EVE TRAMMELL | Current Address (Number and Street) 5426 DREW ST | City and State BROOKSVILLE FL | Zip Code 34604 |
|---|---|---|---|

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| Trailer Two: | License Number | State | Reg. Expires | Permanent Reg | VIN | Year | Make | Length | Axles |

| Vehicle Traveling | Direction North | On Street, Road, Highway U.S. 19 NB | At Est. Speed 45 | Posted Speed 45 | Total Lanes 3 |
|---|---|---|---|---|---|

| CMV Configuration | Cargo Body Type | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|
| Comm GVWR/GCWR | Trailer Type (trailer one) | Trailer Type (trailer two) | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer | 18. Undercarriage 19. Overturn 20. Windshield 21. Trailer |
| Haz. Mat. Release | Haz Mat Placard | Number | Class | |

| Motor Carrier Name | US DOT Number |
|---|---|

| Motor Carrier Address | City and State | Zip Code | Phone Number |
|---|---|---|---|

| Comm/Non-Commercial | Vehicle Body Type 1 Passenger Car | Vehicle Defects (one) 1 None | Vehicle Defects (two) | Emergency Vehicle Use 1 No | Special Function of MV 1 No Special Function |
|---|---|---|---|---|---|
| Vehicle Maneuver Action 1 Straight Ahead | Trafficway 4 Two-Way, Divided, Positive Median Barrier | Roadway Grade 1 Level | Roadway Alignment 1 Straight | Most Harmful Event 2 Collision with Non-Fixed Object | Most Harmful Event Detail 14 Motor Vehicle in Transport |
| Traffic Control Device For This Vehicle 5 Traffic Control Signal | First (1) Sequence of Events 2 Collision with Non-Fixed Object 14 Motor Vehicle in Transport | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |

### VEHICLE (Check if Commercial) ☐

| Vehicle 2 | Motor Vehicle Type 1 Vehicle in Transport | Hit and Run 1 No | Veh License Number Z6GRC | State FL | Reg. Expires 13/Sep/2012 | Permanent Reg. No | VIN KMHCM3AC8AU185187 |
|---|---|---|---|---|---|---|---|
| Year 2010 | Make HYUN | Model ACCENT | Style 3D | Color GRN | Extent of Damage Functional | Est. Damage 1000 | Towed Due To Damage No | Vehicle Removed By | Rotation |

| Insurance Company 21ST CENTURY CENTENNIAL INS CO | Insurance Policy Number 684783409145 |
|---|---|

Official copy obtained through BuyCrash.com

| Date of Crash 23/Jun/2012 09:13 AM | Date of Report 23/Jun/2012 09:13 AM | Invest. Agency Report Number FHP12OFF050449 | HSMV Crash Report Number 83157188 |
|---|---|---|---|

| Name of Vehicle Owner (Check Box if Business) ROY ANDERSON DAY | | Current Address (Number and Street) PO BOX 33 | City and State TARPON SPRINGS FL | Zip Code 34688 |
|---|---|---|---|---|

| Trailer One: | License Number | State | Reg. Expires | Permanent Reg | VIN | Year | Make | Length | Axles |
|---|---|---|---|---|---|---|---|---|---|
| Trailer Two | License Number | State | Reg. Expires | Permanent Reg. | VIN | Year | Make | Length | Axles |

| Vehicle Traveling: | Direction North | On Street, Road, Highway | | U.S. 19 NB | | | At Est. Speed 5 | Posted Speed 45 | Total Lanes 3 |
|---|---|---|---|---|---|---|---|---|---|

| CMV Configuration | | Cargo Body Type | | Area of Initial Impact | Most Damaged Area |
|---|---|---|---|---|---|

Comm GVWR/GCWR

Trailer Type (trailer one)   Trailer Type (trailer two)

| Haz. Mat. Release | Haz Mat. Placard | Number | | Class |
|---|---|---|---|---|

Motor Carrier Name                US DOT Number

Motor Carrier Address        City and State        Zip Code        Phone Number

| Comm/Non-Commercial | Vehicle Body Type 1 Passenger Car | Vehicle Defects (one) | Vehicle Defects (two) | Emergency Vehicle Use 1 No | Special Function of MV 1 No Special Function |
|---|---|---|---|---|---|
| Vehicle Maneuver Action 1 Straight Ahead | Trafficway 4 Two-Way, Divided, Positive Median Barrier | Roadway Grade 1 Level | Roadway Alignment 1 Straight | Most Harmful Event 2 Collision with Non-Fixed Object | Most Harmful Event Detail 14 Motor Vehicle in Transport |
| Traffic Control Device For This Vehicle 5 Traffic Control Signal | First (1) Sequence of Events 2 Collision with Non-Fixed Object 14 Motor Vehicle in Transport | Second (2) Sequence of Events | Third (3) Sequence of Events | Fourth (4) Sequence of Events |

**PERSON RECORD**

| Person# 1 | Description 1 Driver | Vehicle # 1 | Name KRISTY EVE TRAMMELL | Date of Birth 17/Jan/1988 | Sex 2 Female | Phone Number 7276411980 | Re-Exam No |
|---|---|---|---|---|---|---|---|

| Address 5426 DREW ST | City BROOKSVILLE | State FL | Zip Code 34604 |
|---|---|---|---|

| Driver License Number T654505885170 | State FL | Expires 17/Jan/2019 | DL Type 5 E/Operator | Req. End. | Injury Severity 3 Non-incapacitating | Ejection 1 Not Ejected |
|---|---|---|---|---|---|---|

| Restraint System 3 Shoulder and Lap Belt Used | Air Bag Deployed 3 Deployed-Front | Helmet Use | Eye Protection 3 Not Applicable | Seating Location Seat 1 Left | Seating Location Row 1 Front | Seating Location Other 1 Not Applicable |
|---|---|---|---|---|---|---|

| Drivers Actions at Time of Crash (first) 2 Operated MV in Careless or Negligent Manner | Drivers Actions at Time of Crash (second) | Driver Distracted By 4 Other Inside the Vehicle (explain in narrative) | Vision Obstruction 1 Vision Not Obscured |
|---|---|---|---|
| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash 3 Asleep or Fatigued | |

| Suspected Alcohol Use 1 No | Alcohol Tested 1 Test Not Given | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use 1 No | Drug Tested 1 Test Not Given | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|
| Source of Transport to Medical Facility 2 EMS | EMS Agency Name or ID RESCUE 11 | | EMS Run Number 25248 | | Medical Facility Transported To BAYONET POINT | | | |

**PERSON RECORD**

| Person# 2 | Description 1 Driver | Vehicle # 2 | Name ROY ANDERSON DAY | Date of Birth 13/Sep/1946 | Sex 1 Male | Phone Number 7276428636 | Re-Exam No |
|---|---|---|---|---|---|---|---|

| Address PO BOX 33 | City TARPON SPRINGS | State FL | Zip Code 34688 |
|---|---|---|---|

| Driver License Number D000721463330 | State FL | Expires 13/Sep/2018 | DL Type 5 E/Operator | Req. End. | Injury Severity 1 None | Ejection 1 Not Ejected |
|---|---|---|---|---|---|---|

| Restraint System 3 Shoulder and Lap Belt Used | Air Bag Deployed 2 Not Deployed | Helmet Use | Eye Protection 3 Not Applicable | Seating Location Seat 1 Left | Seating Location Row 1 Front | Seating Location Other 1 Not Applicable |
|---|---|---|---|---|---|---|

| Drivers Actions at Time of Crash (first) 1 No Contributing Action | Drivers Actions at Time of Crash (second) | Driver Distracted By 1 Not Distracted | Vision Obstruction 1 Vision Not Obscured |
|---|---|---|---|
| Drivers Actions at Time of Crash (third) | Drivers Actions at Time of Crash (fourth) | Drivers Condition at Time of Crash 1 Apparently Normal | |

| Suspected Alcohol Use 1 No | Alcohol Tested 1 Test Not Given | Alcohol Test Type | Alcohol Test Result | BAC | Suspected Drug Use 1 No | Drug Tested 1 Test Not Given | Drug Test Type | Drug Test Result |
|---|---|---|---|---|---|---|---|---|
| Source of Transport to Medical Facility 1 Not Transported | EMS Agency Name or ID | | EMS Run Number | | Medical Facility Transported To | | | |

**WITNESSES**

| Name ROGER DUNCAN ANDERSON | Address 4551 FLORAMAR TER | City NEW PRT RCHY | State FL | Zip Code 34652 |
|---|---|---|---|---|

**VIOLATIONS**

Official copy obtained through BuyCrash.com

| Date of Crash | | Date of Report | | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|---|---|
| 23/Jun/2012 09:13 AM | | 23/Jun/2012 09:13 AM | | FHPC12OFF050449 | 83157188 |

| Person# | Name | | Florida Statute Number | Charge | Citation |
|---|---|---|---|---|---|
| 1 | KRISTY EVE TRAMMELL | | 322.34(10)(a) | OPERATING WHILE DL SUSPENDED / CANCELLED / REVOKED (SPECIFY | 7220-WIK |
| 1 | KRISTY EVE TRAMMELL | | 316.646(1) | NO PROOF OF INSURANCE | 7221-WIK |
| 1 | KRISTY EVE TRAMMELL | | 316.1925(1) | CARELESS DRIVING | 7219-WIK |

**NARRATIVE**

| ID Number | Rank | Name | Troop / Post | Officer Agency | Phone Number | Date Created |
|---|---|---|---|---|---|---|
| 3277 | TROOPER | R.W. MAPLES | C | FLORIDA HIGHWAY PATROL | 352-797-5738 | Jun 24, 2012 |

Vehicle 1 (V01) was traveling north on U.S. 19 south of Embassy Boulevard in the outside through lane. Vehicle 2 (V02) was stopped at the red signal light at the intersection of U.S. 19 northbound and Embassy Boulevard in the outside through lane in front of V01. V02&apos;s red signal light changed from red to green and V02 began to enter the intersection at U.S. 19 and Embassy Boulevard. V01&apos;s driver did not apply brakes or slow before entering the intersection of U.S. 19 and Embassy Boulevard. As a result, V01 struck V02 front to rear in the intersection. V01&apos;s driver steered V01 west across the intersection after striking V02 and came to final rest in the outside right turn lane of U.S. 19 southbound facing south. V02 was moved from final rest before my arrival.

- V01&apos;s driver stated that she was not paying attention and was eating a sandwich from McDonalds that she had just purchased shortly before the crash. Additionally, V01&apos;s driver looked very fatigued and stated that she had worked all night long.

**REPORTING OFFICER**

| ID/Badge # | Rank and Name | Department | Type of Department |
|---|---|---|---|
| 3277 | TROOPER R.W. MAPLES | FLORIDA HIGHWAY PATROL | FHP |

Official copy obtained through BuyCrash.com

| Date of Crash | Date of Report | Invest. Agency Report Number | HSMV Crash Report Number |
|---|---|---|---|
| 23/Jun/2012 09:13 AM | 23/Jun/2012 09:13 AM | FHPC12OFF050449 | 83157188 |



Official copy obtained through BuyCrash.com

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

NOTE: The following case law is well settled, and can be be extrapolated to the instant case pursuant to the Federal Criminal Complaints filed with the Department of Justice, and Attorney General William P. Barr. NOTE: Florida law would be controlling on the vehicle insurance contracts, since the contracts were initiated in the State of Florida.

In U.S. Rubber Co. v. Lucky Nine, Inc., 159 So.2d 874 (Fl. App. 1963), the court held:

> "Doctrine of res judicata should not be applied to protect one guilty of fraud, deceit, or misrepresentation."

Hercules Carriers, Inc. v. Claimant State of Florida, Dept. of Transp., 768 F2d 1558 (CA11 Fla. 1985), the court held:

> "Most significant consideration in determining whether to invoke collateral esstoppel is whether party had full and fair opportunity to litigate issue to be estopped."

U.S. v. Hartley, 612 F2d 1009 (CA Fl. 1980), the court held:

> "Collateral estoppel applies when an issue of ultimate fact has once been determined by valid and final judgment."

The law is well settled on the issue of *res judicata* and a collateral estoppel, and the general tenet can be extrapolated to the the instant Complaint. *Res judicata* cannot be applied to protect the citizens who engaged in fraud, deceit, or misrepresentation against Plaintiff as enumerated in the above-entitled U.S. Rubber Co. case. The facts in the instant case, as associated with the Federal Criminal Complaints filed with the Department of Justice, and Attorney General William P. Barr, are clear and certain and full and satisfactory that Plaintiff was

denied a full and fair opportunity to litigate the issues to be estopped as enumerated in the above-entitled Hercules Carriers, Inc. case, specifically, Plaintiff was subjected to a two-tier system of justice because Plaintiff was not represented by a licensed attorney at $300.00/hour. The orders entered by the respective courts against Plaintiff were not valid and a final judgment, but were a "**covert-criminal-operation**" to deny Plaintiff the "**collateral damages,**" and the **damages** for a vehicle crash in which Plaintiff's vehicle was **totaled** by Defendant "21st CCIC," as enumerated in the above-entitled U.S. case. Defendants' agents, servants, and co-conspirators used the respective courts, with cash under the table (cash in various forms as a thank you to the judges) to deny Plaintiff due process and equal protection of the law, with the overlay that res judicata and a collateral estoppel are non-existent in the associated orders based on Rule 7 of the Maine Rules of Appellate Procedure ("GEICO" case), specifically, the Maine State Court wrongdoers elected to file NO Reply Brief to Plaintiff's Brief with a BILLION DOLLAR Corporation representing the wrongdoers; in the "21st CCIC" case, Plaintiff complaint had proper venue and subject matter jurisdiction, but the judge (receiving cash under the table – cash in various forms as a thank you, and to conceal the illegal conduct) transferred the case to another circuit to have Plaintiff's vehicle accident case dismissed based on fraudulent sanctions issue (NOTE: The wrongdoers did NOT want to try the facts and issues pertaining to the vehicle crash since the wrongdoers were 100% liable with the jury awarding Plaintiff millions if the jury had the case, but the wrongdoers wanted to illegally dismiss the case, so the wrongdoers transferred the case to another circuit for dismissal, with the crash facts and issues having never been heard).

The aforesaid U.S. Rubber Co., and the Hercules Carriers, Inc. case, and the U.S. case, "**states with particularity the point of law that the orders entered against Plaintiff were NOT judicial acts, but were entered pursuant to "prior agreement" and "personal motivation**" (See evidence from Department of Justice, and the Federal Criminal Cmplaints on the two-tier system of justice, and Attorney General William P. Barr's statement and documents – evidence and documents at the trial by jury).

In Kaspar Wire Works, Inc. vs. Leco Engineering & Mach. Inc., 575 F2d 530 (1978), the court held:

```
"Judicial finality, predicate for res judicata, arises only
from final decision rendered after parties have been given
reasonable opportunity to litigate claim before court of
competent jurisdiction."
```

It is self-evident truth in the instant case that Plaintiff was denied a reasonable opportunity to litigate Plaintiff's claim in the respective courts for the vehicle accidents, with the law, facts, and evidence being non-existent for Plaintiff, specifically, *res judicata* is not applicable in the instant case as enumerated in the above-entitled Kaspar Wire Works, Inc. case (In the "GEICO" case, the wrongdoers elected to admit the law, facts, and evidence in Plaintiff's Brief by NOT filing a Reply Brief as required by the Maine Rules of Appellant Procedure, No. 7; the "21st CCIC" case, venue and subject matter jurisdiction were proper, but the vehicle accident case was transferred to another circuit to illegally dismiss the case to prevent the facts and issues on the vehicle accident from being heard).

Even though the aforesaid case is not a State of Florida case, the aforesaid <u>Kaspar Wire Works, Inc</u>. case, "**<u>states with particularity the point of law that the orders entered against Plaintiff were NOT judicial acts, but were entered pursuant to "prior agreement" and "personal motivation"</u>**" (See evidence from Department of Justice, and the Federal Criminal Cmplaints on the two-tier system of justice, and Attorney General William P. Barr's statement and documents) (to be presented at the trial by jury).

."

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

**CAVEAT**: The following case law, even though not proper for a Complaint, is associated with the testimony and evidence from the Federal Criminal Complaint filed with the Department of Justice, and Attorney General William P. Barr, on the two-tier system of justice. Defendants, as associated with their agents, servants, and co-conspirators, used the respective judges to deny the law, facts, and evidence when the law, facts, and evidence pertained to Plaintiff to ensure Plaintiff received NO "damages" because Plaintiff was not represented by a licensed attorney at $300.00/hour!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! Testimony and evidence to be presented at the trial by jury.

<u>Maine Rules of Appellate Procedure, Rule 7, Schedule for Briefing and</u>

<u>Consideration, states:</u>

"(a) Briefing Schedule. Upon determining that the record on appeal is complete, the Clerk of the Law Court shall promptly send to each counsel of record and each party that is not represented by counsel a written notice stating: (1) the dates on which the appellant's brief, the appellee's brief, and the appendix are due to be filed; and (2) the date on which appellant's reply brief, if any, is due to be filed. The due dates stated in the notice for briefing, filing the appendix, and consideration are not affected by any later transcript order, procedural motion, or court order unless the Law Court orders otherwise.

"(b) Time for Filing Briefs.

"(1) Track A Appeals. In a Track A appeal, the appellant shall file the appellant's brief within 28 days (4 weeks) after the date that the record on appeal is complete. The appellee shall file the appellee's brief within 56 days (8 weeks) after the date that the record on appeal is complete, and the appellant may file a reply brief within 14 days after the date that the appellee's brief is filed."

The aforesaid Maine Rules of Appellate Procedure, No. 7, **"states with particularity the point of law that a two-tier system of justice exist against Plaintiff**.

Based on Rule 7, supra, there are **no issues and facts in dispute pertaining to Plaintiff's Complaint filed on November 7, 2016 (DAY I) (Case No. 2:16-CV-275-JAW), and Appellant's Complaint filed on July 31, 2017 (DAY II) (Case No. 2:17-CV-00286-JAW)**, since the State of Maine "parties" **elected** not to file any **REPLY BRIEF** in opposition to Plaintiff's  Briefs filed in the State of Maine Judicial Supreme Court pursuant to the Maine Rules of Appellate Procedure, as enumerated in the above-entitled and numbered Rule 7.

The face of the record in the Maine State Courts is void of any opposition REPLY BRIEF filed by the State of Maine "wrongdoers" in reference to Plaintiff's  Briefs filed in the State of Maine's Supreme Judicial Court (**This court can view the official record, since Plaintiff does not have money to obtain the official record**). There are no facts and issues in dispute pertaining to Appellant's "Federal" Complaint "DAY I," and Appellant's "Federal" Complaint "DAY II." The "two-tier system of justice" in the State Courts of Maine denied the law, facts, and evidence existed when pertaining to Appellant.  RES JUDICATA IS NOT AVAILABLE TO DEFENDANTS – see testimony and evidence from the Federal Criminal Complaint filed with the Department of Justice, and Attorney General William P. Barr, on the two-tier system of justice (to be presented at the trial by jury).

In <u>Hicks v. U.S.</u>, 486 F2d 325 (10th Cir 1973) cert den 416 US 938, the Court held:

> "Judicial admission occurs where proposition of fact is alleged by one party and conceded to be true by adverse party."

Plaintiff is entitled to have this court declare that NO Res Judicata exist in the instant case as enumerated in the above-entitled <u>Hicks</u> case since the State of Maine "wrongdoers" elected to admit the facts and law in Plaintiff's Complaint "DAY I," and Plaintiff's Complaint "DAY II," in the State of Maine Supreme Judicial Court. A "two-tier system of justice" is the order of the day in the Maine State Courts. The orders entered against Plaintiff were entered pursuant to "prior agreement" and "personal motivation" (NOT judicial acts).

The aforesaid <u>Hicks</u> case "**states with particularity the point of law that a two-tier system of justice was orchestrated against Plaintiff pertaining to the vehicle accident**."

In <u>Mayer v. City of Chicago</u>, 404 US 189 (1971), the Court held:

> "There can be no equal justice where the kind of trial a man gets depends on the amount of money he has."
>
> "Once states have established avenues of applicable review, these avenues must be kept free of unreasoned distinction that can only impede open and equal access to the courts."

The Maine State Courts  refused and continued to refuse to admit Rule 7 existed when referenced to Plaintiff's Brief filed in the Maine State Courts, including but not limited to, that the Maine State Court "wrongdoers"  elected to admit the facts and issues in the State Court of Maine cases and NOT file any opposition under the Maine Rules of Appellate Procedure, No. 7, to Plaintiff's Brief. There is no equal justice where the kind of trial a man gets depends on the amount of money he has as enumerated in the above-entitled Mayer case. It is self-evident that the State Courts of Maine have NOT kept free of unreasoned distinction that can only impede open and equal access to the courts as enumerated in the  above-entitled Mayer case.

This court must follow the U.S. Supreme Court law. The aforesaid Meyer case "**states   with particularity the point of law that the Plaintiff was subjected to a two-tier system of justice (also see documents and testimony presented to the ladies and gentlemen of jury by the Department of Justice and Attorney General William Barr.**

In U.S. Rubber Co. v. Lucky Nine, Inc., 159 So.2d 874 (Fl. App. 1963), the court held:

> "Doctrine of res judicata should not be applied to protect one guilty of fraud, deceit, or misrepresentation."

<u>Hercules Carriers, Inc. v. Claimant State of Florida, Dept. of Transp.</u>,
768 F2d 1558 (CA11 Fla. 1985), the court held:

> "Most significant consideration in determining whether to
> invoke collateral esstoppel is whether party had full and
> fair opportunity to litigate issue to be estopped."

<u>U.S. v. Hartley</u>, 612 F2d 1009 (CA Fl. 1980), the court held:

> "Collateral estoppel applies when an issue of ultimate fact
> has once been determined by valid and final judgment."

The law is well settled on the issue of *res judicata* and a collateral estoppel, and the general tenet can be extrapolated to the instant case. *Res judicata* cannot be applied to protect the citizens in the State of Maine who engaged in  fraud, deceit, or misrepresentation against Plaintiff as enumerated in the above-entitled <u>U.S. Rubber Co</u>. case, with the overlay that Plaintiff was denied a full and fair opportunity to litigate the issues to be estopped as enumerated in the above-entitled <u>Hercules Carriers, Inc</u>. case. The orders entered by the respective courts against Plaintiff were <u>not valid and a final judgment</u>, but were a "**covert-criminal-operation**" to deny Appellant the "**collateral damages**" as enumerated in the above-entitled <u>U.S</u>. case. The respective courts denied Plaintiff due process and equal protection of the law, with the overlay that res judicata and a collateral estoppel is non-existent in the Maine State Court case based on Rule 7 of the Maine Rules of Appellate Procedure, specifically, the Maine State Court Defendants elected to file NO Reply Brief to Appellant's Brief.

The aforesaid <u>U.S. Rubber Co</u>., and the <u>Hercules Carriers, Inc</u>. case, and the <u>U.S.</u> case, "**<u>states with particularity the point of law that the Plaintiff was subjected to a two-tier system of justice (see documents and testimony presented to the jury by Department of Justice).</u>**

In <u>Kaspar Wire Works, Inc. vs. Leco Engineering & Mach, Inc.</u>, 575 F2d 530 (1978), the court held:

> "Judicial finality, predicate for res judicata, arises only from final decision rendered after parties have been given reasonable opportunity to litigate claim before court of competent jurisdiction."

It is self-evident truth in the instant case that Plaintiff was denied a reasonable opportunity to litigate Plaintiff's claim on the vehicle accidents in the respective courts, and *res judicata* is not applicable in the instant case as enumerated in the above-entitled <u>Kaspar Wire Works, Inc</u>. case, specifically, wrongdoers elected to admit the law, facts, and evidence in Plaintiff's Maine State Court Brief by NOT filing a Reply Brief as required by the Maine Rules of Appellant Procedure, No. 7.

The aforesaid <u>Kaspar Wire Works, Inc</u>. case, "**<u>states with particularity the point of law that Plaintiff was subjected to a two-tier system of justice (see documents and evidence from Department of Jsutice presented to the jury).</u>**

In <u>Missouri v. P.R. Co. Mackey</u>, 127 US 205 (1888), the Court held:

"Due process of law, within meaning of 14th amendment is secured if laws operate on all **alike,** and do not subject individual to arbitrary exercise of powers of government."

In <u>Frost v. Corporation Com. of Oklahoma</u>, 278 US 515 (1929), the Court held:

"Purpose of equal protection clause in federal Constitution is to rest rights of all persons **upon same rule under similar circumstances.**"

The Fourteenth Amendment to the Constitution of the United States, states:

"... nor shall any State deprive any person of life, liberty or property, without due process; nor deny to any person within its jurisdiction the equal protection of the law."

In <u>Mitchell v. W.T. Grant Co.</u>, 416 US 600 (1974), the Court held:

"Due process of law guarantees no particular form of procedure; it protects substantial rights."

In <u>Hicks v. U.S.</u>, 486 F2d 325 (10th Cir 1973) cert den 416 US 938, the Court held:

"Judicial admission occurs where proposition of fact is alleged by one party and conceded to be true by adverse party."

Plaintiff was entitled to have the law granted as an "operation of law" in the Maine State Courts  since the "wrongdoers" in the State of Maine case (with "defendants" served)  elected to "**admit**" the facts, issues, and law in the State of Maine Appellate Courts by not filing a Reply Brief under Rule 7, Maine State Rules of Appellate Procedure. Plaintiff is entitled to have any issue associated with Res Judicata dismissed based on a "two-tier system of justice," with the overlay that Plaintiff is entitled to the "collateral damages" as an "operation of law" as enumerated in the above-entitled Hicks case. The **law did not operate on all alike** as enumerated in the above-entitled Missouri case. In addition, Plaintiff was DENIED due process and equal protection under the Federal Constitution since the respective judges did **NOT rest rights of all persons upon same rule under similar circumstances** as enumerated in the above-entitled Frost case, specifically, Rule 7, of the Maine Rules of Appellate Procedure was NON-EXISTENT (there is NO Res Judicata in the instant case – see Department of Justice documents presented to the jury). Plaintiff has been denied due process and equal protection of the law as enumerated in the above-cited Fourteenth Amendment, and Mitchell case (see Department of Justice documents and testimony to the jury).

In Kattleman v. Maidden, 88 F2d 858 (8th Cir 1937), the Court held:

"Court of Appeal is bound to follow decision of Supreme Court."

This court must follow the U.S. Supreme Court law as enumerated in the above-entitled <u>Kattleman</u> case. The aforesaid <u>Missouri</u> case, and the <u>Frost</u> case, and the <u>Mitchell</u> case, and the <u>Hicks</u> case, and the Fourteenth Amendment "**<u>states  with particularity the point of law that the Plaintiff was subjected  to  a  two-tier  system  of  justice  (see  Department  of  Justice documents and evidence presented to the jury</u>**).

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

The orders entered against Plaintiff in the vehicle accidents are based on "prior agreement" and "personal motivation" (**not judicial acts**), and denied the law, facts, and evidence existed pertaining to Plaintiff (**CAVEAT**: THE VEHICLE CRASH FACTS AND ISSUES WERE NEVER REACHED OR ENTERTAINED BY THE COURTS TO PREVENT PLAINTIFF FROM OBTAINING THE DAMAGES SINCE PLAINTIFF WAS NOT REPRESENTED BY A LICENSED ATTORNEY AT $300.00/HOUR). Plaintiff's Complaints in the vehicle accidents had proper VENUE, and had competent "SUBJECT MATTER JURISDICTION," including the amount for damages!

In Rankin v. Howard, 633 F2d 844 (9th Cir 1980), the Court held:

```
"A judges private, prior agreement, to decide in favor of one
party is not a 'judicial act' for purpose of judicial immunity."
```

Since the vehicle accidents orders are engaging in "**obstruction of justice**" **and "tampering with evidence**," Plaintiff made the record clear and certain and full and satisfactory and filed Federal Criminal Complaint with Attorney General William P. Barr, and the Department of Justice. The orders entered by the respective judges in the vehicle accident cases were entered based on one motive, one motive, and one objective, and one objective, specifically deny citizens meaningful access to the courts unless a $300.00/hour licensed attorney is representing the citizen! Since Plaintiff is not represented by a licensed attorney at $300.00/hour, Plaintiff had NO rights in the vehicle accident cases, but Defendants, and the associated law firms, had ALL THE RIGHTS, and engaged in CRIMINAL CONDUCT to ensure Plaintiff was denied all DAMAGES as a citizen-attorney! We now call this justice in the United States! It is self-evident that the

vehicle accident orders entered against Plaintiff were entered pursuant to "prior agreement" and "personal motivation." The respective judges are NOT protected with judicial immunity as enumerated in the above-entitled Rankin case. Further, to consummate the obstruction of justice and tampering with evidence, the respective judges usurped the legal authority of the ladies and gentlemen of the jury (See documents and testimony from Attorney General William P. Barr, and the Department of Justice, presented to the ladies and gentlemen of the jury).





## From the front page

>> INSURANCE
continued from 1A

Tampa Bay Times | Wednesday, October 11, 2017 | 8A
tampabay.com for the latest news

EXCLUSIVE OFFER, LIMITED TIME
Weather Tite Windows is Offering Special
Friends and Family Pricing

Since many homeowners have to pay out-of-pocket for Irma repairs,
we are also offering one NO MONEY DOWN, NO-INTEREST FINANCING OPTION!

CALL NOW for a FREE In-Home Consultation

WinGuard

WEATHER.Tite
WINDOWS

813-908-0131 • 800-640-3161
www.WeatherTiteWindows.com

## CREATE THE BATH OF YOUR DREAMS!

LIFETIME WARRANTY FOR AS LONG AS YOU OWN YOUR HOME

Easy Monthly Payments
AS LOW AS
$79 per month

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

Roy A. Day
P.O. Box 33
Tarpon Springs, Florida
USA        34688-0033

July 21, 2020

Mr. William P. Barr, U.S. Attorney General
U.S. Department Of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**RE: NOTE** - THIS DOCUMENT IS PRINTED ON THE FRONT AND BACK OF THE PAPER[1]

RE: FACTS "BEYOND A REASONABLE DOUBT" - "TWO-TIER SYSTEM OF JUSTICE" –
    "OBSTRUCTION OF JUSTICE" and "TAMPERING WITH EVIDENCE," inter alia –
    INDICTED – REMOVED FROM THE BENCH – THE LAW DID NOT OPERATE ON ALL
    **ALIKE**! THE MODE OF OPERATION WAS TO "CONCEAL" AND "COVER-UP";
    (**SECOND CRIMINAL COMPLAINT- TWO-TIER SYSTEM OF JUSTICE!**)

RE: In the United States Court of Appeals for the First Circuit;
    Appeal No. 20-1025, and 20-1026; Roy A. Day vs. State of Maine, et al.

RE: In the Unites States District Court for the District of Maine, Portland Division
    Case No. 2:18-CV-00232-JAW; Roy A. Day vs. State of Maine, et al.

RE: In the United States Court of Appeals for the First Circuit;
    Appeal No. 19-1140; Roy A. Day v. Lorna R. Grey, et al.

RE: In the Unites States District Court for the District of Maine, Portland Division
    C.A. NO. 2:17-CV-00286-JAW; Roy A. Day vs. Lorna R. Grey, et al.

---

[1] **PLEASE NOTE: Pursuant to the Federal Paper Reduction Act, and the Federal, and the
various States, Environmental Protection Acts, this document is printed on the front and
back of the paper.**

Mr. William P. Barr
July 21, 2020
Page 2 of 26

RE:   In the State of Maine, For the Superior Court of Maine, Portland Division, Case No. PORSC-
        CV-2016-428, <u>Roy A. Day vs. Lorna R. Grey, et al</u>.

RE:   In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-17-356, and Appeal
        No. CUM-17-346, and Appeal No. CUM-17-355, <u>Roy A. Day vs. Lorna R. Grey, et al</u>.

Re:   In the State of Maine, For the Superior Court of Maine, Portland Division, Case No. PORSC-
        CV-2017-285, <u>Roy A. Day vs. Lorna R. Grey, et al</u>.

RE:   In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-17-356, and Appeal
        No. CUM-17-346, and Appeal No. CUM-17-355, <u>Roy A. Day vs. Lorna R. Grey, et al</u>.

Re:   In the State of Maine, For the Superior Court of Maine, Portland Division, Case No. PORSC-
        CV-2017-315, <u>Roy A. Day vs. Lorna R. Grey, et al</u>.

RE:   In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-17-356, and Appeal
        No. CUM-17-346, and Appeal No. CUM-17-355, <u>Roy A. Day vs. Lorna R. Grey, et al</u>.

Re:   In the State of Maine, For the Superior Court of Maine, Portland Division, Case No. PORSC-
        CV-2018-113, <u>Roy A. Day vs. Lorna R. Grey, et al</u>.

RE:   In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-18-157,
        <u>Roy A. Day vs. Lorna R. Grey, et al</u>.

RE: "**First" Criminal Complaint dated February 25, 2020** filed with Attorney General William
P. Barr pertaining to the United States Court of Appeal for the Eight Circuit as associated
with a two-tier system of justice with obstruction of justice and tampering with evidence.
**CAVEAT: NO RESPONSE OR REPLY RECEIVED FROM ATTORNEY GENERAL WILLIAM
BARR OR FROM AN AGENT OR SERVANT AT THIS STAGE OF CRIMINAL
INVESTIGATION ON THE FEBRUARY 25, 2020 FILED CRIMINAL
COMPLAINT!!!!!!!!!!!!!!!!!!!!** A COVER-UP AND CONCEALMENT HAS BEGUN!!!!! President
Trump will become involved to obtain an investigation, and will make this a major issue
for the November 2020 election!

**NOTE 1**: **This is the "second" Criminal Complaint filed with Attorney General William
P. Barr pertaining to a "two-tier" system of justice** as associated with "obstruction of justice"
and "tampering with evidence." The grand jury will see each and all law, facts, and evidence
pertaining to the "two-tier" system of justice and how licensed attorneys have usurped the
judicial branch of government to make artificial-monopolistic legal fees of $300.00/hour in direct
violation of the Clayton Act and Sherman act, and the various State Anti-Trust Statutes by
denying the law, facts, and evidence exist when a citizen-attorney appears in a court of law,
specifically, the licensed attorney judge "obstructs justice" and "tampers with evidence" to ensure
no citizen-attorney gains meaningful access to the courts of law in the United States, and the
various States.

**NOTE 2**: Attorney General William P. Barr, pursuant to the resumption of executions in the
Federal System in July 2020, made the following statement: the person being executed "received
full and fair proceedings under our constitution and law." In the instant case, Roy A. Day did
NOT "**receive full and fair proceedings under our constitution and law**," but received
OBSTRUCTION OF JUSTICE AND TAMPERING WITH EVIDENCE WITH THE LAW NOT ACTING
ON ALL ALIKE!

**NOTE 3:** Roy A. Day cannot challenge the two-tier system of justice issue, as associated with
obstruction of justice and tampering with evidence, with a Petition for Writ of Certiorari to the
United States Supreme Court, since the U.S. Supreme Court will not permit Roy A. Day to file a
Petition unless Roy A. Day pays a filing fee as a pauper. Since Roy A. Day is a pauper with no
money, and cannot pay a filing fee, Roy A. Day cannot challenge the two-tier issue at the U.S.
Supreme Court (CAVEAT: UNLESS A CITIZEN GAINS HIRES A LICENSED ATTORNEY, THE
CITIZEN CANNOT GAIN MEANINGFUL ACCESS TO THE U.S. SUPREME COURT).

**CAVEAT 1**: THIS CRIMINAL COMPLAINT WILL DEFINE THE "**TRUMP ADMINISTRATION**,"
INCLUDING YOUR TENURE AT THE DEPARTMENT OF JUSTICE, AND "**NOT**" THE
WASTE OF MONEY AND TIME ON THE RIDICULOUS, FARCICAL
IMPEACHMENT HEARINGS! I will designate the impeachment proceedings as
"FAFF" PROCEEDINGS!

Mr. William P. Barr
July 21, 2020
Page 4 of 26

Dear Mr. Barr (NO AGENT OR SERVANT, MR. BARR "ONLY," "ONLY" MR. BARR):

If an agent and servant for the Department of Justice, and President Donald Trump, and Vice-President Pence, is reading the instant criminal complaint, you are to cease and desist reading the instant complaint and give to Attorney General Barr, and Attorney General Barr, **ONLY**. The following statement to Mr. William P. Barr, President Donald Trump, and Vice-President Pence, ensures your stipulated and agreed response makes the record clear and certain and full and satisfactory. If no response is received by you (Mr. William P. Barr - no agent or servant), then your silence is interpreted that the following statement pertaining to the two-tier system of justice, and the "obstruction of justice," and "tampering with evidence," inter alia, is true and correct, and the wrongdoers will, and must be, indicted and removed from their specific government jobs, including but not limited to, judgeships.

**CAVEAT 2**: The "politics" will be vicious on this criminal complaint! However, the law is well settled based on the facts being on the face of the record. There is NO judicial immunity based on the facts and evidence!

**CAVEAT 3**: THE *JUDICIAL DECISIONS* (NOT A JUDICIAL ACT) IN THE INSTANT "CRIMINAL COMPLAINT" RISES TO A CRIMINAL LEVEL. JUDGES CANNOT HIDE BEHIND JUDICIAL IMMUNITY WHEN THE EVIDENCE IS "BEYOND A REASONABLE DOUBT." DECISIONS BASED ON "PRIOR AGREEMENT" AND "PERSONAL MOTIVATION" ARE NOT JUDICIAL DECISIONS AND ARE NOT PROTECTED (DECISIONS NOT BASED ON LAW, FACTS, AND EVIDENCE, BUT PRIOR AGREEMENT AND PERSONAL MOTIVATION ARE NOT JUDICIAL ACTS). THE JUDGES HAVE PLACED THEMSELVES IN A "POSITION OF COUNSEL" PURSUANT TO "PERSONAL MOTIVATION" AND "PRIOR AGREEMENT" (AND RECEIVING CASH UNDER THE TABLE – CASH IN VARIOUS FORMS TO CONCEAL THE ILLEGAL CONDUCT).

**NOTE 4**: The Defendant (Appellees) in the State Court of Maine case are **Billion Dollar Corporations**, just as the **Defendants (Appellees) were in the "First" criminal case filed WITH Attorney General William Barr dated February 25, 2020**. Ironically, the "controlling" facts are similar in reference to the "controlling" fact that **BILLION DOLLAR CORPORATIONS** elected to "admit" the facts, law, and evidence in the State Appellate Courts by **NOT** filing a Reply Brief as the State Appellate Rules require!!!!!!!! **THE LAW DOES NOT OPERATE ON ALL ALIKE**! The law was non-existent for Appellant Roy A. Day in the States Courts of Maine, and subsequently, in the respective U.S. District Courts, and the respective U.S. Court of Appeals.

=======================================================================

Mr. William P. Barr
July 21, 2020
Page 5 of 26

### CRIMINAL COMPLAINT FOR "TWO TIER SYSTEM OF JUSTICE," AND "OBSTRUCTION OF JUSTICE" AND "TAMPERING WITH EVIDENCE," INTER ALIA (FOR FIRST U.S. COURT OF APPEALS) :

WRONGDOERS:  a. En Banc members for the United States Court of Appeals for the First
( hereafter,          Circuit (Appeal No. 20-1025, 20-1026; Roy A. Day v. State of Maine, et al.)
Defendants-)
**Judges**)         b. United States District Judge in the United States District Court, for
                    the District of Maine, Portland Division, Civil Action No.
                    2:18-CV-00232-JAW, Roy A. Day vs. State of Maine, et al.

"Companion Federal Cases" to the aforesaid "a" and "b" Federal cases:

c. In the United States Court of Appeals for the First Circuit;
Appeal No. 19-1140; Roy A. Day v. Lorna R. Grey, et al.

d. In the Unites States District Court for the District of Maine, Portland Division
C.A. NO. 2:17-CV-00286-JAW; Roy A. Day vs. Lorna R. Grey, et al.

In the aforesaid "Four" Federal Cases, the **BILLION DOLLAR CORPORATION** elected to admit the facts, law, and evidence by electing **NOT** to file a REPLY Brief in the State Court of Maine as the Rules (Law) demands. Subsequently, the State Court Judge received cash under the table (cash in various forms to conceal the illegal conduct) and pursuant to "personal motivation" and "prior agreement" (not a judicial act), the Maine State Court Judge (Ellen A. Gorman) placed herself in a "position of counsel" and denied the law, facts, and evidence existed for Appellant Roy A. Day, and denied Appellant Roy A. Day the appeal and Roy A. Day's "collateral damages," based on Appellant not being represented by a licensed attorney t $300.00/hour! The Federal Judges on the aforesaid Federal Cases have conspired with Maine State Court Judge Ellen A. Gorman to conceal and cover-up the obstruction of justice and tampering with evidence, inter alia, solely for the purpose to deny Appellant Roy A. Day the "collateral damages" as a "citizen-attorney" (not represented by a licensed attorney at $300.00/hour). There was NO res judicata, only a "non-judicial" judgment based on "personal motivation" and "prior agreement" to obstruct justice and tamper with evidence, with Ellen A. Gorman placing herself in a position of counsel for the BILLION DOLLAR CORPORATION! **THE LAW DOES OPERATE ON ALL ALIKE**!

--------------------------------

**Mr. William P. Barr**
**July 21, 2020**
**Page 6 of 26**

e.  In the State of Maine, For the Superior Court of Maine, Portland Division, Case No.
    PORSC-CV-2017-285, <u>Roy A. Day vs. Lorna R. Grey, et al.</u>

f.  In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-17-356,
    and Appeal No. CUM-17-346, and Appeal No. CUM-17-355, <u>Roy A. Day vs. Lorna
    R. Grey, et al.</u>

g.  In the State of Maine, For the Superior Court of Maine, Portland Division, Case No. PORSC-
    CV-2017-315, <u>Roy A. Day vs. Lorna R. Grey, et al.</u>

h.  In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-17-356, and Appeal
    No. CUM-17-346, and Appeal No. CUM-17-355, <u>Roy A. Day vs. Lorna R. Grey, et al.</u>

i.      In the State of Maine, For the Superior Court of Maine, Portland Division, Case No.
        PORSC-
        CV-2018-113, <u>Roy A. Day vs. Lorna R. Grey, et al.</u>

j.      In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-18-157,
        <u>Roy A. Day vs. Lorna R. Grey, et al.</u>

    In the aforesaid "Six" State of Maine Cases, the **BILLION DOLLAR CORPORATION** elected to
admit the facts, law, and evidence by electing **NOT** to file a REPLY Brief in the State Court of
Maine as the Rules (Law) demands. Subsequently, the State Court Judge received cash under the
table (cash in various forms to conceal the illegal conduct) and pursuant to "personal motivation"
and "prior agreement" (not a judicial act), the Maine State Court Judge (Ellen A. Gorman) placed
herself in a "position of counsel" and denied the law, facts, and evidence existed for Appellant Roy
A. Day, and denied Appellant Roy A. Day the appeal and Roy A. Day's "collateral damages," all
based on Appellant not being represented by a licensed attorney t $300.00/hour! The Maine
State Court Judges on the aforesaid Maine State Court Cases have conspired with Ellen A.
Gorman to conceal and cover-up the obstruction of justice and tampering with evidence, inter
alia, solely for the purpose to deny Appellant Roy A. Day the "collateral damages" as a "citizen-
attorney" (not represented by a licensed attorney at $300.00/hour). There was NO res judicata,
only a "non-judicial" judgment based on "personal motivation" and "prior agreement" to obstruct
justice and tamper with evidence, with Ellen A. Gorman placing herself in a position of counsel
for the BILLION DOLLAR CORPORATION! **THE LAW DOES OPERATE ON ALL ALIKE!**

Mr. William P. Barr
July 21, 2020
Page 7 of 26

The following evidence is "**beyond a reasonable doubt**" and is reflected on the face of the record for the respective court. It is self-evident that "**obstruction of justice**" and "**tampering with evidence,**" inter alia, was orchestrated by the specific courts (JUDGES) pursuant to "**prior agreement**" and "**personal motivation**" (**NOT** a judicial act) (**CAVEAT**: "judicial immunity" does NOT protect "illegal conduct"). The LAW, including but not limited to, Rules of Appellate Procedure, did NOT "**operate on all alike,**" unless a citizen hires a "licensed attorney at $300.00/hour. If a licensed attorney at $300.00/hour is appearing before the court, the law, facts, and evidence are admitted, but if a citizen is NOT represented by a licensed attorney at $300.00/hour, then the law, facts, and evidence are denied as existing. **THE LAW DOES NOT OPERATE ON ALL ALIKE! OBSTRUCTION OF JUSTICE AND TAMPERING WITH EVIDENCE, INTER ALIA.**

Roy A. Day (hereafter, "RAD-victim)") reflects the following case law so the record is clear and certain and full and satisfactory, since the "Wrongdoers" (Defendants) are "major political targets" that do **NOT** have "judicial immunity" in the instant criminal case! **CAVEAT**: The evidence is on the face of the record for the respective courts, and would fall under the "best evidence" Rule pertaining to the Rules of Evidence. Accordingly,  "RAD-victim" will not be redundant and place the evidence in this Criminal Complaint. "PACER" reflects the "best evidence" under the "Rules."

**LACONIC FACTS**: The civil complaint filed in the Maine State Courts pertained to a vehicle accident in which the parties (Defendants in the Maine State Court case) WILLFULLY, INTENTIONALLY, AND MALICIOUSLY drove a vehicle through a parking lot crashing vehicles (the parties were 100% liable), with the overlay the parties were part of homeless, crime syndicate operating out of a library in the State of Florida. The instant Criminal Complaint reflects how corrupt the licensed attorney courts have become in the year A.D. 2020 when a party is 100% liable for damages, including "collateral damages." The licensed attorneys (law firms) were paid millions of dollars in legal fees to ensure "RAD-victim" was denied meaningful access to the licensed attorney court to collect the "collateral damages" stolen from "RAD-victim," and to conceal the two-tier system of justice in the licensed attorney courts that are stealing the citizens' property, including "collateral damages." IF IS SELF-EVIDENT THAT **THE LAW DOES NOT OPERATE ON ALL ALIKE**!  (Evidence is on the face of the record!) CAVEAT: Appellee GEICO General Insurance Company (NOTE: Billion Dollar Corporation) elected to "**admit**" the facts, law, and evidence pertaining to the "collateral damages" in the State of Maine case by not filing a REPLY brief as the law (Rules) demand  after being **served** pursuant to the Rules under the Maine State Court Rules of Appellate Procedure,  but the Maine State Judges refused to admit the law, facts, and evidence listed in "RAD-victim's" BRIEF  that were "admitted" by Appellee GEICO General Insurance Company  because "RAD-victim" was not represented by a licensed attorney at $300.00/hour. **THE LAW DID NOT OPERATE ON ALL ALIKE**! The Maine Rules of Appellate Procedure were non-existent when applied to "RAD-victim" in the Maine State Courts. (See the following evidence in the  four controlling cases: In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-17-356, and Appeal, No. CUM-17-346, and Appeal No. CUM-17-355, <u>Roy A. Day vs. Lorna R. Grey, et al.</u>;        In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-17-356, and Appeal, No. CUM-17-346, and Appeal No. CUM-17-355, <u>Roy A. Day vs. Lorna R. Grey, et al.</u>;        In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-17-356, and Appeal No. CUM-17-346, and Appeal No. CUM-17-355, <u>Roy A. Day</u>

Mr. William P. Barr
July 21, 2020
Page 8 of 26

vs. Lorna R. Grey, et al.;          In the State of Maine, Maine Supreme Judicial Court, Appeal
No. CUM-18-157, Roy A. Day vs. Lorna R. Grey, et al. - respective judges who issued the ruling,
and respective judges – en banc who issued the ruling. Subsequently, after "RAD-victim" was
subjected to a "two-tier system of justice," and the "obstruction of justice," and "tampering with
evidence," inter alia, in the Maine State Courts, "RAD-victim" filed a Federal Complaint reflecting
the "two-tier system of justice," and the "obstruction of justice," and "tampering with evidence,"
inter alia, pertaining to the Maine State Courts. Pursuant to judicial economy,  "RAD-victim"
repeats and realleges the "RAD-victim's" Federal Complaint filed in United States District Court
for the  District of Maine, Portland Division, Civil Action no. 2:18-CV-00232-JAW, Roy A. Day
vs. State of Maine, et al., as if expressly stated herein. (See PACER for the aforesaid evidence).
The U.S. District Judge (JAW and the law clerks) denied the law, facts, and evidence pertaining to
"RAD-victim" because "RAD-victim" was not represented by a licensed attorney at $300.00/hour.
RAD-victim" filed an appeal to the U.S. Court of Appeals for the First Circuit so the record would
be clear and certain and full and satisfactory (En Banc members for the United States Court of
Appeals for the First Circuit (Appeal No. 20-1025, 20-1026, Roy A. Day v. State of Maine, et al.).
To ensure the State of Maine "two-tier system of justice," and the "obstruction of justice," and
"tampering with evidence," inter alia, was "CONCEALED," and "COVERED-UP," AND "SHOVED-
UNDER-RUG," the U.S. Court of Appeals for the First Circuit **denied** "RAD-victim" the right to
write a BRIEF to place the true and correct facts, law, and evidence on the face of the record
pertaining to the "two-tier system of justice," and the "obstruction of justice," and "tampering
with evidence," inter alia. Since "RAD-victim" was denied the right to file a Brief under the
Federal Rules of Appellate Procedure, "RAD-victim" had the right to file a Petition for Rehearing
(En Banc). "RAD-victim" filed a Petition for Rehearing (En Banc) so the record would be clear and
certain and full and satisfactory, but to ensure the "two-tier system of justice," and the
"obstruction of justice," and "tampering with evidence," inter alia, was CONCEALED," and
"COVERED-UP," AND "SHOVED-UNDER-RUG" "**AGAIN**," the U.S. Court of Appeals for the First
Circuit "dismissed" "RAD-victim's" Petition for Rehearing (En Banc) without addressing the issues
and facts, and law, raised by Appellant Roy A. Day, specifically, the two-tier system of justice and
Maine Rules of Appellate Procedure were non-existent to Appellant Roy A. Day.  **CAVEAT**: IT IS
SELF-EVIDENT TRUTH THAT THE "DEFENDANTS-JUDGES" WERE SEEKING A FRAUDULENT
(INTRINSIC AND EXTRINSIC) EXCUSE TO PREVENT "RAD-VICTIM" FROM EXPOSING THE "two-
tier system of justice," and the "obstruction of justice," and "tampering with evidence," inter alia.
If a licensed attorney was representing "RAD-victim" at $300.00/hour, the "Defendants-Judges"
would not have engaged in the "two-tier system of justice," and the "obstruction of justice," and
"tampering with evidence," inter alia, when in fact, Appellee GEICO General Insurance Company
would have compromised and settled with "RAD-victim" for the "collateral damages" stolen from
"RAD-victim." In the alternative: GEICO General Insurance Company elected to pay licensed
attorneys One Million Dollars in legal fees to prevent "RAD-victim" from gaining meaningful
access to the licensed attorney courts, with the overlay that the presiding judges received cash
under the table to deny the law, facts, and evidence when pertaining to "RAD-victim" (cash in
various forms to conceal and cover-up the illegal conduct).

   **REPRISE**: "RAD-victim" was denied the right to write a **Brief** in the United States Court
of Appeals for the First Circuit - Appeal No. 20-1025, 20-1026, Roy A. Day v. State of Maine, et
al. . The aforesaid course of conduct SPEAKS FOR ITSELF and adds insult to injury pertaining to
the  "two-tier system of justice," and the "obstruction of justice," and "tampering with evidence,"
inter alia.  With "Defendants-Judges" (En Banc) issuing an order with no case law, or facts, and
not addressing the two-tier system of justice issue, and the issue that the Maine Rules of
Appellate Procedure were non-existent for Appellant Roy A. Day, and that a "two-tier" system of
justice," and the "obstruction of justice," and "tampering with evidence," inter alia, were the order
of the day, speaks volumes on the TRUE AND CORRECT "**INTENT**" (ninety percent of the law) of

Mr. William P. Barr
July 21, 2020
Page 9 of 26

Defendants-Judges," specifically, OBSTRUCTION OF JUSTICE AND TAMPERING WITH EVIDENCE, inter alia. It is self-evident pertaining to the **real motive** of the En Banc U.S. Court of Appeals for the First Circuit, as associated with the State of Maine Supreme Court ("Ellen A. Gorman"), specifically, "obstruction of justice," and "tampering with evidence," inter alia. INDICT, AND REMOVE!

## END LACONIC FACTS FOR THE FIRST CIRCUIT.

"RAD-VICTIM" WILL NOW PLACE CONTROLLING LAW ON THE FACE OF THE RECORD SO THE RECORD IS CLEAR AND CERTAIN AND FULL AND SATISFACTORY.

In Missouri v. P.R. Co. Mackey, 127 US 205 (1888), the Court held:

"Due process of law, within meaning of 14th amendment is secured if laws operate on all **alike**, and do not subject individual to arbitrary exercise of powers of government."

In Frost v. Corporation Com. of Oklahoma, 278 US 515 (1929), the Court held:

"Purpose of equal protection clause in federal Constitution is to rest rights of all persons **upon same rule under similar circumstances**."

The Fourteenth Amendment to the Constitution of the United States, states:

"... nor shall any State deprive any person of life, liberty or property, without due process; nor deny to any person within its jurisdiction the equal protection of the law."

In Mitchell v. W.T. Grant Co., 416 US 600 (1974), the Court held:

"Due process of law guarantees no particular form of procedure; it protects substantial rights."

In Hicks v. U.S., 486 F2d 325 (10th Cir 1973) cert den 416 US 938, the Court held:
"Judicial admission occurs where proposition of fact is alleged by one party and conceded to be true by adverse party."

**Mr. William P. Barr**
**July 21, 2020**
**Page 10 of 26**

"RAD-victim" was entitled to have the law granted as an "operation of law" since the "parties" in the State of Maine case elected to "**admit**" the facts, issues, and law in the State of Maine Appellate Courts. "RAD-victim" was entitled to have the State of Maine lower court order reversed, and the "collateral damages" provided to "RAD-victim" as an "operation of law" as enumerated in the above-entitled <u>Hicks</u> case (**REPRISE**: The parties (BILLION DOLLAR CORPORATION) in the Maine State Court case elected to **admit** the facts, law, and evidence in "RAD-victim's" Maine State Court Complaint). Further, "RAD-victim's" Complaint stated a cause of action and was not frivolous, as "**admitted**" by the "parties" in the State of Maine case. **The law did not operate on all alike** as enumerated in the above-entitled <u>Missouri</u> case. In addition, "RAD-victim" was DENIED equal protection under the Federal Constitution since the "wrongdoers" (Defendants-Judges) did NOT **rest rights of all persons upon same rule under similar circumstances** as enumerated in the above-entitled <u>Frost</u> case. "RAD-victim" has been denied due process and equal protection of the law as enumerated in the above-cited Fourteenth Amendment, and Fifth Amendment (Federal), and <u>Mitchell</u> case.

In <u>Mayer v. City of Chicago</u>, 404 US 189 (1971), the Court held:
"There can be no equal justice where the kind of trial a man gets depends on the amount of money he has."

"Once states have established avenues of applicable review, these avenues must be kept free of unreasoned distinction that can only impede open and equal access to the courts."

The "wrongdoers" (Defendants-Judges) refused and continued to refuse to entertain or reach the issues and facts in "RAD-victim's" BRIEFS, and the associated Exhibits, including but not limited to, that the **"parties" in the Maine State Court case elected to admit the facts, law, and evidence in the Maine State Court case, and NOT file any opposition under the Maine Rules of Appellate Procedure** to "RAD-victim's" Maine State Court BRIEF. **There is no equal justice where the kind of trial a man gets depends on the amount of money he has** as enumerated in the above-entitled <u>Mayer</u> case. It is self-evident that the Federal Courts (Defendants-Judges), and the Maine State Court Judges (Defendants-Judges), have NOT kept **free of unreasoned distinction that can only impede open and equal access to the courts** as enumerated in the above-entitled <u>Mayer</u> case.

In <u>Rankin v. Howard</u>, 633 F2d 844 (9th Cir 1980), the Court held:

"A judges private, prior agreement, to decide in favor of one party is not a 'judicial act' for purpose of judicial immunity."

"An immune judges private co-conspirators do not enjoy derivative immunity."

Even though the aforesaid <u>Rankin</u> case speaks for itself, with the law being well settled, it is self-evident that the orders entered against Plaintiff (Appellant) in the Maine cases were NOT "judicial acts" since the orders was entered pursuant to "prior agreement" and "personal motivation" as enumerated in the above-entitled <u>Rankin</u> case (CAVEAT: The Maine "parties" elected to file NO responsive Brief in opposition to Roy A. Day's Brief, and elected to admit the facts, law, and evidence) (THE ORDERS ENTERED AGAINST "RAD-victim"" WERE NOT BASED ON LAW, FACTS, AND EVIDENCE) (obstruction of justice and tampering with evidence was the order of the day, inter alia). Roy A. Day was entitled to the "requested relief" as an "operation of

Mr. William P. Barr
July 21, 2020
Page 11 of 26

law," including the "collateral damages" that were stolen from Roy A. Day. Roy A. Day was subjected to obstruction of justice and tampering with evidence, inter alia, and harassed by six different licensed attorney courts to obtain the "collateral damages." The licensed attorney courts are JOKER courts! The objective is to deny Roy A. Day meaningful access to any licensed attorney court, and to deny the facts, law, and evidence exist, including but not limited to, the "two-tier system of justice" that is "existential" (word of the year in 2019) in the First Circuit. None of the aforesaid illegal conduct would have transpired if the judges would have admitted the law, facts, and evidence existed when pertaining to Roy A. Day, but the judges elected to obstruct justice and tamper with evidence, inter alia. Roy A. Day will not permit the scumbag who stole the "collateral damages" walk free as the licensed attorney courts in the First Circuit have done. The Constitution, and the founding mothers and fathers, said when government fails, justice can be pursued ... (we have to now use an ellipsis). (**NOTE:** Government is failing with a $26 Trillion National Debt - Jamie Dimon: "The only financial market debt out there right now is in the sovereign debt"– the list is long – the aforesaid debt is NOT sustainable – even assassinating citizens (South America, Central America, Mexico, Middle East, Africa, etc.) around the world using the CIA, and the FBI, and the U.S. Military, and placing sanctions on Nations, and fighting one war after another war, will NOT be successful on eliminating the aforesaid debt, when in fact, "RAD-victim" will predict that al-Qaeda, and "ISIS," will control the Middle East, and Africa, since this Nation cannot continue to fight al-Qaeda and "ISIS," for the next thirty years. The next "generations" in this Nation appear not willing to fight the war for the next thirty years) (Social Security is not sustainable, Medicare is not sustainable, Medicaid is not sustainable, Military Veterans' benefits are not sustainable, etc. – the list is long). NOTE: The federal government is sending undercover agents around the Nation to infiltrate the "revolutionary-individuals" and placing the persons in vans to be kills, or ....) – all this will fail based on the "..." being taken off the table, with the citizens revolting .... Unless you live under a rock, the 2020 election will be "earth shaking," and the 2024 election will be "tectonic," with ... around the corner (ironically, the founding mothers and fathers predicted the demise based on the facts transpiring in this Nation in year A.D. 2020, but they did not know when, or what the facts would would be, including the licensed attorney courts, but the founding mothers and fathers listed the only solution available ...) (how prescient they were) (the demographics in his Nation in the next "thirty" years will be "tectonic" based on 80,000 immigrants crossing the border monthly). For the record: The present and future belong to technology, and education, and knowledge, and not Sanders's socialist, or Clinton's basement dwellers, etc. Ironically, we are going around the world taking "..." off the tables of Nations to cause various revolutions, but the ironical part is that the "real" revolution is being orchestrated in this Nation with the "..." being taken off the table (COVID-19 proved what happens when "..." is taken off the table – COVID-19 was just an initial start!) (all the Federal undercover agents being sent around this Nation infiltrating organizations, and the various States, will not be successful on stopping the revolution, and with "..." being taken off the table). If Roy A. Day had the money, New Zealand would be where Roy A. Day would move, since the smart money is moving there!

---------------------------------------
---------------------------------------

The Certificate of Service, infra, reflecting the service on the "parties" in the State of Maine case, with the overlay that the "evidence" is "beyond a reasonable doubt" that a "two-tier system of justice," and the "obstruction of justice," and "tampering with evidence," inter alia, is the "order of the day." The Certificate of Service made the record clear and certain and full and satisfactory

Mr. William P. Barr
July 21, 2020
Page 12 of 26

MAINE APPELLATE COURT:

CERTIFICATE OF SERVICE.

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2017, I did not electronically file the foregoing with the Clerk of the Court using the CM/ECF system (... filing system), which will send notification of such filing to Mr. Robert C. Hatch, who is registered on the (... system) or CM/ECF system at the following e-mail address: rhatch@thompsonbowie.com. IN LIEU OF: I hereby certify that a true and correct copy of the above and foregoing brief has been forwarded to Mr. Robert C. Hatch, Thompson Bowie & Hatch, LLC, 415 Congress Street, Fifth Floor, P.O. Box 4630, Portland, ME 04112-4630, on this 8th day of November, 2017, via first class mail.

/s/ Roy A. Day

Roy A. Day

**END CERTIFICATE OF SERVICE**.

Based on the service on the State of Maine parties, the "parties" "elected" to admit the facts, law, and evidence as provided in RAD-victim's BRIEF. The law, facts, and evidence were non-existent to Roy A. Day in the said courts since Roy A. Day did have an attorney at $300.00/hour representing Roy A. Day. The law does not operate on all **ALIKE**. A two-tier system of justice is the order of the day in the First Circuit. THE LAW DOES NOT OPERATE ON ALL **ALIKE**! OBSTRUCTION OF JUSTICE AND TAMPERING WITH EVIDENCE IS THE ORDER OF THE DAY!

-------------------------------------------------------------------------
-------------------------------------------------------------------------

Mr. William P. Barr
July 21, 2020
Page 13 of 26

Maine Rules of Appellate Procedure, Rule 7, Schedule for Briefing and Consideration,

states:

"(a) Briefing Schedule.  Upon determining that the record on appeal is complete, the Clerk of the Law Court shall promptly send to each counsel of record and each party that is not represented by counsel a written notice stating: (1) the dates on which the appellant's brief, the appellee's brief, and the appendix are due to be filed; and (2) the date on which appellant's reply brief, if any, is due to be filed.  The due dates stated in the notice for briefing, filing the appendix, and consideration are not affected by any later transcript order, procedural motion, or court order unless the Law Court orders otherwise.

"(b) Time for Filing Briefs.

"(1) Track A Appeals.  In a Track A appeal, the appellant shall file the appellant's brief within 28 days (4 weeks) after the date that the record on appeal is complete.  The appellee shall file the appellee's brief within 56 days (8 weeks) after the date that the record on appeal is complete, and the appellant may file a reply brief within 14 days after the date that the appellee's brief is filed."

MAINE  SUPREME COURT:

### CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2017, I did not electronically file the foregoing with the Clerk of the Court using the CM/ECF system (... filing system), which will send notification of such filing to  Mr. Robert C. Hatch, who is registered on the (... system) or CM/ECF system at the following e-mail address: rhatch@thompsonbowie.com. IN LIEU OF: I hereby certify that a true and correct copy of the above and foregoing brief has been forwarded to Mr. Robert C. Hatch, Thompson Bowie & Hatch, LLC, 415 Congress Street, Fifth Floor, P.O. Box 4630, Portland, ME 04112-4630, on this 8th day of November, 2017, via first class mail.

/s/ Roy A. Day

Roy A. Day

**END CERTIFICATE OF SERVICE**.

Mr. William P. Barr
July 21, 2020
Page 14 of 26

F.B.I. WEB SITE:
Color of Law Abuses



U.S. law enforcement officers and other officials like judges, prosecutors, and security guards have been given tremendous power by local, state, and federal government agencies—authority they must have to enforce the law and ensure justice in our country. These powers include the authority to detain and arrest suspects, to search and seize property, to bring criminal charges, to make rulings in court, and to use deadly force in certain situations.

Preventing abuse of this authority, however, is equally necessary to the health of our nation's democracy. That's why it's a federal crime for anyone acting under "color of law" willfully to deprive or conspire to deprive a person of a right protected by the Constitution or U.S. law. "Color of law" simply means that the person is using authority given to him or her by a local, state, or federal government agency.

**The FBI is the lead federal agency for investigating color of law abuses**, which include acts carried out by government officials operating both within and beyond the limits of their lawful authority. Off-duty conduct may be covered if the perpetrator asserted his or her official status in some way.

END F.B.I. WEB SITE.

    **As QUOTED, from the F.B.I. web site, supra:** "... it's a federal crime for anyone acting under "color of law" willfully to deprive or conspire to deprive a person of a right protected by the Constitution or U.S. law." It is self-evident, and axiomatic, that the "two-tier system of justice," and the "obstruction of justice," and "tampering with evidence," is "willful deprivation and conspiratorial conduct to deprive Roy A. Day of a right protected by the Constitution of U.S. law." It is self-evident that "Defendants-Judges" have turned the courts into a joke and fraud. The "Defendants-Judges" are "**WIDDERSHINS**" and "**ANTIPODEAN**" of the Founding Mothers and Fathers of this Nation.

    The aforesaid facts, law, and evidence refers, relates, pertains, and mentions controlling facts, issues, and evidence that warrants a full and complete criminal investigation of the U.S. Court of Appeals for the First Circuit, and the associated courts, infra:

Defendant Judges for the following cases:

En Banc members for the United States Court of Appeals for the First Circuit (Appeal No. 20-1025, 20-1026; Roy A. Day v. State of Maine, et al.) (Defendant Judges);

Mr. William P. Barr
July 21, 2020
Page 15 of 26


United States District Judge in the United States District Court, for the   District of Maine, Portland  Division, Civil Action No. 2:18-CV-00232-JAW, <u>Roy A. Day   vs.  State of  Maine, et al.</u>


In the United States Court of Appeals for the First Circuit, Appeal No. 19-1140; <u>Roy A. Day v. Lorna R. Grey, et al.</u>


In the Unites States District Court for the District of Maine, Portland Division, C.A. NO. 2:17-CV-00286-JAW; <u>Roy A. Day vs. Lorna R. Grey, et al.</u>


In the State of Maine, For the Superior Court of Maine, Portland Division, Case No. PORSC-CV-2017-285, <u>Roy A. Day vs. Lorna R. Grey, et al.</u>


In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-17-356, nd Appeal No. CUM-17-346, and Appeal No. CUM-17-355, <u>Roy A. Day vs. Lorna R. Grey, et al.</u>


In the State of Maine, For the Superior Court of Maine, Portland Division, Case No. PORSC-CV-2017-315, <u>Roy A. Day vs. Lorna R. Grey, et al.</u>


In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-17-356, and Appeal No. CUM-17-346, and Appeal No. CUM-17-355, <u>Roy A. Day vs. Lorna R. Grey, et al.</u>


In the State of Maine, For the Superior Court of Maine, Portland Division, Case No. PORSC-CV-2018-113, <u>Roy A. Day vs. Lorna R. Grey, et al.</u>


In the State of Maine, Maine Supreme Judicial Court, Appeal No. CUM-18-157, <u>Roy A. Day vs. Lorna R. Grey, et al.</u>


Subsequently, an indictment of the "Defendants-Judges" is warranted. The Department of Justice, as associated with the F.B.I., has one hundred percent jurisdiction of the investigation for the CRIMINAL CONDUCT of the U.S. Court of Appeals for the First Circuit, as stated, supra., including the "two-tier system of justice," and the "obstruction of justice," and "tampering with evidence," inter alia. It is the investigative body of the F.B.I. that has competent jurisdiction to investigate FEDERAL CRIMINAL STATUTE VIOLATIONS. Period!  Question: Will Attorney General William Barr engage in "selective prosecution" and "profiling." The "world-internet-citizens" must see the "duplicity," and the "charade" being orchestrated by "Defendants-Judges" against the citizens of this Nation when the citizen is not represented by a licensed attorney at $300.00/hour.  <u>FOR THE RECORD</u>: Roy A. Day ("RAD-victim") has no basic rights in this Nation – the face of the record so reflects the aforesaid fact, including the database file generated by so-called "government employees" on Roy A. Day. The government database file is a fraud of the first order, when in fact, if any citizen, who knows Roy A. Day, read the government database file on

**Mr. William P. Barr**
**July 21, 2020**
**Page 16 of 26**

Roy A. Day, the citizen would say 100% that it is not Roy A. Day, and the government database file is related to some other citizen!

TRUMP'S IMPEACHMENT ("FAFF" PROCEEDINGS) WAS A WASTE OF TIME AND MONEY, AND MEANINGLESS AND USELESS . THE TRUMP ADMINISTRATION WILL NOT BE REMEMBERED FOR THE IMPEACHMENT PROCEEDINGS. BASED ON YOUR (ATTORNEY GENERAL BARR) DECISION PERTAINING TO THE INSTANT CRIMINAL COMPLAINT, IN REFERENCE TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT, IS WHAT THE CITIZENS WILL REMEMBER PERTAINING TO THE TRUMP ADMINISTRATION, AND YOUR TENURE, SPECIFICALLY, THE COURTS HAVE ESTABLISHED A TWO-TIER SYSTEM OF JUSTICE. THE IMPEACHMENT PROCEEDINGS WERE "MSM" (MainStream Media") "FAKE NEWS," BUT THE TWO-TIER SYSTEM OF JUSTICE ISSUE IS REAL NEWS PERTAINING TO "licensed attorney" COURTS, specifically, the First Circuit.

**PRESIDENT TRUMP** (NO agent or servant): The facts, supra, speak for themselves and are "beyond a reasonable doubt." Accordingly, with the U.S. Court of Appeals for the First Circuit Judges (En Banc) removed and indicted, you now have the right to appoint the "new judges" with a court designated as "Trump Plenipotentiary Court" (TPC). The U.S. District Judge, and U.S. Magistrate, need to be removed as well.

The U.S. Court of Appeals for the First Circuit (En Banc) needs to be removed and indicted for "obstruction of justice" and "tampering with evidence," *inter alia* (also, the U.S. District Court, U.S. Magistrate, Maine State Court, judges need to be removed). REPRISE: You (President Trump) can appoint a "Trump Court" for the First Circuit Court of Appeals (The court will be designated as the "TRUMP PLENIPOTENTIARY COURT" (aka "TPC")), and you should also direct the appoint of new judges in the Maine State Courts.

**END FACTS ON THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT.**

Mr. William P. Barr
July 21, 2020
Page 17 of 26

-------------------------------------------------------------------

-------------------------------------------------------------------

-------------------------------------------------------------------

**PRESIDENT TRUMP** (NO agent or servant):

As a **lagniappe** for you (President Trump), I am providing you the opportunity to appoint new judges to "Three" other U.S. Court of Appeals after the said Appellate Court Judges (En Banc) are "indicted" and "removed" for obstructing justice and tampering with evidence, inter alia. The U. S. Court of Appeals for the Eleventh Circuit, and the U.S. Court of Appeals for the Third Circuit, and the U.S. Court of Appeals for the Ninth Circuit. The aforesaid "Three" Courts will become "TPCs" ("TRUMP PLENIPOTENTIARY COURTS"). The associated U.S. District Court Judges, and U.S. Magistrates, need to be removed as well associated with the evidence, infra!

**President Trump**.  For The Record:  The "Roger Stone" case is minimalist in contrast to the facts in my criminal case (FACTS in my case - see website, infra, Seven Civil Cases): the State Court's Judge **removed an element of the criminal statute so the jury would not see the true and correct statute**, solely for the purpose to find me guilty (there was NO stalking, but an issue of freedom of speech to distribute a brochure – they trumped-up the charges to arrest me since I am a lightning rod for licensed attorneys). In addition, government employees "placed an undercover jury member" in the jury pool to make a "bias and prejudicial" comments against me to "taint the entire jury pool," and the court reporter willfully, intentionally, maliciously, and fraudulently did not include the statements that were made by the "placed undercover jury member." Subsequently, I was denied the right to write a BRIEF to expose the illegal conduct. REPRISE: Supra, the "undercover jury member's" statements were removed by the court reporter from the transcript. To add insult to injury, the F.B.I. refused and continued to refuse to investigate the "Criminal Complaint" I filed (see the website, infra, and the Seven Civil Cases). You need to have the F.B.I. agent terminated, with NO "pension," and have the State Court Judge who removed the "element" of the Criminal Statute, removed from the bench, with NO pension. To ensure the record was clear and certain and full and satisfactory, I filed "Seven Civil Cases" to reflect the true and correct facts. See the following website:

https://indictrobertmueller.wordpress.com/indict-robert-mueller/

The U.S. Federal Judges, who concealed and covered-up the facts, and issues, and criminal conduct, as stated in the aforesaid website, have **obstructed justice and tampered with evidence, inter alia**, and must be removed from the bench. "Judicial Immunity" does not protect judges who engage in "prior agreement' and "personal motivation" conduct on the bench

**Mr. William P. Barr**
**July 21, 2020**
**Page 18 of 26**

(the aforesaid rulings are NOT "judicial acts," and not based on law, facts, and evidence). The Federal Judges called the following **"frivolous"**:

**(a)** **Removing an element of the criminal statute so the jury would not see the true and correct statute**, solely for the purpose to find me guilty (there was NO stalking, but an issue of freedom of speech to distribute a brochure – they trumped-up the charges to arrest me since I am a lightning rod for licensed attorneys).

**(b)** The government employees "placed an undercover jury member" in the jury pool to make a "bias and prejudicial" comments against me to "taint the entire jury pool," and subsequently, the court reporter removed the statement made by the "undercover jury member."

**(c)** Subsequently, I was denied the right to write a BRIEF to expose the illegal conduct as reflected on the Seven Civil Cases (see website).

**(d)** The F.B.I. refused and continued to refuse to investigate the "Criminal Complaint" I filed (see the website on the Seven Civil Cases).

Unless you live under a "rock," the aforesaid is **OBSTRUCTION OF JUSTICE, AND TAMPERING WITH EVIDENCE**, inter alia.

**REPRISE**: The Federal Judges called the aforesaid facts **"frivolous."** President Trump, the judges need to be removed from the bench, and indicted. You can then make the courts "Trump Plenipotentiary Courts." It is self-evident, and "beyond a reasonable doubt," that the law does not operate on all **ALIKE**, and "tampering with evidence," and "obstruction of justice," was, and is, the Order of the Day, in the U.S. courts, and State courts!

I have placed case law, infra, so NO licensed attorney can distort and twist the facts and law associated with this Criminal Complaint. All you need to do is make the U.S. Appellate Courts "TRUMP PLENIPOTENTIARY COURTS" (aka "TPC's") (11th Circuit, 3rd Circuit, 9th Circuit – the facts, law, and evidence listed in this Criminal Complaint reflects obstruction of justice and tampering with evidence, inter alia.). "Take care of business!" As a "SUPER LAGNIAPPE," you can now indict Robert Mueller for wasting money and time on the farce known as the "impeachment of President Trump."

In Rankin v. Howard, 633 F2d 844 (9th Cir 1980), the Court held:

"A judges private, prior agreement, to decide in favor of one party is not a 'judicial act' for purpose of judicial immunity."

"An immune judges private co-conspirators do not enjoy derivative immunity."

Mr. William P. Barr
July 21, 2020
Page 19 of 26

In <u>Missouri v. P.R. Co. Mackey</u>, 127 US 205 (1888), the Court held:

"Due process of law, within meaning of 14th amendment is secured if laws operate on all **alike**, and do not subject individual to arbitrary exercise of powers of government."

In <u>Frost v. Corporation Com. of Oklahoma</u>, 278 US 515 (1929), the Court held:

"Purpose of equal protection clause in federal Constitution is to rest rights of all persons **upon same rule under similar circumstances**."

The Fourteenth Amendment to the Constitution of the United States, states:

"... nor shall any State deprive any person of life, liberty or property, without due process; nor deny to any person within its jurisdiction the equal protection of the law."

## PRESIDENT DONALD J. TRUMP (only, NO agent or servant)

As you know **President Trump**, the FBI is totally corrupt in the year A.D. 2020,  and has an agenda to engage in "selection prosecution" and "profiling" to generate "fraudulent facts" and "fraudulent evidence" to create a "false image to the public." They attempted to destroy you and your administration, but you were able to expose the fraudulent conduct. My "Seven Civil Cases" (see website, supra) further exposes the corruption at the FBI. You need to have the FBI agent as listed on the website, supra, to be terminated, and indict Robert Mueller, and have the Florida State Court Judge removed and indicted! FYI: The database file created by government employees on me is a joke and farce, when in fact, people who know me would not not know me if they read the government database file. In addition, as known from your experience in the White House, the "MSM" (Mainstream News Media) is a group of "Fake New's" organizations. The "MSM" have concealed and covered-up the SEVEN Civil Cases, including the illegal conduct by the FBI to not investigate the removal of an element of the criminal statute, and the placing of an undercover jury pool member in the jury pool to libel and slander me before the entire jury pool, and the subsequent conduct by the court reporter to remove the statement, and the denial of Roy A. Day to have the right to write a Brief to expose the aforesaid criminal conduct.

President Trump, I am a "lightning rod" for licensed attorneys, and the licensed attorney courts of …. I could be classified as the "Quasi-Trump of the 'licensed attorney' Courts!" We take the same approach, specifically, we do not roll over and play dead when someone engages in nefarious conduct, specifically, "we take care of business."

Mr. William P. Barr
July 21, 2020
Page 20 of 26

In reference to the 1,100 ex-DOJ employees gathered by "Protect Democracy" (obviously, the entity is a FRAUD OF THE FIRST ORDER, hereafter, "FOTFO") calling on Attorney General William Barr to resign, writing that Attorney General Barr handling of the Roger Stone case "openly and repeatedly flouted" the principle of equal justice under the rule of law," is fraud of the first order. Subsequently, "FOTFO" then stated "the rule of law and the survival of our Republic demand nothing less." Further,  "FOTFO" stated "such behavior is a grave threat to the fair administration of justice, and in this nation, we are all equal before the law." **CAVEAT**: The aforesaid "genre" (1,100 ex-DOJ employees) are the same "genre" that **obstructed justice and tampered with evidence, inter alia,  in the Seven Civil Cases (see website, supra)**. "FOTFO" is a balderdash and farcical entity. President Trump, you need to "take of business" and place the 1,100 ex-DOJ employees in an "internment camp" since the 1,100 ex-DOJ employees are a "Crime Against Humanity," and a Security Risk to this Nation. "Take care of business!" Further, a "clown" known as "John Flannery" said Mr. Barr was a "consigliere" and that you (President Trump) are the "chief criminal who's running a crime syndicate out of the West Wing." **N.B. – Nota Bene**: The "clown" (John Flannery"), and the 1,100 ex-DOJ employees "genre," are the "**REAL**" "chief criminals" running a "crime syndicate" out of the Department of Justice, as reflected in the Seven Civil Cases (the facts show evidence beyond a reasonable doubt that the "clown" (Flannery), and the 1,100 ex-DOJ employees "genre" obstructed justice, and tampered with evidence, inter alia, by concealing and covering-up the following facts:  (a) Removing an element of the criminal statute so the jury would not see the true and correct statute, solely for the purpose to find me guilty (there was NO stalking, but an issue of freedom of speech to distribute a brochure – they trumped-up the charges to arrest me since I am a lightning rod for licensed attorneys); (b) The government employees "placed an undercover jury member" in the jury pool to make a "bias and prejudicial" comments against me to "taint the entire jury pool," and subsequently, the court reporter removed the statement form the transcript; (c) I was denied the right to write a BRIEF to expose the illegal conduct as reflected on the Seven Civil Cases (see website); (d) The F.B.I. refused and continued to refuse to investigate the "Criminal Complaint" I filed (see the website on the Seven Civil Cases).  The Federal Judges refused and continued to refuse to entertain the aforesaid facts, and called the aforesaid facts "**frivolous**." IT IS SELF-EVIDENT THAT THE **TRUE AND CORRECT CHIEF CRIMINALS,** AND TRUE AND CORRECT **CRIME SYNDICATE**, IS BEING ORCHESTRATED BY AGENTS, SERVANTS, AND CO-CONSPIRATORS OF THE " "clown" (Flannery),  and the 1,100 ex-DOJ employees, against Roy A. Day, and inter alia (Roy A. Day is *e pluribus unum*, when it fact, there are millions of citizens subjected to the "DOJ crime syndicate" over the last sixty years).  The **audacity** of the 1,100 ex-DOJ employees, and the "clown," to sign the fraudulent document asking for Mr. Barr to resign, when the 1,100 ex-DOJ employees agents, servants, and co-conspirators, have engaged in obstruction of justice and tampering with evidence, inter alia,  as reflected on the SEVEN CIVIL CASES  (see website).

Please send a "personal note" so I know you have received this Criminal Complaint, and have read the entire Criminal Complaint, since the "government bureaucrats" will attempt to conceal this Criminal Complaint from you.

Thank you for your cooperation and assistance on this matter. "Take care of business" and make the Four U.S. Court of Appeals "TRUMP PLENIPOTENTIARY COURTS" (aka "TPC's")).

Mr. William P. Barr
July 21, 2020
Page 21 of 26

## END NOTE TO PRESIDENT TRUMP (NO AGENT OR SERVANT).

NOTE: President Trump, you commuted the sentence of Roger stone. I am asking you, based on the aforesaid evidence, to commute my sentence pertaining to the Seven Cases, supra, as associated with Robert Mueller (see Website, supra, for the seven cases). In addition, I am asking you to reverse the fraudulent order from the First Circuit and grant my "collateral damages."

-------------------------------------------------------------------------------------------------

## THIS IS SEPARATE CRIMINAL ISSUE AGAINST 21ST CENTURY CENTENNIAL INSURANCE COMPANY, AND THE ASSOCIATED JUDGES.

21ST CENTURY CENTENNIAL INSURANCE COMPANY -  Cases involved with obstruction of justice and tampering with evidence, inter alia, pursuant to proper venue, and subject matter jurisdiction:

Roy A. Day vs. 21st Century Centennial Insurance Company, In the United States District Court, for the Distric of Delaware, Case No. 12-1096-CJB;

Roy A. Day vs. William Loucks, et al., In the United States District Court, for the District of Delaware, Case No. 1:15-CV-00541-LPS;

Roy A. Day vs. William Loucks, et al., In the United States District Court, for the District of Delaware, Case No. 1:16-CV-00200-LPS;

As reflected on the face of the record in the aforesaid three cases, proper venue was present, and subject matter jurisdiction was also correct. The Federal Judge conspired with Appellees' attorneys of record to illegal transfer the case to another venue to have the case illegally dismissed to prevent paying Plaintiff Roy A. Day one penny ($.01) for a vehicle crash in which Plaintiff Roy A. Day's vehicle was totaled by 21st Century Insurance (*Plaintiff Roy A. Day was sitting at a stop light that was "red" on a six lane highway, and a drug addict with no driver's license and no insurance rear-ended Plaintiff's Roy A. Day's vehicle. The Defendants' attorneys of record paid "cash under the table" (cash in various forms to prevent the illegal conduct from being discovered) to the federal Judge to transfer the case to another venue (even though venue was proper in the Delaware court) to have Plaintiff's case illegally dismissed on fraudulent sanctions).* Plaintiff paid on the insurance policy for six years, and 21st Century Centennial Insurance Company has paid Plaintiff Roy A. Day zero dollars, and zero cents ($0.00), with the overlay that 21st Century Centennial Insurance Company will not speak to Plaintiff Roy A. Day since the

**Mr. William P. Barr**
**July 21, 2020**
**Page 22 of 26**

Federal Judges were paid cash under the table to prevent Plaintiff Roy A. Day from contracting, and having the insurance contract enforced.

PRESIDENT TRUMP: Roy A. Day is asking you (President Trump)  to intercede on the following case where a two-tier system of justice has transpired again against Roy A. Day.

**N.B. – Nota Bene**: 21st Century case – EIGHT years since the vehicle accident - I paid on a vehicle insurance contract for SIX YEARS. Pursuant to the vehicle accident, 21st Century Centennial Insurance Company (hereafter, 21st CCIC) totaled Roy A. Day's vehicle. 21st CCIC will not talk to Roy A. Day via telephone, email, or text message. 21st CCIC  refused to pick-up Roy A. Day's totaled vehicle, and subsequently, the Financial Institution repossessed the vehicle with Roy A. Day's credit rating destroyed. It is now EIGHT YEARS SINCE THE VEHICLE ACCIDENT AND ROY A. DAY IS STILL ATTEMPTING TO BE PAID. See the following case for the 21st CCIC issue, and the associated COUNT TEN: The  United States District Judge illegally dismissed the case to obstruct justice and tamper with evidence based on a two-tier system of justice – the LAW DOES NOT ACT ON ALL ALIKE (See the United States District Court, for the  District of Maine, Portland  Division, Civil Action No. 2:18-CV-00232-JAW, Roy A. Day  vs.  State of  Maine, et al., COUNT TEN).

For the record: Roy A. Day is filing Class Action lawsuit (view the numerous lawsuits filed by Roy A. Day to get paid on the vehicle accident that the party was 100% liable) to attempt to collect the monies that are due and payable. ANOTHER LAWSUIT FILED BECAUSE OF THE CORRUPT LICENSED ATTORNEY COURTS.

============================================================

**COUNT TEN – REPRISE** – Civil Action No. 2:18-CV-00232-JAW:  Plaintiff  entered into a contract with Defendant "21st CCIC" for vehicle insurance (Policy Number 6847834), and on June 23, 2012, "Kristy Trammell" (a drug addict and alcoholic, and garbage and trash, with no driver's license, and no insurance) driving a 1998 Honda, going forty-to-fifty miles per hour, and never applying the brakes, on a clear day with no wet pavement, rear-ended Plaintiff's 2010 Hyundai Accent, while Plaintiff was stopped at a red light on a six lane highway. **CAVEAT**: PLAINTIFF PAID FOR SIX YEARS ON A VEHICLE CONTRACT WITH DEFENDANT "21ST CCIC," , AND WHEN DEFENDANT "21ST CCIC" "TOTALED" PLAINTIFF'S VEHICLE IN THE SAID VEHICLE CRASH, PLAINTIFF INITIALLY CONTESTED THE AMOUNT FOR PAYMENT.

Mr. William P. Barr
July 21, 2020
Page 23 of 26

SUBSEQUENTLY, PLAINTIFF REQUESTED (email, voice mail, fax – one individual answered Plaintiff's request by stating he would check with corporate to determine if Plaintiff's vehicle would be picked-up – Plaintiff never heard from him again – a voice recording was made) DEFENDANT "21ST CCIC" (AGENTS, SERVANTS, CO-CONSPIRATORS, AND EMPLOYEES) TO "PICK-UP PLAINTIFF'S VEHICLE, BUT DEFENDANT "21ST CCIC" REFUSED AND CONTINUED TO REFUSE TO "PICK-UP THE VEHICLE, AND REFUSED TO SPEAK OR EMAIL OR FAX OR TEXT PLAINTIFF. BASED ON THE LOAN ON THE VEHICLE, THE FINANCIAL INSTITUTION REPOSSESSED THE VEHICLE SINCE DEFENDANT "21ST CCIC" WOULD NOT CONVERSE WITH PLAINTIFF, AND/OR PAY OFF THE LOAN. PLAINTIFF'S CREDIT WAS "DESTROYED."  It has now been one thousand five hundred twenty day (over seven years) and Defendant "21st CCIC" has NOT PAID PLAINTIFF ONE PENNY ($.01) because Plaintiff is not represented by a licensed attorney at $300.00/hour. Defendant "21st CCIC" has paid the "licensed attorneys" one million dollar in legal fees to pay-off (cash in various forms to conceal and cover-up) the judges in various courts to deny Plaintiff meaningful access, and not pay Plaintiff a penny!  CORRUPT, CORRUPT, CORRUPT LICENSED ATTORNEY COURTS OF …. **THE FACTS AND ISSUES HAVE NEVER BEEN ENTERTAINED OR REACHED IN ANY COURT, ONLY ILLEGALLY DISMISSED.** THIS COURT HAS A CLEAR RIGHT TO ENTERTAIN AND REACH THE ISSUE AND DIRECT DEFENDANT "21ST CCIC" TO PAY PLAINTIFF IMMEDIATELY! Plaintiff has conversed with various executive level personnel at Defendant "21st CCIC," including WILLIAM (BILL) LOUCKS, and   ANTHONY J. DeSANTIS, and Susan Wood, (over three hundred emails sent to the aforesaid individuals, and Federal Express letters).   No response was received from the aforesaid individuals. *Based on legal language in Plaintiff emails and Federal Express letters, a rejection in **writing of Plaintiff's emails** and letters were required in a timely manner. Further,* Plaintiff has no other recourse to address the issues in   Claim No. 1021655428-1 since the

Mr. William P. Barr
July 21, 2020
Page 24 of 26

"licensed attorney" "courts of fraudulent law" have denied Plaintiff the **right to contract**, and receive payment for a contract that Plaintiff paid on for seven years, with Plaintiff not receiving one penny!

Defendant "21st CCIC" (agents, servants, co-conspirators, and employees) refused and continued to refuse to comply with, and satisfy the terms and conditions of the said contract, with the overlay that Plaintiff's vehicle was repossessed, and Plaintiff's credit was DESTROYED. The aforesaid breach of contract resulted in a loss of time and money to Plaintiff, as well as money and time lost to "baby-sit" Defendant "21ST CCIC" FOR SEVEN YEARS pertaining to the "cunning, misleading, and deceptive procedures" in reference to Claim Number 1021655428-1, including but not limited to, the denial and use of Plaintiff's vehicle, and the ability to receive medical care, in the sum of Five Million Dollars ($5,000,000.00).

As a further proximate result of Defendant "21st CCIC's" breach of contract conduct throughout the occurrences described above in paragraph "83," and as a direct and proximate result of Defendant "21st CCIC's" willful, intentional, wanton, reckless and malicious actions, Plaintiff has suffered great mental pain and suffering with fright, chagrin, embarrassment, anger, nausea, nightmares, difficulty sleeping and his social life destroyed in the SUM of Nine Hundred Thousand Dollars ($900,000.00), and will continue to suffer.

That said gross breach of conduct was done to conceal and cover-up Defendant "21st CCIC's" course of illegal conduct against Plaintiff. The wrong done by Defendant "21st CCIC" was aggravated by that kind of willfulness, wantonness and malice for which the law allows the imposition of exemplary damages. Plaintiff shows that an award of substantial exemplary damages would serve not only to deter Defendant "21st CCIC" from engaging in the aforesaid course of illegal conduct, but it would also serve as a warning or deterrent to others similarly situated. Accordingly, Plaintiff sues for exemplary damages in the SUM of 50 Billion Dollars

**Mr. William P. Barr**
**July 21, 2020**
**Page 25 of 26**

($50,000,000,000.00) (Plaintiff seeks to place the corrupt, and corrupt, corporation out-of-business). TO THE LADIES AND GENTLEMEN OF THE JURY: YOU NEED TO PLACE THIS CORPORATION OUT-OF-BUSINESS – THEY ARE SCUMBAGS!

**END COUNT TEN – REPRISE**.

President Trump, based on the two-tier system of justice, you need to intercede!

------------------------------------------------------------------------------------

Thank you for your cooperation and assistance on this matter.

Very truly yours,

/s/ Roy A. Day

Roy A. Day

RAD/rr

NOTE: See PACER for "best evidence rule" ("quasi" attachments).

Mr. William P. Barr
July 21, 2020
Page 26 of 26

**CONTACT INFORMATION**:

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA              34688-0033
-------------------------------------------------------------------------------
VOICE: (PRIMARY: 727-6428636) (SECONDARY: Private number – upon request only)

-------------------------------------------------------------------------------
FAX, and VOICE: 206-4951708
-------------------------------------------------------------------------------
MMS (MULTIMEDIA MESSAGE SERVICE)
   MOBILE - MMS – MULTIMEDIA MESSAGE – SEND TO:   727-6428636
-------------------------------------------------------------------------------
SMS (SHORT MESSAGE SERVICE)
   MOBILE - SMS - TEXT MESSAGE  –  SEND TO:   727-6428636
-------------------------------------------------------------------------------
EMAIL ADDRESS and MOBILE Pocket PC address:  royaday@hotmail.com
-------------------------------------------------------------------------------
EMAIL ADDRESS  and MOBILE Pocket PC address:

        royaday@alumni.lsu.edu

    **** (LSU TIGERS: 2007 FOOTBALL NATIONAL CHAMPIONS) ****

    **** (LSU TIGERS: 2019 FOOTBALL NATIONAL CHAMPIONS) ****
        (Joe Burrow: Heisman trophy-winning quarterback)

-------------------------------------------------------------------------------
EMAIL ADDRESS and MOBILE Pocket PC address: royaday@gmail.com
-------------------------------------------------------------------------------
EMAIL ADDRESS and MOBILE POCKET PC address: royaday@yahoo.com
-------------------------------------------------------------------------------
EMAIL ADDRESS – RUSSIA – and MOBILE Pocket PC address: royaday@mail.ru
-------------------------------------------------------------------------------
WEB SITE:  http://www.royaday.com

  (EMAIL ADDRESS:  rad@royaday.com)
-------------------------------------------------------------------------------

ROY A. DAY'S "DRONE-TARGET-PACKAGE-DELIVERY-ADDRESS-LOCATION" ("DTPDAL"):

(C)(DECIMAL DEGREES: LATITUDE: 28.143° NORTH; LONGITUDE: -82.7425° WEST);

(D)(MINUTES AND SECONDS DEGREES: LATITUDE: 28-08"35' NORTH; LONGITUDE: 082-44"33' WEST).
-------------------------------------------------------------------------------

DocuSign Envelope ID: 539CBD61-0489-4010-8CAB-B9BD2C885C1A
Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

## FORM 1.997          CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replaces nor supplement the filing and service of
pleadings or other documents as required by law. This form shall be filed by the plaintiff or petitioner with the Clerk of
Court for purpose of reporting uniform data pursuant to section 25.075, Florida Statute. (See instructions for completion.)

### 1. CASE STYLE

In the Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County, Florida

ROY A. DAY

_____                    Case Number: _____
Plaintiff(s)

                                                     Division:     _____
vs

GEICO GENERAL INUSRANCE COMPA et al.

_____
Defendant(s)

### 2. AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar $ 60 ,000.00 .

### 3. TYPE OF CASE (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an X in both the main category and subcategory boxes.

## CIRCUIT CIVIL

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence

- ☐ Negligence – other

  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☑ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial

  - ☐ Premises liability – residential
  - ☐ Products liability
- ☐ Real property / Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 - $50,000

- ☐ Homestead residential foreclosure$50,001 - $249,999
- ☐ Homestead residential foreclosure $250,000 or more
- ☐ Nonhomestead residential Foreclosure$0 - $50,000
- ☐ Nonhomestead residential Foreclosure$50,001-$249,999
- ☐ Nonhomestead residential Foreclosure $250,000 or more
- ☐ Other
  - ☐ Antitrust / trade regulation
  - ☐ Business transactions
  - ☐ Constitutional challenge – statute or ordinance
  - ☐ Constitutional challenge – proposed amendment
  - ☐ Corporate trusts
  - ☐ Discrimination – employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property

  - ☐ Libel / Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

☐ PLEASE CHECK THIS BOX IF THIS CASE IS APPROPRIATE FOR ASSIGNMENT TO THE COMPLEX
BUSINESS LITIGATION DIVISION. PLEASE SEE ATTACHED COMPLEX BUSINESS LITIGATION
DIVISION ADDENDUM FORM.

## COUNTY CIVIL

☐ Small Claims
Civil
☐ Replevin
☐ Eviction
☐ Other civil (non-monetary)

**4. REMEDIES SOUGHT** (Check all that apply):
☑ Monetary;
☐ Non-monetary declaratory or injunctive relief;
☑ Punitive

**5. NUMBER OF CAUSES OF ACTION:** 2 _____

(Specify) Fraud - two-tier system of justice - vehicle insurance accidents;

Declaratory - testify and evidence for jury

**6. IS THIS CASE A CLASS ACTION LAWSUIT?**

☑ Yes

☐ No

**7. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☑ No

☐ Yes. If "Yes", list all related cases by name, case number and court.

_____

_____

_____

**8. IS JURY TRIAL DEMANDED IN COMPLAINT?**

☑ Yes

☐ No

**9. IS TRIAL EXPECTED TO LAST MORE THAN THEN (10) DAYS (2 WEEKS)?**

☑ Yes

☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature  *ROY DAY*
 DocuSigned by:
 A182EC1402E5419

FL Bar Number _____

Attorney or Party

ROY A. DAY

Type or Print Name

(Bar Number if attorney)

03/11/2022

Date

## COMPLEX BUSINESS LITIGATION DIVISION ADDENDUM

### Party or Attorney Filing Action Must Place an "X" in One of the Boxes Below

The categories of cases set out below shall guide the parties and the Court in the designation of cases for the Complex Business Litigation Division ("CBLD").

### AMOUNT IN CONTROVERSY GREATER THAN $150,000.00

☐ Non-consumer UCC-related transactions;

☐ Purchases and sales of businesses or the assets of a business, including contract disputes, commercial landlord-tenant claims, and business torts;

☐ Non-consumer sale of goods or services by or to business enterprises;

☐ Non-consumer bank or brokerage accounts, including loan, deposit, cash management, and investment accounts;

☐ Purchase, sale, lease of commercial (real or personal) property or security interests therein;

☐ Commercial surety bonds;

☐ Franchisee / franchisor relationships and liabilities;

☐ Malpractice against professionals, except health care providers, in connection with rendering services relating to a business enterprise;

☐ Business torts, including unfair competition, breach of fiduciary duty, and tortious interference with contracts;

☐ Complex construction litigation, other than consumer home construction disputes, unless a court determines that the home construction dispute is business-related and complex; or

☐ Insurance coverage, bad faith litigation, and third party indemnity actions against insurers arising under policies issued to businesses, such as claims arising under a commercial general liability policy, commercial property policy, or title insurance policy, not including claims where the underlying dispute is a personal injury claim, unless a court determines that the personal injury insurance claim is business-related and complex.

### ANY AMOUNT IN CONTROVERSY

☐ Internal affairs or governance, dissolution or liquidation rights, obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of corporations, partnerships, limited partnerships, limited liability companies or partnerships;

☐ Trade secrets and non-compete agreements;

☐ Intellectual property;

☐ Securities or state securities laws;

☐ Antitrust statutes;

☐ Shareholder derivative actions and related class actions; and

☐ Corporate trust affairs or director and officer liability.

*NOTE:* **A copy of the Civil Cover Sheet and this Addendum must be served with the Complaint for all Complex Business Litigation Division cases. See Administrative Order S-2013-021 for further Complex Business Litigation Division requirements.**

DocuSign Envelope ID: 7565F2BB-2B34-4154-BF13-4CE27FF22248

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

IN THE CIRCUIT/COUNTY COURT OF THE ——13th—— JUDICIAL CIRCUIT
IN AND FOR HILLSBG COUNTY, FLORIDA

ROY A. DAY

**Plaintiff/Petitioner or In the Interest Of**

CASE NO._____

vs.

GEICO GENERAL INSURANCE COM

**Defendant/Respondent**

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence you must enroll in the clerk's office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. **I have __0__ dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married? Yes ✓ No  Does your Spouse Work?...Yes  No  Annual Spouse Income? $_____

2. **I have a net income of $ 8760.00** _____ paid  weekly  every two weeks  semi-monthly  monthly ✓ yearly  other _____

*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income paid**  weekly  every two weeks  semi-monthly  monthly ✓ yearly  other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Second Job .............................................Yes $ 0.00  No | Veterans' benefits.....................................................Yes $ 0.00  No |
| Social Security benefits | Workers compensation..............................................Yes $ 0.00  No |
|     For you...........................Yes $ 742.00  No | Income from absent family members ......................Yes $ 0.00  No |
|     For child(ren) ...........................Yes $ 0.00  No | Stocks/bonds............................................................Yes $ 0.00  No |
| Unemployment compensation ...............Yes $ 0.00  No | Rental income...........................................................Yes $ 0.00  No |
| Union payments ...................................Yes $ 0.00  No | Dividends or interest................................................Yes $ 0.00  No |
| Retirement/pensions .............................Yes $ 0.00  No | Other kinds of income not on the list......................Yes $ 0.00  No |
| Trusts ...................................................Yes $ 0.00  No | Gifts .........................................................................Yes $ 0.00  No |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | |
|---|---|
| Cash.......................................................Yes $ 10.00  No | Savings account.......................................................Yes $ 0.00  No |
| Bank account(s) .....................................Yes $ 10.00  No | Stocks/bonds............................................................Yes $ 0.00  No |
| Certificates of deposit or | Homestead Real Property*.......................................Yes $ 0.00  No |
| money market accounts..........................Yes $ 0.00  No | Motor Vehicle*..........................................................Yes $ 0.00  No |
| Boats* ...................................................Yes $ 0.00  No | Non-homestead real property/real estate* .............Yes $ 0.00  No |

*show loans on these assets in paragraph 5

Check one: I  DO ✓ DO NOT expect to receive more assets in the near future. The asset is_____.

5. **I have total liabilities and debts of $ 300,000** as follows: Motor Vehicle $ 18,000.00 , Home $ 0.00 , Other Real Property $ 0.00 , Child Support paid direct $ 0.00 , Credit Cards $ 300,000.00, Medical Bills $ 0.00 , Cost of medicines (monthly) $ 0.00 .
Other $ 0.00 .

6. **I have a private lawyer in this case............ Yes No NO**

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

DocuSigned by:

*ROY DAY*

Signed this 41TH day of MARCH , 2022
SEPT. 13, 1946   D000-721-46-333-0

A182FC142E5919...

Signature of Applicant for Indigent Status Print

Date of Birth   Driver's License or ID Number

Full Legal Name ROY A.

DAY_____727-6428636_____  Phone Number:

P.O. BOX 33, TARPON SPRINGS, FL. 34688-0033

Address, P O Address, Street, City, State, Zip Code

DocuSign Envelope ID: 7565F2BB-2B34-4154-BF13-4CE27FF22248

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated this _____ day of _____, 20 ____.

Clerk of the Circuit Court by _____

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**

Sign here if you want the judge to review the clerk's decision_____

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

## IN THE THIRTEENTH JUDICIAL CIRCUIT OF THE
## STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY

ROY A. DAY

CASE NO.: _____

DIVISION: _____

_____
Plaintiff/Petitioner(s)

VS.

GEICO GENERAL INSURANCE COMPANY, et al.
_____

_____
Defendant/Respondent(s)

## REQUEST FOR DIVISION ASSIGNMENT

This is a request based on local Administrative Order(s) for the Clerk of the Court to assign the above styled case in the:

[✓] **Tampa Division**

[ ] **East Division**

[ ] **Prior Division** (Please indicate Case Number and Division of previously filed action: _____ )

I understand that the actual division assignment will be in accordance with the **Hillsborough County Administrative Orders**. If there is no supported request for specific division assignment, this action will be assigned a division based on a random and equitable distribution system.

Name of Attorney: ROY A. DAY

Address: P.O. BOX 33

_____

Phone Number: 727-6428636

Email Address(es): royaday@hotmail.com

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

Roy A. Day
P.O. Box 33
Tarpon Springs, Florida
USA        34688-0033

March 11, 2022

Ms. Pat Frank, Young, Clerk
Edgecomb Courthouse
800 East Twiggs Street
Tampa, Florida 33602

RE: Case No. 20-CA-005982;  Roy A. Day vs. GEICO General Insurance Company, et al.

**RE: <u>NOTE</u> -  THIS DOCUMENT IS PRINTED ON THE FRONT AND BACK OF THE PAPER[1]**

Dear Ms. Frank:

Enclosed please find Plaintiff's Complaint  (Exhibit "1" through Exhibit "14" , and Plaintiff's Application to Proceed Without Prepaying Fees and Cost, and the Civil Cover Sheet, Request Assignment Form, in the above-entitled case.  Kindly upon your filing of these pleadings, affix your file stamp to the letter indicating date and time of filing and return to the undersigned in the self-addressed and stamped envelope, with a "civil action number" assigned to the said case (**NOTE**: Since I am listed with the Florida Courts E-Filing Portal network,  please send the civil action number via email: royaday@hotmail.com) (in the alternative:  send the civil action number via FAX: 206-4951708, or telephone the civil action number to 727-6428636). Thank you.

I am proceeding in a forma pauperis mode and cannot afford to provide additional copies. Please accept this complaint pursuant to judicial economy.

**NOTE 1**: I am listed Florida Courts E-Filing Portal network  for filing electronically.  I prefer all digital format, and NOT "snail-mail" (USPS). Accordingly, WOULD YOU PLEASE SEND THE CIVIL ACTION NUMBER VIA EMAIL (royaday@hotmail.com) SO I CAN MOVE THE CASE FORWARD  (in the alternative: please telephone the civil action number to me at 727-6428636) (in the alternative: please fax the civil action number to me at 206-4951708).

**NOTE 2**: I prefer email over snail-mail. Accordingly, please send an email indicating receipt of the enclosed pleadings (EMAIL: royaday@hotmail.com). The Florida Courts E-Filing Portal network should accomplish this task.   YOU CAN SEND ALL CORRESPONDENCE VIA EMAIL WITH ATTACHMENTS.

---

[1] PLEASE NOTE: Pursuant to the Federal Paper Reduction Act, and the Federal, and the various States, Environmental Protection Acts, this document is printed on the front and back of the paper.

Ms. Pat Frank,  Clerk
March 11, 2022
Page **2** of **2**

Thank you for your cooperation and assistance in this matter.

Very truly yours,

/s/ Roy A. Day
Roy A. Day

RAD/rr

Enclosures: Complaint (Exhibit "1" through "14"),  Application to Proceed Without Prepayment of   Fees and Costs,  Civil Cover Sheet, Request Assignment Form

Sent via Florida Courts E-Filing Portal network.

**CONTACT INFORMATION**:

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA              34688-0033
--------------------------------------------------------------------------------
**VOICE**: (PRIMARY: 727-6428636)
--------------------------------------------------------------------------------
**FAX, and VOICE**: 206-4951708
--------------------------------------------------------------------------------
**TEXT MESSAGE : 727-6428636**
--------------------------------------------------------------------------------

**EMAIL ADDRESS and MOBILE Pocket PC address**:    royaday@hotmail.com
--------------------------------------------------------------------------------

DocuSign Envelope ID: 7565F2BB-2B34-4154-BF13-4CE27FF22248

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

IN THE CIRCUIT/COUNTY COURT OF THE _____13th_____ JUDICIAL CIRCUIT
IN AND FOR HILLSBGH COUNTY, FLORIDA

ROY A. DAY
_____
Plaintiff/Petitioner or In the Interest Of

CASE NO._____

vs.
GEICO GENERAL INSURANCE COM
_____
Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence you must enroll in the clerk's office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. **I have __0__ dependents.** *(Include only those persons you list on your U.S. income tax return.)*
   Are you Married? Yes ✓ No  Does your Spouse Work?...Yes  No  Annual Spouse Income? $_____

2. **I have a net income of $ 8760.00** ____ paid  weekly  every two weeks  semi-monthly  monthly ✓ yearly  other ____

*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. **I have other income** paid  weekly  every two weeks  semi-monthly  monthly ✓ yearly  other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Second Job ...........................Yes $ 0.00 | No | Veterans' benefits...............................Yes $ 0.00 | No |
| Social Security benefits | | Workers compensation.........................Yes $ 0.00 | No |
|    For you.................Yes $ 742.00 | No | Income from absent family members ......Yes $ 0.00 | No |
|    For child(ren) ..........Yes $ 0.00 | No | Stocks/bonds.....................................Yes $ 0.00 | No |
| Unemployment compensation ...........Yes $ 0.00 | No | Rental income.....................................Yes $ 0.00 | No |
| Union payments............................Yes $ 0.00 | No | Dividends or interest...........................Yes $ 0.00 | No |
| Retirement/pensions......................Yes $ 0.00 | No | Other kinds of income not on the list......Yes $ 0.00 | No |
| Trusts......................................Yes $ 0.00 | No | Gifts................................................Yes $ 0.00 | No |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Cash...........................................Yes $ 10.00 | No | Savings account.................................Yes $ 0.00 | No |
| Bank account(s).............................Yes $ 10.00 | No | Stocks/bonds.....................................Yes $ 0.00 | No |
| Certificates of deposit or | | Homestead Real Property*....................Yes $ 0.00 | No |
| money market accounts.....................Yes $ 0.00 | No | Motor Vehicle*....................................Yes $ 0.00 | No |
| Boats*........................................Yes $ 0.00 | No | Non-homestead real property/real estate* .....Yes $ 0.00 | No |

*show loans on these assets in paragraph 5

Check one: I  DO ✓ DO NOT expect to receive more assets in the near future. The asset is_____.

5. **I have total liabilities and debts of $ 300,000.00** as follows: Motor Vehicle $ 18,000.00 , Home $ 0.00 , Other Real Property $ 0.00 , Child Support paid direct $ 0.00 , Credit Cards $ 300,000.00, Medical Bills $ 0.00 , Cost of medicines (monthly) $ 0.00 , Other $ 0.00 .

6. **I have a private lawyer in this case............ Yes No  NO**

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

_ROY DAY_
DocuSigned by:

Signed this _11TH_ day of _MARCH_ , 20_22_ .
SEPT. 13, 1946                    D000-721-46-333-0
_____   _____
Date of Birth                     Driver's License or ID Number

A182PC1902E9419
Signature of Applicant for Indigent Status Print
Full Legal Name _ROY A.
DAY_____ 727-6428636 Phone Number:

P.O. BOX 33, TARPON SPRINGS, FL. 34688-0033
_____
Address, P O Address, Street, City, State, Zip Code

DocuSign Envelope ID: 7565F2BB-2B34-4154-BF13-4CE27FF22248

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be (X) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated this ___14___ day of ___3___, 20__22__.

Clerk of the Circuit Court by _____ _basals_

This form was completed with the assistance of: _____

Clerk/Deputy Clerk/Other authorized person.

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.**
THERE IS NO FEE FOR THIS REVIEW.

Sign here if you want the judge to review the clerk's decision _____

DocuSign Envelope ID: 7565F2BB-2B34-4154-BF13-4CE27FF22248

Filing # 145524763 E-Filed 03/11/2022 10:12:30 AM

IN THE CIRCUIT/COUNTY COURT OF THE _____13th_____ JUDICIAL CIRCUIT
IN AND FOR HILLSBG COUNTY, FLORIDA

ROY A. DAY

CASE NO._____

Plaintiff/Petitioner or In the Interest Of

vs.

GEICO GENERAL INSURANCE COM

Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence you must enroll in the clerk's office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

**1. I have** ___0___ **dependents.** *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married? Yes✓ No   Does your Spouse Work?...Yes   No   Annual Spouse Income? $_____

**2. I have a net income of $** 8760.00 _____ paid   weekly   every two weeks   semi-monthly   monthly ✓ yearly   other

_____

*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

**3. I have other income** paid   weekly   every two weeks   semi-monthly   monthly ✓ yearly   other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | | |
|---|---|---|---|---|
| Second Job .................................................Yes $ 0.00 | No | Veterans' benefits........................................Yes $ 0.00 | No |
| Social Security benefits | | Workers compensation..................................Yes $ 0.00 | No |
| For you ...........................Yes $ 742.00 | No | Income from absent family members .......................Yes $ 0.00 | No |
| For child(ren) ............................Yes $ 0.00 | No | Stocks/bonds................................................Yes $ 0.00 | No |
| Unemployment compensation .................Yes $ 0.00 | No | Rental income..............................................Yes $ 0.00 | No |
| Union payments .................................Yes $ 0.00 | No | Dividends or interest.....................................Yes $ 0.00 | No |
| Retirement/pensions ............................Yes $ 0.00 | No | Other kinds of income not on the list......................Yes $ 0.00 | No |
| Trusts .........................................Yes $ 0.00 | No | Gifts ..........................................................Yes $ 0.00 | No |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

**4. I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | | | |
|---|---|---|---|---|
| Cash..........................................Yes $ 10.00 | No | Savings account ..........................................Yes $ 0.00 | No |
| Bank account(s) ...................................Yes $ 10.00 | No | Stocks/bonds...............................................Yes $ 0.00 | No |
| Certificates of deposit or | | Homestead Real Property*................................Yes $ 0.00 | No |
| money market accounts...........................Yes $ 0.00 | No | Motor Vehicle* .............................................Yes $ 0.00 | No |
| Boats* ...........................................Yes $ 0.00 | No | Non-homestead real property/real estate* .............Yes $ 0.00 | No |

*show loans on these assets in paragraph 5

Check one: I   DO ✓ DO NOT expect to receive more assets in the near future. The asset is_____.

**5. I have total liabilities and debts of $** 300,000 **as follows:** Motor Vehicle $ 18,000.00 , Home $ 0.00 , Other Real Property $ 0.00 , Child Support paid direct $ 0.00 , Credit Cards $ 300,000.00, Medical Bills $ 0.00 , Cost of medicines (monthly) $ 0.00 ,
Other $ 0.00 .

**6. I have a private lawyer in this case............ Yes No** NO

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this 11TH day of MARCH , 2022 .

SEPT. 13, 1946 _____

Date of Birth

D000-721-46-333-0

Driver's License or ID Number

P.O. BOX 33, TARPON SPRINGS, FL. 34688-0033

Address, P O Address, Street, City, State, Zip Code

DocuSigned by:

*ROY Day*

A182FC1102E9419...

Signature of Applicant for Indigent Status Print

Full Legal Name _ROY A.

DAY_____ 727-6428636 _ Phone Number:

_____

DocuSign Envelope ID: 7565F2BB-2B34-4154-BF13-4CE27FF22248

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ⊠ Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated this ___14___ day of ___3___, 20_22_.

Clerk of the Circuit Court by _Luz Casals_

This form was completed with the assistance of: _____

Clerk/Deputy Clerk/Other authorized person.

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**

Sign here if you want the judge to review the clerk's decision _____

DETERMINATION OF CIVIL INDIGENT STATUS WORKSHEET
Pursuant to Florida Statue 57.082(2), July 2009

| Style of Suit | | | |
|---|---|---|---|
| **DAY, ROY** Plaintiff/Petitioner or in the interest Of | -vs- | **GEICO GENERAL INSURANCE** Defendant/Respondent | |

**TODAY'S DATE:** March 14, 2022

● CASE NUMBER: **22CA2047**

① **Cash**

| | | |
|---|---|---|
| Cash | $10.00 | |
| Bank Accounts | $10.00 | |
| Savings Account | $0.00 | |
| Certificates of Deposit or Money Market Accounts | $0.00 | |
| Stocks/Bonds | $0.00 | |
| Boats | $0.00 | *INDIGENT AT THIS POINT - GO TO STEP 2* |
| **TOTAL** | **$20.00** | |

⑤ **DEPENDENTS**

| | |
|---|---|
| Number of Dependents | 2 |
| Plus Party | 1 |
| **TOTAL DEPENDENTS** | 3 |

→ *GO TO NEXT STEP*

⑥ **INCOME**

| | HOW OFTEN? | | AMOUNT |
|---|---|---|---|
| Amount of Net Income | $8,760.00  Annual | 1 | $8,760.00 |

② 

| | | |
|---|---|---|
| Homestead Real Property (Value of) | $0.00 | |
| Exempt for Homestead | $0.00 | |
| **SUBTOTAL** | **$0.00** | |
| Non-Homestead Real Property/Real Estate (Value of) | $0.00 | *INDIGENT AT THIS POINT - GO TO STEP 3* |
| Other Real Property (Loan Amount Due) | $0.00 | |
| **NET EQUITY OF OTHER REAL PROPERTY** | **$0.00** | |

**OTHER INCOME**

| | | |
|---|---|---|
| Second Job | $0.00 | Veterans' benefit |
| Social Security benefits: | | Workers compensation |
| | | Income from absent |
| For You | $742.00 | family members |
| For Children | $0.00 | Stocks/bonds |
| Unemployment compensation | $0.00 | Rental income |
| Union payments | $0.00 | Dividends or interest |
| Retirement/pension | $0.00 | Other kinds of income |
| Trusts | $0.00 | Gifts |

③ 

| | | |
|---|---|---|
| Motor Vehicle (Value) | $0.00 | |
| Motor Vehicle (Loan Amount Due) | $0.00 | *INDIGENT AT THIS POINT - GO TO STEP 4* |
| **NET EQUITY OF MOTOR VEHICLE** | $0.00 | |
| Exempt for Motor Vehicle | ($5,000.00) | |
| **FINAL NET EQUITY OF MOTOR VEHICLE** | **-$5,000.00** | |

| | HOW OFTEN? | | |
|---|---|---|---|
| Total of Other Income | $742.00  Annual | 1 | $742.00 |
| **TOTAL INCOME** | | | **$9,502.00** |

*FOR OFFICIAL USE ONLY:*

DETERMINATION OF INDIGENT STATUS BASED ON SECTION 4 OF THE WORKSHEET, THE PARTY IS

*INDIGENT AT THIS POINT - GO TO STEP 5*

④ 

| | | |
|---|---|---|
| SECTION 1 TOTAL | $20.00 | |
| SECTION 2 TOTAL | $0.00 | *INDIGENT AT THIS POINT - GO TO STEP 5* |
| SECTION 3 TOTAL | $0.00 | |
| **TOTAL** | **$20.00** | |

DETERMINATION OF INDIGENT STATUS BASED ON THE GRAND TOTAL OF ASSETS STATED IN SECTIONS 1, 2, AND 3 OF THE WORKSHEET, THE PARTY IS:

DETERMINATION OF INDIGENT STATUS BASED ON THE NUMBER OF DEFENDANTS (UP THROUGH 8) AND TOTAL INCOME STATED IN SECTIONS 5 AND 6 OF THE WORKSHEET, THE PARTY IS:

*INDIGENT*

THE FINAL DETERMINATION OF THE INDIGENT STATUS FOR THE PARTY IS:

**INDIGENT**

★

CIVIL INDIGENT SCREENING AND STATUS WORKSHEET (Jan-21-2022)

Effective Date: 01/21/2022

**IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

ROY ANDERSON DAY

      Plaintiffs,

v.

                                  Case Number: 22-CA-002047
                                  Division C

GEICO GENERAL INSURANCE COMPANY; DONALD J. TRUMP; WILLIAM P. BAR; ELLEN A. GORMAN

      Defendants.

_____

## DIFFERENTIATED CASE MANAGEMENT ORDER &

## NOTICE OF HEARING

### (GENERAL CIRCUIT CIVIL CASES FILED AFTER APRIL 30, 2021)

      THIS CAUSE comes before the Court on review of Amendment 12 to Florida Supreme Court Administrative Order AOSC20-23 (the "**Supreme Court Order**"). The Supreme Court Order directs the chief judge of each circuit to issue an administrative order requiring the presiding judge for each civil case to actively manage civil cases in accordance with a differentiated case management process. Consistent with this requirement, the Chief Judge of the Thirteenth Judicial Circuit issued Administrative Order S-2021-060 (the "**Case Management Plan**") on April 26, 2021.

      Accordingly, it is now

      **FOUND, ORDERED,** and **ADJUDGED** that:

1. **Designation of Case.** This case is preliminarily designated as a *General* civil case, as defined by the Supreme Court Order and the Case Management Plan.

2. **Plaintiff's Obligation to Serve DCM Order on All Defendants.** Consistent with the Case Management Plan, this Differentiated Case Management Order & Notice of Hearing (the "**DCM Order**") has been generated automatically upon the filing of the complaint and will be provided to Plaintiff along with the summons. Plaintiff is **DIRECTED** to serve the DCM Order on each and every named defendant in the same manner and at the same time as the complaint itself is served.

Filed 3/14/2022 9:44:30 AM Hillsborough County Clerk of the Circuit Court

3. **Conformity with Supreme Court Order's Directive.** The deadlines established in this DCM Order are set in conformity with the Supreme Court Order's directive that General civil cases be managed according to the time standards specified in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B).

4. **Procedure for Modification of Deadlines.** Counsel or any self-represented parties, or both, may seek to modify the deadlines set forth in this order by either:

   a.  Filing a motion and setting it for hearing; or

   b.  Stipulating to new deadlines and submitting an Amended Differentiated Case Management Order. The Amended Differentiated Case Management Order ("**Amended DCM Order**") form is available under the "Forms" tab of the undersigned's page at http://www.fljud13.org. The Amended DCM Order must include a date for a court-ordered case management conference (the "**Court-Ordered Case Management Conference**"). Hearing time for the Court-Ordered Case Management Conference should be secured on either a Uniform Motion Calendar ("**UMC**") docket or a 15-minute hearing docket.

5. **Procedure for Setting Firm Trial Date When Case is at Issue.** Consistent with the Supreme Court Order's mandate, the deadlines set forth in this DCM Order contemplate a projected trial date within the time standards specified in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B). A firm trial date will be set through entry of a Uniform Order Setting Trial & Pretrial at the Court-Ordered Case Management Conference or as otherwise provided in this order.

6. **Court-Ordered Case Management Conference.** It is appropriate to set a Court-Ordered Case Management Conference prior to the close of fact discovery to both assess the progress of the case and set a firm trial date.

   a.  **Date and Time for Court-Ordered Case Management Set Below.** A date and time for the Court-Ordered Case Management Conference is set below.

   b.  **Method of Conducting Court-Ordered Case Management Conference:** The Court-Ordered Case Management Conference will be conducted remotely through the use of the following technology and connection instructions:

       The Court's Zoom link is https://zoom.us/j/8901592416 and Zoom Meeting ID is 890-159-2416. No additional password is required for attendance.

   c.  **Attendance Mandated.** Counsel and any self-represented parties **MUST ATTEND** unless otherwise excused by the Court and must be prepared to discuss selection of a firm trial date and corresponding pretrial conference date and time.

d. **Process for Securing Excusal from Attending the Court-Ordered Case Management Conference:**

  i. **Automatic Excusal.**

    1. Unless otherwise ordered by the presiding judge, counsel or any self-represented parties, or both, are automatically excused from attending the Court-Ordered Case Management Conference if a Uniform Order Setting Trial & Pretrial (Revised April 30, 2021) has been submitted to and signed by the Court at least 30 days before the date of the Court-Ordered Case Management Conference; and

    2. Any party seeking to invoke this automatic excusal provision should notify the judicial assistant by email sent to the division email address within 3 business days of the date the Uniform Order Setting Trial & Pretrial (Revised April 30, 2021) is signed.

  ii. **Discretionary Excusal.**

    1. Counsel or self-represented parties, or both, may seek a discretionary excusal from the Court-Ordered Case Management Conference by filing a motion and submitting an agreed proposed order excusing attendance by the Court on one of the following grounds:

      a. The Court has signed an Amended DCM Order, either by stipulation or by filing a motion and setting a hearing. AND the Amended DCM Order sets a new Court-Ordered Case Management Conference; or

      b. Counsel has otherwise demonstrated good cause to believe that the case is otherwise in full compliance with the Supreme Court Order's mandate and the Case Management Plan.

e. **Failure to Attend Court-Ordered Case Management Conference.** The failure to attend the Court-Ordered Case Management Conference may result in the case being set for a trial date without input of the absent counsel or self-represented party, or both; dismissal of the complaint without prejudice; entry of a judicial default; monetary sanctions against counsel or any self-represented parties, or both; or any other sanctions deemed appropriate by the presiding judge.

7. **Firm Trial Date to be Set by Uniform Order Setting Trial & Pretrial (Revised April 30, 2021).** Once a firm trial date is selected, counsel will be directed to prepare and

submit through the Florida E-Portal (the "**Portal**") a Uniform Order Setting Trial & Pretrial (Revised April 30, 2021), which is available under the "Forms" tab of the undersigned's page at http://www.fljud13.org. The Uniform Order Setting Trial & Pretrial (Revised April 30, 2021) will require calculation of additional deadlines in a specified manner.

8. **Requirement to Review and Comply with Administrative Order for Circuit Civil Division.**  Counsel and any self-represented parties are **DIRECTED** to review and comply with all provisions of the Thirteenth Circuit's Administrative Order S-2021-014 (*Circuit Civil Division*), and any successive administrative order.

9. **Certificate of Conferral for Non-Dispositive Motions.**

   a. **When Required.**  Except for a motion (i) for injunctive relief; (ii) for judgment on the pleadings; (iii) for summary judgment; (iv) to dismiss or to permit maintenance of a class action; (v) to dismiss for failure to state a claim upon which relief can be granted; or (vi) to involuntarily dismiss an action, before the moving party or moving party's counsel files any other motion, the party or counsel should confer with the opposing party or opposing counsel in a good faith effort to resolve the issues raised by the motion. The moving party or moving party's counsel should include in the body of the motion a statement certifying that the moving party or moving party's counsel has conferred with the opposing party or opposing party's counsel—either in person, by telephone, or by video conferencing device—and stating whether the party or counsel agree on the resolution of the motion. A certification to the effect that opposing party or opposing party's counsel was unavailable for a conference before filing a motion should describe, with particularity, all of the efforts undertaken to accomplish dialogue with the opposing party or opposing party's counsel prior to filing the subject motion.

   b. **Cancelation of Hearing/Denial of Motion Filed Without Certificate of Conferral.**  Counsel and any self-represented parties should anticipate that a hearing set on a motion that lacks such a certification will be canceled and the motion may be denied without a hearing for failure to comply with this requirement.

   c. **Form of Certificate of Conferral.**  The certificate of conferral should be substantially in the following form:

   Certificate of Conferral Prior to Filing

   *"I certify that prior to filing this motion, I attempted to resolve the matter by discussing the relief requested in this motion by [date and method of communication (select one of the following:  in person, telephone, or video conference)] with the opposing party or counsel and [the opposing party or*

*counsel did not agree to that the motion could be resolved without the necessity of*
*a hearing] OR [the opposing party or counsel did not respond and (describe with*
*particularity all of the efforts undertaken to accomplish dialogue with the*
*opposing party or opposing party's counsel prior to filing the motion)]."*

10. **Discovery Provisions.**

    a.  **Fact Discovery.**

        i.  All discovery must be served in time for a timely response to be received prior to the deadline for completion of fact discovery.

        ii.  All non-expert witness depositions must occur prior to the deadline for completion of fact discovery.

        iii.  Failure to timely complete discovery by the deadline for completion of fact discovery may result in, among other things, exclusion of evidence or other sanctions, or both.

    b.  **Expert Discovery.**

        i.  Expert disclosure must occur by the deadline indicated below.

        ii.  Contemporaneous with disclosure of each expert, the disclosing party must provide to all other parties:

            1.  No less than five proposed deposition dates, all of which must be prior to the deadline to complete expert discovery; and

            2.  For each expert:

                a.  Identify the expert's area of expertise:

                b.  Identify the subject matter on which the expert is expected to testify;

                c.  Summarize the substance of the facts and opinions to which the expert is expected to testify; and

                d.  Summarize the grounds for each opinion.

        iii.  The court may preclude an expert from testifying outside of the disclosed opinions.

    iv.  All expert witness depositions must be conducted prior to the deadline for completion of expert discovery.

    v.  It is the responsibility of counsel to select experts who:

        1.  Are prepared to make themselves available for deposition within the expert discovery period; and

        2.  Are prepared to respond promptly to requests for deposition dates.

    vi.  If an expert cannot be deposed prior to the deadline for completion of expert discovery despite timely and reasonable efforts of opposing counsel to secure deposition dates, that expert's testimony may be excluded at trial.

11. **Deadlines.** The deadlines set forth below are **ESTABLISHED** and will **GOVERN** this case and will be strictly enforced by the Court. Counsel and any self-represented parties are **DIRECTED** to review, calendar, and abide by them:

| Action or Event | Date |
|---|---|
| **Complaint filing date.** | 03/11/2022 |
| **Deadline for service of complaint.**<br>[120 days after filing of complaint; *see* Rule 1.070(j), Fla. R. Civ. P.] | 7/11/2022 |
| **Deadline for adding parties.**<br>[150 days after filing of complaint; subject to Rule 1.210, Fla. R. Civ. P.] | 8/8/2022 |
| **Deadline for service under extensions.**<br>[180 days after filing of complaint; *see* Rule 1.070(j), Fla. R. Civ. P.] | 9/7/2022 |
| **Court-Ordered Case Management Conference.**<br>NOTE:  This hearing will be conducted remotely.  Please see paragraph 6(b) for connection instructions.<br>[210 days after filing of complaint.] | 11/02/2022<br>At<br>3:30 PM |
| **Deadline for completion of fact discovery.** | 12/6/2022 |

Filed 3/14/2022 9:44:30 AM Hillsborough County Clerk of the Circuit Court

| | |
|---|---|
| [270 days after filing of complaint.] | |
| **Deadline for filing motion to compel   discovery.**<br><br>[284 days after filing of complaint.] | 12/20/2022 |
| **Plaintiff's expert disclosure deadline.**<br><br>[300 days after filing of complaint.] | 1/5/2023 |
| **Defendant's expert disclosure deadline.**<br><br>[330 days after filing of complaint.] | 2/6/2023 |
| **Rebuttal expert disclosure deadline.**<br><br>[344 days after filing of complaint.] | 2/20/2023 |
| **Deadline for completion of compulsory medical exam, if applicable and requested ("CME").**<br><br>[390 days after filing of complaint; subject to Rule 1.360(1)(A), Fla. R. Civ. P.] | 4/5/2023 |
| **Deadline for completion of mediation or non-binding arbitration.**<br><br>[420 days after filing of complaint.] | 5/5/2023 |
| **Deadline for completion of expert discovery.**<br><br>[420 days after filing of complaint.] | 5/5/2023 |
| **Month and year of the projected trial term.**<br><br>[540 days after filing of complaint; *see* Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B); firm trial date will be set by entry of a Uniform Order Setting Trial & Pretrial (Revised April 30, 2021).] | September, 2023 |

ENTERED by the undersigned judge on the date imprinted below.

22-CA-002047 3/14/2022 9:44 AM

Circuit Judge

Filed 3/14/2022 9:44:30 AM Hillsborough County Clerk of the Circuit Court

Page 7 of 7

Filing # 146349541 E-Filed 03/24/2022 12:34:05 PM

## IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

ROY A. DAY
_____

Case Number: 22-CA-002047
_____

Division: C
_____

Plaintiff(s)

vs

GEICO General Insurance Company, et al.
_____

_____

Defendant(s)

### SUMMONS

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

     **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s) GEICO GENERAL INSURANCE COMPANY

(REGISTERED AGENT: FINANCIAL OFFICER, 200 EAST GAINES STREET, TALLAHASSEE, FL, 32399)
    Each defendant is required to serve written defenses to the complaint or petition on ROY A. DAY
plaintiff's attorney, whose address is P.O. BOX 33, TARPON SPRINGS, FLORIDA 34688-0033 ,
within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the
original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately
thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded
in the complaint or petition.

**DATED on** MARCH 24, 2022
_____

Attorney:    ROY A. DAY
Attorney For:   PLAINTIFF

Address:    P.O. BOX 33
     TARPON SPRINGS, FLORIDA

     USA  34688-0033

Florida Bar Number: _____

**CINDY STUART**
As Clerk of the Court

By: _____

As Deputy Clerk    800 E. Twiggs St.
P.O. Box 3360      Room 101
Tampa, FL 33601    Tampa, FL 33602

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its
agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be
inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be
inserted is 30 days.

Florida Rules of Civil Procedure Form 1.902(a) (Revised 02/18/2021)       Page 1 of 3

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040 au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

### Enpòtan

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

Florida Rules of Civil Procedure Form 1.902(a) (Revised 02/18/2021)          Page 3 of 3

Filing # 146349541 E-Filed 03/24/2022 12:34:05 PM

Roy A. Day
P.O. Box 33
Tarpon Springs, Florida
USA        34688-0033

March 24, 2022


Ms. Cindy Stuart, Clerk
Edgecomb Courthouse
800 East Twiggs Street
Tampa, Florida 33602


RE: Case No. 22-CA-002047; Roy A. Day vs. GEICO General Insurance Company, et al.


RE: <u>NOTE</u> - **THIS DOCUMENT IS PRINTED ON THE FRONT AND BACK OF THE PAPER**[1]


Dear Ms. Stuart:

Enclosed please find Plaintiff's Summons for signature for the above-entitled and numbered action. Would you please sign the Summons and file in the above-entitled an numbered case so I can obtain service using the Registered Agent FOR Defendant GEICO. I am proceeding in a forma pauperis and indigency mode, so would you waive any fees associated with the summons.


**NOTE 2**: I prefer email over snail-mail. Accordingly, please send an email indicating receipt of the enclosed pleadings (EMAIL: royaday@hotmail.com). The Florida Courts E-Filing Portal network should accomplish this task.   YOU CAN SEND ALL CORRESPONDENCE VIA EMAIL WITH ATTACHMENTS.


Thank you for your cooperation and assistance in this matter.


Very truly yours,

/s/ Roy A. Day
Roy A. Day

RAD/rr

Enclosures: Summons


Sent via Florida Courts E-Filing Portal network.


[1] PLEASE NOTE: Pursuant to the Federal Paper Reduction Act, and the Federal, and the various States, Environmental Protection Acts, this document is printed on the front and back of the paper.

Ms. Cindy Stuart, Clerk
March 24, 2022
Page 2 of 2

**CONTACT INFORMATION:**

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA                34688-0033
------------------------------------------------------------------------
**VOICE:** (PRIMARY: 727-6428636)
------------------------------------------------------------------------
**FAX, and VOICE:** 206-4951708
------------------------------------------------------------------------
**TEXT MESSAGE : 727-6428636**
------------------------------------------------------------------------

**EMAIL ADDRESS and MOBILE Pocket PC address:**   royaday@hotmail.com
------------------------------------------------------------------------

Filing # 146349541 E-Filed 03/24/2022 12:34:05 PM

## IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

ROY A. DAY

Case Number: 22-CA-002047

Division: C

Plaintiff(s)

vs

GEICO General Insurance Company, et al.

Defendant(s)

### SUMMONS

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s) GEICO GENERAL INSURANCE COMPANY

(REGISTERED AGENT: FINANCIAL OFFICER, 200 EAST GAINES STREET, TALLAHASSEE, FL, 32399)
    Each defendant is required to serve written defenses to the complaint or petition on ROY A. DAY
plaintiff's attorney, whose address is P.O. BOX 33, TARPON SPRINGS, FLORIDA 34688-0033 ,
within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED** on ____MARCH 24, 2022____

Attorney: ____ROY A. DAY____
Attorney For: ____PLAINTIFF____

Address: ____P.O. BOX 33____
    TARPON SPRINGS, FLORIDA

    USA  34688-0033

Florida Bar Number: _____

**CINDY STUART**
As Clerk of the Court

By: _V Phillips_      03/28/2022

As Deputy Clerk      800 E. Twiggs St.
P.O. Box 3360      Room 101
Tampa, FL 33601      Tampa, FL 33602

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

Florida Rules of Civil Procedure Form 1.902(a) (Revised 02/18/2021)      Page 1 of 3

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

Florida Rules of Civil Procedure Form 1.902(a) (Revised 02/18/2021)                    Page 2 of 3

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040 au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

### Enpòtan

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

# IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## FOR HILLSBOROUGH COUNTY, FLORIDA
## CIRCUIT CIVIL DIVISION

ROY ANDERSON DAY
**Plaintiff**

**Case No:** 22-CA-002047

**vs**

**Division:** C

GEICO GENERAL INSURANCE COMPANY ; DONALD J.
TRUMP
**Defendant**

## ORDER RESCHEDULING DIFFERENTIATED CASE MANAGEMENT CONFERENCE

YOU ARE HEREBY NOTIFIED that the Differentiated Case Management Conference scheduled on November 2, 2022 in the above-styled cause has been **RESCHEDULED** before the Honorable Melissa M. Polo via Zoom to **October 4, 2022 at 11:00 a.m.**  The Zoom ID number is 890 159 2416 and the call in number is 1-786-635-1003.

All other requirements stated on the initial differentiated case management order shall remain in effect.

Done and Ordered in Hillsborough County, Florida this 20th day of April, 2022.

22-CA-002047 4/20/2022 4:23:05 PM

22-CA-002047 4/20/2022 4:23:05 PM

Melissa Polo, Judge

Copies Furnished To:

**Plaintiff**
ROY ANDERSON DAY
P.O. BOX 33
TARPON SPRINGS, FL 34688

**Defendant**
GEICO GENERAL INSURANCE COMPANY
130 CRIMINAL DRIVE
WASHINGTON, DC 33444

DONALD J. TRUMP
144 KING DRIVE
MAR-A-LAGO, FL 33456

WILLIAM P. BAR
600 LAW DRIVE
WASHINGTON, DC 22334

ELLEN A. GORMAN
44 CRIMINAL DRIVE
PORTLAND, ME 77897

Filing # 150920417 E-Filed 06/06/2022 01:55:34 PM

STATE OF FLORIDA
IN THE CIRCUIT COURT FOR THIRTEENTH JUDICIAL CIRCUIT
HILLSBOROUGH COUNTY, FLORIDA
CIVIL LAW DIVISION

ROY A. DAY,
ON BEHALF OF HIMSELF AND
AS CLASS ACTION ON BEHALF
OF OTHERS SIMILARLY SITUATED,
      Plaintiffs

VS.

GEICO GENERAL INSURANCE COMPANY,
DONALD J. TRUMP,
WILLIAM P. BARR,
ELLEN A. GORMAN,
21st CENTURY CENTENNIAL INSURANCE  COMPANY,
KATHRYN K. MIZELLE
JAMES M. SHAW, JR.,
      Defendants

C.A. 22-CA-002047

### PLAINTIFF'S EIGHTH AMENDED COMPLAINT – 8TH

**CAVEAT 1**: Based on Defendant "Trump-Judge-Mizelle" (Defendant "XXX-2"), this court will be a "quasi-appellate-court" since Plaintiff was denied access to the Federal Appellate Court based on a filing fee as a pauper with no money  (See Exhibit "15" attached hereto, and facts, infra, on no res judicata). Defendant "XXX-2" refused to grant or deny Plaintiff's Motion to Proceed on Appeal in Forma Pauperis to prevent Plaintiff from exposing the **obstruction of justice and the tampering with evidence**, including, VENUE was improper. All orders by Defendant "XXX-2" in the specific FEDERAL case are **VOID, NULL, AND ILLEGAL** based on improper **VENUE**. Defendant "Trump-Judge-Mizelle" refused to timely entertain pleadings to prevent Plaintiff from gaining meaningful access to the Federal Courts, including Plaintiff's Motion to Remand (proper VENUE is the Florida Courts).**NOTE**: The "filing date" of the instant Amended Complaint is "controlling" for any  "Release" filed by Plaintiff to compromise and settle.

    **CAVEAT 1**:  WE HAVE TO NOW STATE THAT NOTHING IN THE INSTANT PLEADING IS TO BE INTERPRETED AS A THREAT, SINCE WE ARE NOW DEALING WITH PARANOID GOVERNMENT EMPLOYEES. The licensed attorney courts do NOT provide a PEACEFUL RESOLUTION to the citizens of this Nation, and the various States. The instant Complaint is **denouement for a PEACEFUL RESOLUTION** to obtain Plaintiff's collateral damages that are due and payable in vehicle "**accident one**" (GEICO), and the right to obtain the damages for Plaintiff's vehicle "**accident two**" in which the vehicle was totaled, and subsequently repossessed because the insurance carrier (21st CCIC) would NOT pay Plaintiff one penny ($.01) (settled in a companion case), and would not converse with Plaintiff since Plaintiff would not hire a licensed attorney at $300.00/hour.

( PAGE 1 OF 42 )   (JUNE 6, 2022)   ( CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH )

**N.B. 1 – Nota Bene:**    This instant pleading was filed during the COVID-19 epoch (SARS-COV-2) with an overlay of Social Distancing, Millennial's "Boomer Remover," Shelter-in-Place, Curve Flattening. In addition, the instant Complaint was filed during the George Floyd epoch, and the associated riots.

**N.B. 2 – Nota Bene:**    Since Plaintiff was denied "collateral damages" in a vehicle insurance case (VEHICLE **ACCIDENT ONE - GEICO**) in which the opposing party was 100% liable by driving through a parking lot crashing vehicles, with the licensed attorney courts denying the law, facts, and evidence existed pertaining to Plaintiff, after the opposing party elected to admit each and all law, facts, and evidence in Plaintiff's favor by not filing a Reply Brief in a Maine State Appellate Court, is an **INSULT** for any citizen of this Nation, and the various States, to be forced and coerced to file the instant Class Action lawsuit to expose the illegal and anti-competitive conduct of Defendant GEICO General Insurance Complaint (Warren Buffett ...). In addition, pursuant to vehicle **accident "two**," since Plaintiff was denied the right to contract and to obtain monies for a vehicle crash in which a drug addict with no driver's license, and no insurance, rear-ended Plaintiff's vehicle at 55 mph while Plaintiff's vehicle "two" was stopped at a red light, with the overlay Plaintiff's vehicle was totaled by 21st Century Centennial Insurance Company, and subsequently, 21st Century Insurance refused to pick-up the vehicle, and refused to converse with Plaintiff on the vehicle crash "two" (the vehicle was repossessed by the Financial Institution, and Plaintiff's credit rating destroyed),  is an **INSULT** for any citizen of this Nation, and the various States, to be forced and coerced to file the instant Class Action lawsuit to expose the illegal and anti-competitive conduct of 21st Century Centennial Insurance Company.  Accordingly, the instant pleading is filed for the following "Main Stream Media" (MSM) individuals:

The Washington Post - Martin Baron (Executive Editor)

The Boston Globe - Brian McGrory - Editor

The Wall Street Journal – Matt Murray – Editor-in-Chief

The New York Times – Dean Baquet - Executive Editor

Mr. Norman Pearlstine - Los Angeles Times

**NOTE 1**: The aforesaid five individuals are hereafter designated as "MSM."

Appellant anticipates the aforesaid individuals to expose the two-tier system of justice that is rampant in the licensed attorney courts in this Nation, and the various States. If a citizen does not hire a licensed attorney at $300.00/hour in direct violation of the various States' Anti-Trust Act, then a citizen is "marginalized" with the law, facts, and evidence being non-existent. In the instant case, the "licensed attorney" courts would not permit Plaintiff to have meaningful access to the courts pertaining to the vehicle accidents because Plaintiff was not represented by a licensed attorney at $300.00/hour. **THE LICENSED ATTORNEY COURTS ARE SICK, SICK, AND SICK!** If "MSM" conceal and cover-up the corrupt conduct being orchestrated in the licensed attorney courts against the citizens, "MSM's" silence speaks for itself as a "thinly disguised "fourth branch of government" to protect the licensed attorneys to "marginalize" to citizens to a "nonentity" and rob and rape the citizens at $300.00/hour in artificial-monopolistic legal fees (NOTE: Every consumer product bought has a "built-in" "marked-up" price to pay licensed attorney $300.00/hour (by way of example but not in limitation to: the vehicle insurance statutes are a fraud of the first order to pay licensed attorney artificial-monopolistic legal fees of $300.00/hour – seventy percent of vehicle accident are staged, premeditated, and a fraud, etc.).

( PAGE 2 OF 42 )    (JUNE 6, 2022)    ( CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH )

**CAVEAT 2**: PLAINTIFF HAS FILED FEDERAL CRIMINAL COMPLAINTS (see Exhibit "14"" attached hereto and by reference incorporated herein) WITH ATTORNEY GENERAL WILLIAM P. BARR, AND THE DEPARTMENT OF JUSTICE ON THE TWO-TIER SYSTEM OF JUSTICE WITH THE **LAW NOT ACTING ON ALIKE**! **FEDERAL CRIMINAL COMPLAINTS: (1) DATED FEBRUARY 25, 2020; (2) DATED JULY 21, 2020; (3) INTER ALIA.** (*For the purpose of the instant Complaint, when Plaintiff references the Federal Criminal Complaints, Plaintiff is referring, relating, mentioning and relating to the aforesaid Federal Criminal Complaints.*) There is no Res Judicata as reflected on the evidence documented by the "Department of Justice," and witnesses William P. Barr, and Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice (SEE "TRUMP AND BARR PARAGRAPH, INFRA, ON WITNESS BARR, AND WITNESS TRUMP, AND THE ASSOCIATED EVIDENCE AND TESTIMONY. **UNLESS A CITIZEN HIRES A LICENSED ATTORNEY AT $300.00/HOUR PER A VEHICLE INSURANCE POLICY, THE ONLY AVENUE AVAILABLE FOR A CITIZEN-ATTORNEY TO OBTAIN DAMAGES ON A VEHICLE INSURANCE POLICY IS TO FILE CRIMINAL CHARGES WITH DEPARTMENT OF JUSTICE AND AND ATTORNEY GENERAL WILLIAM P. BARR!!!!!!!!!!!!!!!!** WE CALL THIS JUSTICE IN THE UNITED STATES!

## COUNT ONE

NOW COMES ROY A. DAY, PLAINTIFF herein, and on behalf of others similarly situated, and for his Complaint against the above named Defendants, respectfully represents unto this Court as follows:

**1.** Plaintiff, ROY A. DAY, is a citizen of the United States of America, and a resident of the State of Florida.

**2.** Defendant is the GEICO General Insurance Company (hereafter, "GEICO"), with its "principal place of business in the State of Florida" located in a "regional office" at 3535 West Pipkin Road, Lakeland, Florida 33811, and with its parent office located in Washington, D.C. (1 GEICO Plaza, Washington, DC 20076-000). Defendant "GEICO" is an insurance carrier engaged in the business of issuing vehicle insurance in the various States across the United States. At all times pertinent to this Complaint, and at all times mentioned, Defendant "GEICO" was acting through its principal agents and servants, and said Defendant "GEICO" was acting individually and in concert, with each and all agents and servants and co-conspirators and employees, including but not limited to, subsidiaries and affiliates. "**GEICO**" for "**Vehicle Accident One**."

**3.** Defendant 21st Century Centennial Insurance Company (hereafter, "21st CCIC") is a Defendant. Defendant "21st CCIC" is a subsidiary of Zurich Insurance Group AG, with "21st CCIC"

**{ PAGE 3 OF 42 }   (JUNE 6, 2022)   { CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }**

principal place of business located at   4636 Somerton Road, Feasterville Trevose, Pennsylvania 19053-6742.  Defendant "21st CCIC" is an insurance carrier engaged in the business of issuing vehicle insurance in the various States across the United States. At all times pertinent to this Complaint, and at all times mentioned, "21st CCIC" was acting through its principal agent and servant, Anthony J. DeSantis (Chief Executive Officer), and said "21st CCIC" was acting individually and in concert, with each and all agents and servants and co-conspirators and employees, including but not limited to, "CEO" Anthony J. DeSantis, and Williams Loucks (COO – Chief Operating Officer). Plaintiff's 21ST CLAIM NO. - 1:  306076259-1; Plaintiff's 21ST CLAIM NO - 2: 3006076259-1-2. **"21st CCIC" for VEHICLE ACCIDENT TWO**."

**4.** Defendant Donald J. Trump (hereafter, Defendant "DJT") is a "private citizen" of the United States of America, and a resident of the State of Florida (Mar-a-Lago in Palm Beach, Florida). Plaintiff names "DJT" as a "private citizen." "DJT" was, and at all time herein mentioned was, duly appointed, and/or elected, employed, and acting as the President of the United States as associated with Exhibit "1" attached hereto and by reference incorporated herein.

**5.** Defendant William P. Barr (hereafter, Defendant "WPB)" was, and at all times herein mentioned was, duly appointed, and employed, and acting as U.S. Attorney for the United States of America. Each and all of the acts of Defendant "WPB" set forth herein were done by him acting individually and in concert, under the pretense of the statutes, ordinances, regulations, customs, and usages of the United States, and by virtue of, and under the authority of, his office as U.S. Attorney General.

**6.** Defendant Ellen A. Gorman (hereafter, Defendant "XXX-1"), now is, and at all time herein mentioned was, duly appointed, and/or elected, employed, and acting as a State Supreme Judicial Court Judge, in the State of Maine, and was the "principal co-conspirator" in the State of Maine Appeals referencing Plaintiff Roy A. Day (Appeal No. CUM-17-356  - AMENDED COMPLAINT – DENIED), and (Appeal No. CUM-17-346 - FILED AS THE AMENDED COMPLAINT - DENIED), and (Appeal No. CUM-17-355  - FILED AS THE AMENDED COMPLAINT - DENIED), and Appeal No.

CUM-18-157 (pertaining to this appeal, Plaintiff cannot comply with a July 30, 2018 deadline as a pauper and citizen-attorney) (for the aforesaid appeals, see State of Maine, Roy A. Day vs. Lorna Grey, et al., Supreme Judicial Court). Each and all of the acts of Defendant Ellen A. Gorman set forth herein were done by her acting individually and in concert, under the pretense of the statutes, ordinances, regulations, customs, and usages of the State of Maine, and by virtue of, and under the authority of, her office as a Maine State Court Judge. **CAVEAT**: Each and all of the acts of Defendant Ellen A. Gorman set forth herein were done by her, acting individually and in concert, pursuant to "**prior agreement" and "personal motivation" and "outside the authority of Judge Gorman**" (**not a judicial act), and in a willful, intentional, malicious, wanton and corrupt manner, and as the "PRINCIPAL CO-CONSPIRATOR" with Defendant GEICO in the instant case**" to prevent Plaintiff from having his "basic rights," and Constitutional Rights, and Civil Rights, in the State of Maine, and to prevent Plaintiff from obtaining Plaintiff's rights as a citizen-attorney and a pauper, specifically, the right to a fair and equitable trial by jury that is based on the facts, law, and evidence (see Exhibit "14" attached hereto and by reference incorporated herein). Defendant Gorman orchestrated an ABUSE OF POWER, and a MISCARRIAGE OF JUSTICE, and MACHINATIONS, specifically, "OBSTRUCTION OF JUSTICE AND TAMPERING WITH EVIDENCE." The evidence is overwhelming and beyond a reasonable doubt, and a preponderance of evidence, that Defendant Gorman entered orders ("cunningly, misleadingly, and deceptively" – fraud – intrinsic and extrinsic) that were **not judicial acts, but were based on "prior agreement" and "personal motivation**," as the principal co-conspirator to the Justices sitting on the Maine Supreme Judicial Court (aka MACHINATION COURT OF LAW).**CAVEAT**: When the instant Complaint references Defendant "GEICO" as a PRINCIPAL CO-CONSPIRATOR to "government employees," the said "government employees," include but not limited to, Defendant Ellen A. (sic "X") Gorman (her acts were pursuant to "**prior agreement personal motivation," – "not judicial acts**" - and her co-conspirators are NOT protected – see case law, infra). **CAVEAT**: Defendant "XXX" is a "sleazy, corrupt, unethical, dishonest, ..." who robs and rapes the citizens who are not represented by "licensed attorneys" at $300.00/hour. Defendant "XXX-1" is a .... genre – we no
**{ PAGE 5 OF 42 }    (JUNE 6, 2022)    { CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }**

longer can state what "…" until CIVIL War II arrives in this Nation and that "… "genre is eliminated with denouement! **NOTE**: Defendant "XXX-1" is listed as a party and Defendant to provide "indisputable" testimony as a witness pertaining to the FBI Criminal Report and Exhibit "14."

**7.** Defendant Kathryn K. Mizelle   (hereafter, Defendant "XXX-2"), now is, and at all time herein mentioned was, duly appointed, and/or elected, employed, and acting as a Federal Judge,  in the Middle District of Florida, Tampa, Division, and was the "principal co-conspirator" in reference to the "illegal" "Removal" of Defendant "GEICO," and Defendant "21ˢᵗ-CCIC," case from the State of Florida Courts (Florida Case No. 20-CA-005982 – Hillsborough County, Tampa Division)  to the Federal Courts (Federal Case 8:22-CV-58 – Middle District of Florida, Tampa Division), and subsequently denying the law, facts, and evidence existed pertaining to Plaintiff, and **obstructing justice and tampering with evidence** (See Exhibit "15" attached hereto and by reference incorporated herein). Each and all of the acts of Defendant "XXX-2" set forth herein were done by her acting individually and in concert, under the pretense of the statutes, ordinances, regulations, customs, and usages of the United States, and by virtue of, and under the authority of, her office as a Federal Judge. **CAVEAT**:  Each and all of the acts of Defendant "XXX-2" set forth herein were done by her, acting individually and in concert, pursuant to "**prior agreement**" and "**personal motivation**" and "**outside the authority of Judge Mizelle**" (**not a judicial act), and in a willful, intentional, malicious, wanton and corrupt manner, and as the "PRINCIPAL CO-CONSPIRATOR" with Defendant "21ˢᵗ CCIC," in the instant case**" to prevent Plaintiff  from having his "basic rights," and Constitutional Rights, and Civil Rights, in the State of Florida, and to prevent Plaintiff from obtaining Plaintiff's rights as a citizen-attorney and a pauper, specifically, the right to a fair and equitable trial by jury that is based on the facts, law, and evidence (see Exhibit "15" attached hereto and by reference incorporated herein). Defendant "XXX-2" orchestrated an ABUSE OF POWER, and a MISCARRIAGE OF JUSTICE, and MACHINATIONS, specifically, "OBSTRUCTION OF JUSTICE AND TAMPERING WITH EVIDENCE." The evidence is overwhelming and beyond a reasonable doubt, and a preponderance of evidence, that Defendant "XXX-2" entered orders ("cunningly, misleadingly, and deceptively" – fraud – intrinsic and extrinsic) that were **not**

{ PAGE 6 OF 42 }   {JUNE 6, 2022)   { CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }

**judicial acts, but were based on "prior agreement" and "personal motivation**," as the principal co-conspirator to Defendant "21st CCIC" (see Exhibit "15" attached). **CAVEAT**: When the instant Complaint references Defendant "21st CCIC," as a PRINCIPAL CO-CONSPIRATOR to "government employees," the said "government employees," include but not limited to, Defendant "XXX-2" (her acts were pursuant to "**prior agreement personal motivation," – "not judicial acts**" - and her co-conspirators are NOT protected – see case law, infra). **CAVEAT**: Defendant "XXX-2" is a "sleazy, corrupt, unethical, dishonest, ..." who robs and rapes the citizens who are not represented by "licensed attorneys" at $300.00/hour. **NOTE**: Defendant "XXX-2" is listed as a party and Defendant to provide "indisputable" testimony as a witness pertaining to the FBI Criminal Report (Exhibit "14", and Exhibit "15"). **CAVEAT**: To maintain simplicity, Plaintiff is not seeking damages (Plaintiff is entitled to damages, based on non-judicial acts) from Defendant "XXX-2" (only indisputable testimony). Defendant Trump and Defendant Barr were not fraudulently added as parties, contrary to Defendant "XXX-2" "fraudulent" statement in the Federal Case that Trump and Barr were fraudulently added as parties in the   to avoid a diversity-citizenship issue (See Exhibit "15" attached hereto and by reference incorporated herein – letter to "Defendant "XXX-2" from Plaintiff) (also see Exhibit "14" attached hereto – Criminal Report to Trump and Barr). Proper VENUE for Plaintiff's Complaint was the Florida Courts, with a "first year law student" able to ascertain the Florida Courts were proper based on citizenship from the same State, and the amount in controversy is under $75,000.00 (See Exhibit "18" attached hereto and by reference incorporated herein). Plaintiff's "legal experts" at law will testify accordingly.

**8.** Defendant is James M. Shaw, Jr., (hereafter, "JMS"), is a licensed attorney employed by the law firm of Butler Weihmuller Katz Craig LLP, and represents Defendant "21st CCIC" in <u>Dav v. GEICO General Insurance Company</u>, et al., Case No. 20-CA-005982, in the Thirteenth Judicial Circuit, Hillsborough County, Florida, Tampa Division (Removed "illegaly" to Federal Court with "improper" "VENUE": <u>Dav v. GEICO General Insurance Company, et al.</u>, Case No. 8:22-CV-58-KKM-SPF, in the United States District Court, for the Middle District of Florida, Tampa, Division). At all

**{ PAGE 7 OF 42 }    (JUNE 6, 2022)    ( CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }**

times pertinent to this Complaint, Defendant "JMS," was employed by  Butler Weihmuller Katz Craig LLP as a licensed attorney, with his legal residence and domicile in the State of Florida. In doing the acts and things hereinafter set forth, Defendant "JMS" was acting individually and in concert with Defendant "21ˢᵗ CCIC," and Defendant "XXX-2,"  in Defendant "JMS's" capacity as as licensed attorney representing Defendant GMLLC. Each and all acts of Defendant "JMS" set forth herein were done by Defendant "JMS," acting individually and in concert under pretense and by virtue of, and under the authority of, Defendant "JMS's" office as licensed attorney representing Defendant "21ˢᵗ CCIC" (and its various subsidiaries and affiliates, and agents, and servants, and co-conspirators, and employees).

**9.** Pursuant to the instant Complaint, Plaintiff sought damages in various licensed attorney courts of law for two vehicle accidents that Plaintiff was NOT liable.  The issue in Plaintiff's "initial" "vehicle accidents" complaints, which was a **SIMPLE LEGAL issue**,  was to obtain damages for the vehicle accidents. However, Defendants "GEICO," and 21ˢᵀ CCIC," were seeking to "**illegally**" dismiss Plaintiff's Complaint because Plaintiff was not represented by a licensed attorney at $300.00/hour using a "two-tier" system of justice. **Upon n information and belief**, Defendant "21ˢᵗ CCIC," and along with Defendant "JMS," his "legal department," determined that the Middle District of Florida (USDC), and the United States Court of Appeals for the Eleventh Circuit, have a VERY **STRONG ANTIPATHY** against Plaintiff and will not permit Plaintiff in their "licensed attorney courts."  Even though VENUE, and subject matter jurisdiction, were proper in the Florida Courts, Defendants "21ˢᵗ CCIC," and "JMS," "removed" Plaintiff's Complaint to Federal Court so the case would be illegally dismissed.  **VENUE IS SACROSANCT**!  Defendant "JMS," and his law firm, representing "21ˢᵗ CCIC," **solicited and obtained** Defendant "XXX-2" to begin a "*paso doble*" to "*manufacture pleadings and hearings*" to deny the law, facts and evidence existed pertaining to Plaintiff, with the overlay that Defendant "21ˢᵗ CCIC," and Defendant "JMS," and his law firm, refused and continued to refuse to file any **REPLY** to Plaintiff's Motion to Remand to remove the Federal Case bak to the Florida Courts for proper VENUE as the as the Rules). **CAVEAT**: The Local

**( PAGE 8 OF 42 )    (JUNE 6, 2022)    ( CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH )**

Federal Rules require a REPLY to either admit or deny the facts, law, and evidence. Defendant "21st CCIC," and Defendant "JMS," and his law firm, elected to "admit" the law, fact and evidence.   To add insult to injury, Plaintiff's Amended Complaint, that was filed under Defendant "XXX-2's" (aka "Trump-Judge-Mizelle") orders for Plaintiff to file an Amended Complaint, that "Trump-Judge-Mizelle" calls  a "shotgun pleading" (Question: Can "Trump-Judge-Mizelle" comprehend what she reads). To obstruct justice and tamper with evidence, "Trump-Judge-Mizelle" would not permit Plaintiff to appeal the "fraudulent orders" (intrinsic and extrinsic) orders entered against  Plaintiff by "Trump-Judge-Mizelle" so the "*paso doble*" was "consummated" with Defendant "21st CCIC," and Defendant "JMS," and his law firm, and Defendant "XXX-2," receiving accolades for their "illegal conduct" against the citizens, and taxpayers!  Plaintiff has been placed in a "class of persons" to be denied due process and equal protection of the law, and subjectd toa "two-tier" system of justice. CAVEAT: Plaintiff will have "expert-legal-witnesses" testify on the law, facts, and evidence pertaining to Defendant "XXX-2."

CAVEAT: There is NO res judicata in the instant case – see case law infra. Pursuant to the fraudulent orders entered against Plaintiff by "Trump-Judge-Mizelle" (the orders are VOID, NULL, AND ILLEGAL without proper VENUE), reflect what Defendant "XXX-2" is actually saying, specifically, "licensed attorney judges enter frivolous and vexatious orders against the citizens to deny the citizen access to the licensed attorney courts because the citizen is not represented by a licensed attorney at $300.00/hour, and did not pay a filing fee" – "two-tier" system of justice. CAVEAT: PLAINTIFF HAS NEVER FILED A FRIVOLOUS OR VEXATIOUS LAWSUIT!!!!!!!!!!!!!!!!!!!!!!!!! *TO THE CITIZENS OF THIS NATION: READ PLAINTIFF'S LAWSUITS*!!!!!!!!!!!!!!! Don't believe a licensed attorney judge's order – the orders are a fraud of the first order!!!!!! The licensed attorney judge's orders were entered against Plaintiff to libel and slander Plaintiff and place Plaintiff in a false light to the public. What the licensed attorneys are saying is that there is no peaceful resolution available to resolve a conflict, and that "civil war" is nigh" (Trump's "deplorables" and Clinton's "basement dwellers") (FOOD AND WATER – AND NOW TOILET PAPER BASED ON COVID-19 - OFF THE TABLE) to eliminate "licensed attorney"

**[ PAGE 9 OF 42 )    (JUNE 6, 2022)    ( CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH )**

"scam" law" that is protected by so-called "LEO's" (law enforcement officers – myrmidon's for licensed attorneys to maintain the $300.00/hour monopolistic fee). WE HAVE TO NOW STATE NOTHING IN THIS PLEADING IS TO BE INTERPRETED AS A THREAT BASED ON GOVERNMENT EMPLOYEES AND LICENSED ATTORNEYS BEING PARANOID IN THE YEAR A.D. 2022.

=========================================================

=========================================================

=========================================================

**10.** Since we are using "licensed attorney courts of "...," Plaintiff must place the following law in the instant Complaint, even though the law is not proper in a complaint. The following law reflects the instant complaint has proper venue in the Florida Courts based on citizens of the same State (Trump, and Day, and Mizelle, and Shaw)  are from the same State, and the amount in controversy is less than $75,000.00), and  is timely filed under any Statute of Limitation based on the Discovery Rule.

A "two-tier system of justice" is the order of the day in the "licensed attorney" Courts. (see Andrew Pretka, et al. v Kolter City Plaza II, Inc., 608 F.3d 744 (11th Cir. 2010 – see the amount of damages to remand, in the event this Complaint is illegally removed to Federal Court, with Trump, Mizelle, Shaw, and Plaintiff being citizens of the same State.  In addition, in the event this Complaint is illegal removed to Federal Court, the Federal Court has a clear

right to entertain the Motion to Remand pursuant to due order of pleadings (see <u>University of</u>
<u>South Alabama v. The American Tobacco Company, et al.</u>, 168 F3d 405, (11th Cir 1999)).

In the event this Complaint is illegally moved to Federal Court, the following facts are presented, since
the citizens must use "licensed attorney courts' to obtain "licensed attorney justice, and not people's justice:
The FACE OF THE RECORD in the instant Complaint reflects Plaintiff's Complaint is under $75,000.00, The
Federal Court can only turn to the **instant Complaint to determine damages and the FACE OF THE**
**RECORD**!  The instant case must be remanded immediately! A "two-tier system of justice" is the order of the
day in the Federal Courts. (see <u>Andrew Pretka, et al. v Kolter City Plaza II, Inc.</u>, 608 F.3d 744 (11th Cir. 2010
– see the amount of damages to remand). In addition, this court has a clear right to entertain the Motion to
Remand pursuant to due order of pleadings (see <u>University of South Alabama v. The American Tobacco</u>
<u>Company, et al.</u>, 168 F3d 405, (11th Cir 1999))

28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs, states:

```
"(a)The district courts shall have original jurisdiction of all civil
actions where the matter in controversy exceeds the sum or value of
$75,000, exclusive of interest and costs, and is between—
(1)
citizens of different States;
```

**CAVEAT**: Defendant Trump and Barr were **NOT FRAUDULENTLY JOINED TO AVOID**
**REMOVAL TO FEDERAL COURT** *"CONTRARY"* to a Defendant "XXX-2's," "Federal
Judge's" "antics" to state Trump was joined "fraudulently;" Defendant Trump and Barr were
joined as "indispensable" parties as associated with the Federal Criminal Complaint (see
Exhibit "14" attached hereto and by reference incorporated herein) filed with the Department of
Justice in reference to the **Discovery Rule** and the **Statute of Limitations**, specifically, the
testimony of Defendant Trump and Barr is "indispensable." **Defendant Trump and Plaintiff**
**{ PAGE 11 OF 42 }   (JUNE 6, 2022)   { CASE NO. 22-CA-002047:  COMPLAINT-AMEND-8TH }**

**are from the same State**, and the amount on the **FACE OF THE RECORD** in the **instant Complaint** is less than $75,000.00. Accordingly, the State of Florida Courts have competent venue and subject matter jurisdiction.

=================================================================

=================================================================

=================================================================

**11.** In effecting the unlawful conduct complained of hereinafter, the aforesaid Defendant "GEICO," and Defendant "21st CCIC," acted in concert and conspiracy with other persons or individuals, whose names and identities are not at this time known to Plaintiff, which said persons are hereafter referred to as agents or servants or co-conspirators or employees of Defendant "GEICO" and Defendant "21st CCIC."

**12.** This is a civil action for the violation of Plaintiff's Constitutional Rights, and a civil action brought to prevent deprivations under color of State Law, of certain rights, privileges, and immunities secured to Plaintiff by the Florida Constitution, with Defendant "GEICO," and Defendant "21st CCIC," being **PRICIPAL CO-CONSPIRATORS**, with **government employees**, to create a "two-tier system of justice," and for an order declaring unconstitutional the discriminatory acts of Defendant "GEICO," and Defendant "21st CCIC" as **co-conspirators with government employees**, and for the associated damages ("litigating fees") caused to Plaintiff by Defendant "GEICO," and Defendant "21st CCIC," as co-conspirators" with government employees illegal conduct.

**13.** This action is brought under the Florida Constitution, Section 2 (Basic Rights), and Section 9 (Due Process).

**{ PAGE 12 OF 42 }   {JUNE 6, 2022}   { CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }**

**14.** In addition, this action is brought pursuant to the "**cunning, misleading, and deceptive**" (fraud) conduct of Defendant "GEICO's," and Defendant "21st CCIC's," "co-conspirator conduct" to "payoff" (cash in various forms to conceal and cover-up the illegal conduct) "licensed attorney judges" to deny the law, facts, and evidence exist when pertaining to Plaintiff, creating a "**two-tier**" **system of justice** with the overlay to "tear-up" the Constitution of the State of Florida, Section 2 (Basic Rights), and Section 9 (Due Process), specifically, **the law does NOT operate on all ALIKE**. In addition, this action is brought for a Declaratory Judgment to determine the validity and legality of Defendant "GEICO's" course of "**cunning, misleading, and deceptive**" (fraud) conduct to **create a two-tier system of justice so the LAW DOES NOT OPERATE ON ALL ALIKE** as associated with the Constitution of the State of Florida, creating an illegal and anti-competitive milieu.

========================================================================

========================================================================

========================================================================

========================================================================

**15.** Since we are using "licensed attorney courts of "...," Plaintiff must place the following case law in the instant Complaint, even though case law is not proper in a complaint. The following case law reflects the instant complaint is timely filed under any Statute of Limitation based on the Discovery Rule.

## <u>PLAINTIFF'S COMPLAINT IS NOT BARRED BY ANY STATUTES OF</u>

## <u>LIMITATION FOR CONTRACT LAW, OR TORTS LAW</u>.

Pursuant to Plaintiff's instant Complaint as associated with Plaintiff's vehicle crash,

Plaintiff is not barred from filing any complaint using contract law, or law sounding in torts,

based on Exhibit "14" attached hereto and by reference incorporated herein. July 21, 2020 date

would be the "potential date" for the Statute of Limitation to begin to toll based on the filing of

the Criminal Charges at the FBI, and as referenced under the "Discovery Rules"; however the

"actual date" for the Statute of limitations to begin to toll would be the date the FBI

"investigation report" is released and dated. Accordingly, the true and correct date for the

Statute of Limitations begins to toll pertaining to Plaintiff's instant Complaint as associated

with the vehicle crash is the "actual date - Discovery Date" of the FBI investigation report!!!!!

Plaintiff's Fifth Complaint (the instant Complaint) provides Florida State Law **<u>only</u>**, and NO

Federal issues (Defendants Donald Trump and William Barr are named as "indisputable"

parties); however the **<u>facts and issues</u>** surrounding Defendants Trump and Barr, and the

Federal Criminal Complaint (see Exhibit "14" attached hereto and by reference incorporated

herein) reflect "indisputable" parties and witnesses for the instant Complaint.

**CAVEAT**: Defendants Trump and Barr are  named as parties so the issues would be entertained and reached. Defendants Trump and Barr are "indispensable" "parties" and "witnesses" as associated with the Federal Criminal Complaint (see Exhibit "14" attached hereto and by reference incorporated herein) filed with the Department of Justice in reference to the **Discovery Rule** and the **Statute of Limitations**, specifically, the testimony of "witnesses Trump and Barr is "indispensable."

At this stage of litigation, based on the attached Exhibit "14," July 21, 2020 would be the date when the Statute of limitation begins to toll on Plaintiff's instant Complaint, and any subsequent Complaints filed associated with the vehicle crash (NOTE: The actual date of the FBI criminal report will be the <u>actual date</u> the Statute of Limitation begins to toll – Federal Case Law supports this issue!). The Discovery Rule is controlling. **CAVEAT**: DEFENDANT GEICO, AND DEFENDANT "21ST CCIC,"  CANNOT HIDE BEHIND CRIMINAL LAW TO DENY PLAINTIFF COMPENSATION FOR A VEHICLE CRASH! The FBI, as associated with the criminal investigation, will testify in the Florida Courts (proper Venue), along with Defendants Trump, and Barr (Defendants Trump and Barr will provide "indispensable testimony"), along with the Grand Jury members. Accordingly, there is NO the diversity of citizenship (Trump, Mizelle, Shaw,  and Day are from the same State) present, with the amount in damages is less than $75,000.00 on the **FACE OF THE RECORD for the instant Complaint ONLY** – Florida Courts have proper Venue – THERE IS NO FEDERAL ISSUE.

Definition of the Discovery Rule:

"**A rule that expands the statute of limitations,** such that the time period during which a lawsuit may be initiated begins from the moment the victim of the tort or plaintiff becomes aware of the act of alleged malpractice."

In <u>James E. Ross v. John Garabedian</u>, 433 Mass. 360 (2001), Supreme Judicial Court of Massachusetts, Middlesex, the court generated a **<u>prima facie</u>** example of the "Discovery Rule" infra:

"In 1999, James E. Ross filed a lawsuit against John Garabedian. According to the lawsuit, Garabedian began sexually abusing Ross in 1968. Ross was 13-year-old at the time the abuse began.
"Ross filed the lawsuit approximately 30 years after the alleged abuse took place. Although outside of the statute of limitations, Ross' legal team argued the case was still valid under the state of Massachusetts three-year discovery rule.
"According to their argument, the abuse took place between 1968 and 1971. However, Ross did not discover the psychological impact of his abuse until 1996 during therapy.
"A court of appeals sided with Ross; recognizing the trauma and delayed action of an abuse survivor."

Even though the aforesaid <u>Ross</u> case is a Massachusetts case, and not a Florida case, or for the Federal Eleventh Circuit (in the event thcase is illegal removed to Federal Court), the Discovery Rule can be extrapolated to the Florida Courts, or the Federal Courts, based on the well defined Discovery Rule in the <u>Ross</u> case, which used **<u>EXCELLENT "syntax" and "context"</u>** to provide a Discovery Rule definition. Accordingly, the FBI report date that is released for the investigation for the Criminal Conduct (see Exhibit "1" attached hereto and by

reference incorporated herein) would be the actual date for the Statute of Limitations to begin pertaining to Plaintiff's instant Complaint, and the associated facts for the vehicle crash for the instant case. Plaintiff's Complaint, in reference to the vehicle crash, whether sounding in Contract law, or sounding in Torts, is properly before the court, and timely filed, for the instant case, and future cases in the Florida Courts.

In Klehr v. A.O. Smith Corp., 521 U.S. 179 (1997), the U. S. Supreme Court elaborates on the Discovery Rule associated with the Statute of Limitations in reference to the "RICO" Act and the Clayton Act and the extension of time for the Statute of Limitations.

There are numerous Federal and State Court cases on the Discovery Rule associated with "child abuse" cases, and "criminal investigations" by law enforcement pertaining to the extension of time for a Statute of Limitation. In the instant case, the FBI criminal investigation (see Exhibit "14" attached hereto) is the actual date when the Statute of Limitations begins to Toll for the instant Complaint as associated with Plaintiff's vehicle crash. Case Closed on the fraudulent statement by a "licensed attorney court of "…," "antics" that Plaintiff's Complaints are barred by the Statute of Limitation!!!!!!!!!!!

In <u>State of Florida v. Larry King,</u> 282 So.2d 162 (1973), Supreme Court of Florida

(Rehearing Denied September 24, 1973), the court held:

> "Thus, the controlling question is the time at which the two year
> statute of limitation involved began to run: (1) at the time the
> victim knew or by the exercise of reasonable diligence should have
> known of the crime, or (2) at the time the victim makes demand upon
> the defendant to pay over."

Since proper Venue is the State of Florida for the instant Complaint, the aforesaid

enumerated <u>State of Florida</u> case clearly defines the Statute of Limitations for the instant

Complaint as associated with Plaintiff's vehicle crash, specifically, the FBI criminal report (See

Exhibit "14" attached hereto) will reflect the true and correct date that the Statute of Limitations

begins to toll for Plaintiff's instant Complaint associated with the vehicle crash (and present,

and future, Complaints filed in the Florida Courts as associated with Plaintiff's vehicle crash).

DEFENDANT "GEICO," AND DEFENDANT "21ST CCIC,"  CANNOT HIDE BEHIND

CRIMINAL LAW!

<u>NOTE</u>: Even though the following case law is not from this Circuit, the law is well settled, and

can be be extrapolated to this Circuit – Florida law would be controlling on the vehicle contract,

since the contract was initiated in the State of Florida (Florida Courts have proper Venue).

In <u>U.S. Rubber Co. v. Lucky Nine, Inc.</u>, 159 So.2d 874 (Fl. App. 1963), the court

held:

**{ PAGE 18 OF 42 }   (JUNE 6, 2022)   ( CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }**

"Doctrine of res judicata should not be applied to protect one guilty of fraud, deceit, or misrepresentation."

See Plaintiff's Criminal Charges filed with the F.B.I. and Defendant Barr (See Exhibit "1" attached hereto). There is no res judicata in the instant case since the court orders are based on fraud (intrinsic and extrinsic), deceit, and misrepresentation as enumerated in the above-cited U.S. Rubber Co. case.


Hercules Carriers, Inc. v. Claimant State of Florida, Dept. of Transp., 768 F2d 1558 (CA11 Fla. 1985), the court held:

"Most significant consideration in determining whether to invoke collateral esstoppel is whether party had full and fair opportunity to litigate issue to be estopped."


U.S. v. Hartley, 612 F2d 1009 (CA Fl. 1980), the court held:

"Collateral estoppel applies when an issue of ultimate fact has once been determined by valid and final judgment."


Even though the aforesaid case law is not from this Circuit, the law is well settled on the issue of *res judicata* and a collateral estoppel, and the general tenet can be extrapolated to this Circuit. *Res judicata* cannot be applied to protect the citizens who engaged in  fraud, deceit, or misrepresentation against Plaintiff as more fully stated in Plaintiff's Complaint in the instant case, and as enumerated in the above-entitled U.S. Rubber Co. case. The facts in Plaintiff's Complaint are clear and certain and full and satisfactory that Plaintiff was denied a full and fair opportunity to litigate the issues to be estopped as enumerated in the above-entitled Hercules Carriers, Inc. case. The orders entered by the licensed attorney judges against Plaintiff were not valid and a final judgment, but were a **"covert-criminal-operation"** to rob and rape Plaintiff of

{ PAGE 19 OF 42 }    {JUNE 6, 2022}    { CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }

the **"collateral damages"** and the **"damages that are due and payable on the vehicle insurance contract"** as enumerated in the above-entitled U.S. case. The licensed attorney courts engaged in "obstruction of justice" and "tampering with evidence," with the law, facts, and evidence being non-existent pertaining to Plaintiff, who was not represented by a licensed attorney at $300.00/hour, and unable to pay a filing fee. See Plaintiff's Criminal Complaint filed with Defendant Barr and the F.B.I. (see Exhibit "14" attached hereto and by reference incorporated herein)

In Kaspar Wire Works, Inc. vs. Leco Engineering & Mach, Inc., 575 F2d 530 (1978), the court held:

> "Judicial finality, predicate for res judicata, arises only from final decision rendered after parties have been given reasonable opportunity to litigate claim before court of competent jurisdiction."

It is self-evident truth in the instant case that Plaintiff was denied a reasonable opportunity to litigate Plaintiff's claim based on the fraudulent sanctions claim of $4,000.00, with *res judicata* not being applicable in the instant case as enumerated in the above-entitled Kaspar Wire Works, Inc. case.

In Missouri v. P.R. Co. Mackey, 127 US 205 (1888), the Court held:

> "Due process of law, within meaning of 14th amendment is secured if laws operate on all **alike**, and do not subject individual to arbitrary exercise of powers of government."

In Frost v. Corporation Com. of Oklahoma, 278 US 515 (1929), the Court held:

**{ PAGE 20 OF 42 }   (JUNE 6, 2022)   { CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }**

"Purpose of equal protection clause in federal Constitution is to rest rights of all persons **upon same rule under similar circumstances.**"

The Fourteenth Amendment to the Constitution of the United States, states:

"... nor shall any State deprive any person of life, liberty or property, without due process; nor deny to any person within its jurisdiction the equal protection of of the law."

In <u>Mitchell v. W.T. Grant Co.</u>, 416 US 600 (1974), the Court held:

"Due process of law guarantees no particular form of procedure; it protects substantial rights."

The law did not operate on all alike under similar circumstances. It is self-evident that Plaintiff has been denied due process and equal protection of the law as enumerated in the above-cited cases.

===================================================================

===================================================================

===================================================================

===================================================================

**16.** Plaintiff brings and prosecutes this action under the State of Florida "Class Action" Statutes pursuant to the Florida Rules of Civil Procedure as a "Class Action" for himself and a representative of and on behalf of all persons similarly situated, to wit, each and every Florida citizen that is being subjected to Defendant "GEICO's," and defendant "21st CCIC's," "**cunning, misleading, and deceptive**" conduct to create a "**two-tier system of justice**" (the Class denied due process and equal protection of the law) to have "licensed attorney judges" (after receiving cash under the table – cash in various forms to conceal and cover-up the illegal conduct)" institute an

**( PAGE 21 OF 42 )    (JUNE 6, 2022)    ( CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH )**

illegal and anti-competitive milieu to ensure the **LAW DOES NOT OPERATE ON ALL ALIKE** unless a "licensed attorney" is representing a citizen at $300.00/hour, violating the Constitution of the State of Florida.

**17.** Plaintiff has been informed and believes, and on such information and belief alleges, that the class members are so numerous that joinder of all members is impracticable. The prosecution of separate actions by the individual class members, even if possible, would create a risk of: (A.) inconsistent or varying adjudications with respect to individual class members against Defendant "GEICO," and Defendant "21st CCIC," and which could establish incompatible standards of conduct for the Defendant "GEICO" and Defneant "21st CCIC," or (B.) adjudications with respect to individual class members which would, as a practical matter, be dispositive of the interests of the other class members not parties to the adjudications or which would substantially impair or impede the ability of the class members to protect their interests.

**18.** There are substantial questions of law and facts on the controlling issue that Plaintiff, and the Class, are being subjected to Defendant GEICO's and Defendant "21st CCIC's" "**cunning, misleading, and deceptive**" conduct to create a "**two-tier" system of justice**" (the Class denied due process and equal protection of the law) to ensure the **LAW DOES NOT OPERATE ON ALL ALIKE** to deny **policyholders** "collateral damages" that are due and payable, and the right to contract to receive "damages" that are due and payable from an insurance contract that a citizen has timely paid monthly premiums. Plaintiff, and the Class, are being prohibited from obtaining "collateral damages" from a vehicle accident that an opposing party was 100% liable based on Defendant "GEICO's" and Defendant "21st CCIC's" "cunning, misleading, and deceptive" conduct to ensure the **LAW DOES NOT OPERATE ON ALL ALIKE**. The aforesaid issues are common to the claim of Plaintiff against Defendant "GEICO," and Defendant "21st CCIC," and to the claim of each of the class members against Defendant "GEICO" and Defendant "21st CCIC." The question of Plaintiff, and the Class, being subjected to the "denial" of "damages" that are due and payable where an opposing party is 100% liable, has generated a "**two-tier system of justice" (the Class denied due process and equal protection of the law)**, one in which a policyholder who hires a licensed

**{ PAGE 22 OF 42 }   (JUNE 6, 2022)   { CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }**

attorney at $300.00/hour to have the law, facts, and evidence admitted, and the other system is for citizens who do not have a licensed attorney representing them to have the law, facts, and evidence denied as existing. Such a course has created "<u>artificially high, non-competitive prices, for vehicle insurance, and that are unconscionable, unreasonable and unfair,</u>" and violate the State of Florida Anti-Trust Laws, governing and dispositive of the claims against Defendant "GEICO," and Defendant "21st CCIC," of each Class member. The claims of Plaintiff herein are typical, in all important respects, of the claims of each and all of the Class members, and are based and arises out of the identical facts constituting the unlawful conduct of Defendant "GEICO" and Defendant "21st CCIC," to continue to engage in "cunning, misleading, and deceptive" conduct to create a "**two-tier system of justice**" (the Class denied due process and equal protection of the law) to ensure the **LAW DOES NOT OPERATE ON ALL ALIKE**,  in the year A.D. 2022, as associated with the emerging "world-global-village-economy," and "digital-electronic-age," resulting in THE DENIAL OF "DAMAGES" THAT ARE DUE AND PAYABLE," with the overlay of "artificially high, non-competitive vehicle insurance policies, that are unconscionable, unreasonable and unfair prices."

**19.**   Plaintiff will fairly and adequately represent the interests of the Class and the individual members due to the reason of the similarity or identity of the claim of Plaintiff and the individual Class members, specifically, each and every "policyholder" of Defendant "GEICO's" and Defendant "21st CCIC's'" products and services who are being subjected to Defendant "GEICO's" and Defendant "21st CCIC's" "cunning, misleading, and deceptive" conduct to create a "**two-tier system of justice**" (the Class denied due process and equal protection of the law) to ensure the **LAW DOES NOT OPERATE ON ALL ALIKE** to prevent "damages" form being paid to a policyholder. Such a course has generated "**artificially high, non-competitive vehicle insurance prices, that are unconscionable, unreasonable and unfair,**" and violate the State of Florida Anti-Trust Laws, as associated with the emerging "world-global-village-economy," and "digital-electronic-age."   The successful assertion of Plaintiff's claims herein will necessarily establish determinations of fact and law adequate to prove liability of Defendant GEICO," and Defendant "21st CCIC," and to each Class member. The questions of law and fact common to Plaintiff against Defendant "GEICO," and

**[ PAGE 23 OF 42 ]   [JUNE 6, 2022]   [ CASE NO. 22-CA-002047; COMPLAINT-AMEND-8TH ]**

Defendant "21ˢᵗ CCIC," and to the claims of all Class members against Defendant "GEICO" and Defendant "21ˢᵗ CCIC," to subject Plaintiff to Defendant "GEICO's" and Defendant "21ˢᵗ CCIC's," "cunning, misleading, and deceptive" conduct to create a "**two-tier system of justice**" (denied the Class due process and equal protection of the law) that ensures the **LAW DOES NOT OPERATE ON ALIKE** that denied Plaintiff, and the Class, "damages" that were due and payable, with the overlay of generating "artificially high, non-competitive vehicle insurance prices, and that are unconscionable, unreasonable and unfair prices," and violate the State of Florida Anti-Trust Laws, as associated with the "world-global-village-economy,"  and "digital-electronic-age," with the overlay of subjecting, Plaintiff, and Defendant "GEICO's" and Defendant "21ˢᵗ CCIC's" policyholders to monopolistic practices, predominate over questions, if any affecting only individual members, and a class action is superior to other available methods, if in fact any other methods are available which Plaintiff denies, for the fair and efficient adjudication of the matters alleged herein.

**20.**   Insofar as the State of Florida Laws sounding in "torts" for "**cunning, misleading, and deceptive" conduct by Defendant "GEICO" and Defendant "21ˢᵗ CCIC's" to deny policyholders "damages" that are due and payable**, and as associated with the Florida Anti-Trust Laws, are applicable to Defendant 'GEICO's'  course of "co-conspirator" illegal action, Defendant "GEICO" and Defendant "21ˢᵗ CCIC" have violated   State of Florida Laws sounding in "**torts" for "cunning, misleading, and deceptive" conduct by Defendant "GEICO" and Defendant "21ˢᵗ CCIC," to deny policyholders "damages" that are due and payable with the LAW NOT OPERATING ON ALL ALIKE**, and violating the Florida Anti-Trust Laws, and the various States' Anti-Trust Laws, in the following respects:

   **a. DEFENDANT "GEICO"**:   Plaintiff is seeking "collateral damages" pertaining to a vehicle accident.

**FACTS FOR "GEICO" VEHICLE ACCIDENT**, infra (**VEHICLE ACCIDENT ONE**):

**b.** Plaintiff initially filed a Complaint in Federal Court to obtain the "collateral damages," but since there was a delay on serving the parties, Plaintiff filed a Complaint in the State Court of Maine (hindsight – a mistake based on corrupt, unethical … Judges ([e]llen [g]orman) "…") – Maine was the residence of the opposing parties. The vehicle accident occurred on April 29, 2016, in Pasco County, Florida (Florida Highway Patrol – See Crash Number 85318748 – See Exhibit "1" attached hereto and by reference incorporated herein) (See Reporting Agency Case Number: FHPC16OFF044620 – See Exhibit "2" attached hereto and by reference incorporated herein). The wrongdoer was driving  a vehicle in a willful, intentional, malicious, and "cunning, deceptive, and misleading" (fraudulent) conduct at a high rate of speed in a library parking lot with the overlay with a "fit of rage," to willfully, intentionally, and maliciously cause damage to "specific vehicles" as a "target."

**c.** At that time and place of the vehicle accident, supra, the wrongdoer negligently operated or carelessly maintained said motor vehicle so that it collided with various vehicles in the Hudson Library parking lot, including but not limited to, Plaintiff's vehicle (2015 Chevrolet Spark). The wrongdoer is insured by Defendant "GEICO." For judicial economy, and so the record is clear and certain and full and satisfactory, Plaintiff incorporates the following EXHIBITS as if expressly stated and viewed herein, viewed "quasi-attached" hereto and by reference incorporated herein – the ladies and gentlemen of the jury can view the following evidence (NOTE: Perform a "search" on Google's "YOU TUBE" for "LORNA KENNETH GREY" for the following EXHIBITS):

EXHIBIT "3" – see Google's "YOU TUBE" for VIDEOS and a SLIDESHOW of the motor vehicle accident. Two "long" VIDEOS, and six "short" VIDEOS, one Slideshow, entitled: (a) Video – May 11, 2016 ; (b) Video Voice Hudson; (c) "Lorna Kenneth Grey" Slideshow; (d) Six "short" VIDEOS.

EXHIBIT "4" – see Google's "YOU TUBE" for a VIDEO entitled "LORNA KENNETH GREY" with Roy A. Day's picture – entitled: "Voice – Video – Hudson Vehicle Accident – April 29, 2016 – Scofflaws Lorna and Kenneth Grey's Vehicle – Path of Destruction."

EXHIBIT "5" – "Animation" of the motor vehicle accident - see the following address  in the browser address bar:
https://goo.gl/photos/z8w85FPHfZ7BSKPBA

EXHIBIT "6" – "Photos" of the motor vehicle accident. See the following address in the browser address bar:
https://photos.google.com/share/AF1QipM22yrttGvNcxRNc5HqS39YWD54w82vaperpzNX1cFavXaZAoUsldyV
j0FRc5DlbQ?key=bXc1eEs3NmNRQTFOa3REMWpPZDhnSFQ0WTVFZ093

NOTE: The aforesaid VIDEOS and PHOTOS are also on Defendant "GEICO's" claim website pertaining to the motor vehicle accident.

**d.** The attached Exhibit "2" (Reporting Agency Case Number: FHPC16OFF044620), reflects that the wrongdoer was charged with negligent driving, but the evidence at the accident scene shows a more severe charge should have been brought, and the wrongdoer conspired to placed falsehoods on the record with the Florida Highway Patrol to conceal and cover-up the willful, intentional, malicious, and "cunning, deceptive, and misleading" ("fraud") conduct. The aforesaid EXHIBITS "3" through "6" show evidence that the wrongdoer was scheming after the motor vehicles were hit, when in fact, the wrongdoer attempted a "hit-and-run" and/or was scheming an insurance-scam, with a "specific-target-vehicle" for the vehicle accident. NOTE: If the wrongdoer was "accelerating" as stated in the report (see Exhibit "2") the vehicle would have generated brake marks at the ninety degree turn (the vehicle would have possibly overturned, but the vehicle made a slow-smooth right turn – the evidence shows this fact). Most importantly, if the vehicle was "accelerating," the vehicle's "front-end" would be totally destroyed when the tree was hit (the front-end of the wrongdoer' vehicle reflects a "slow-smooth" "scheming" hit and not an "accelerating" hit). Plaintiff made the aforesaid facts clear and certain and full and satisfactory to the Director of Florida' Motor

**[ PAGE 26 OF 42 ]   [JUNE 6, 2022]   [ CASE NO. 22-CA-002047:  COMPLAINT-AMEND-8TH ]**

Vehicle Department and the Florida Highway Patrol (See EXHIBIT "7" and "8" attached hereto and by reference incorporated herein).

### END FACTS FOR "GEICO" VEHICLE CRASH (VEHICLE ACCIDENT ONE).

Plaintiff's "collateral damages" are DUE AND PAYABLE!  The State of Maine Courts (licensed attorney judges) began an orchestrated campaign to deny Plaintiff access based on a "two-tier system of justice" by denying the law, facts, and evidence existed pertaining to Plaintiff based on Plaintiff not being represented by a licensed attorney at $300.00/hour. Plaintiff was forced and coerced to file an appeal in the Maine State Courts pursuant to the Maine Rules of Appellate Procedure, specifically, a BRIEF. The opposing party in the Maine case, being  a BILLION DOLLAR corporation (Defendant GEICO), hired a licensed attorney law firm, and the BILLION DOLLAR corporation elected **NOT** to file a REPLY BRIEF, as the Maine Rules of Appellate Procedure require (See Maine Rules of Appellate Procedure, No. 7, infra). Such a course **has admitted each and all facts, issues, and law as stated in Plaintiff's BRIEF**. A Maine Supreme Court Justice (ellen X gorman – lower case letters for a dishonest, unethical, sleazy, corrupt, ...) refused to admit the Maine Rules of Appellate Procedure, No 7,  existed for Plaintiff and dismissed the appeal because Plaintiff was not represented by a licensed attorney at $300.00/hour. (**CAVEAT**: ALL THE ORDERS ENTERED IN THE MAINE STATE COURT CASE, AND SUBSEQUENTLY, IN THE FEDERAL COURTS, WERE ENTERED PURSUANT TO "PRIOR AGREEMENT" AND "PERSONAL MOTIVATION" – NOT JUDICIAL ACTS – THE ORDERS WERE ENTERED TO **OBSTRUCT JUSTICE AND TAMPER WITH EVIDENCE**, INTER ALIA - SEE FEDERAL CRIMINAL COMPLAINT FILED WITH U.S. ATTORNEY WILLIAM BARR AND THE DEPARTMENT OF JUSTICE) (Also see the Rankin case, infra, pertaining to a judges **prior agreement and personal motivation**). The aforesaid two-tier system of justice, with the **LAW NOT ACTING ON ALL ALIKE**, violated Plaintiff Fourteenth Amendment rights of due process and equal protection of the law, with the overlay that [ellen X gorman], inter alia,  "**obstructed justice" and "tampered with evidence**," inter alia (Federal Criminal Charges have been filed). The Federal Courts (U.S. District, and the U.S. Court of Appeals for the First Circuit) used the "obstruction of justice" and "tampering with evidence" order to deny Plaintiff the "collateral damages" that are due and payable!  Federal Criminal Charges have been filed on the aforesaid criminal conduct pertaining to the obstruction of justice and tampering with evidence.  In addition, a Federal "Civil" Complaint was filed on the aforesaid violation of Plaintiff's Fourteenth Amendment rights pursuant to the State of Maine, and [ellen X

**( PAGE 27 OF 42 )    (JUNE 6, 2022)    ( CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH )**

gorman's"] criminal conduct, but the "buddy" system denied the law, facts, and evidence existed when

pertaining to Plaintiff, and the Federal Courts would NOT permit Plaintiff to have "meaningful access" to the

Federal Courts to obtain the "collateral damages" and expose the two-tier system of justice operating in the

Maine State Courts. As reflected, infra, Plaintiff will have former U.S. Attorney General William P. Barr, and

former President Donald Trump, testify on the criminal complaint filed, and the "obstruction of justice" and

"tampering with evidence," inter alia. There is NO res judicata, and the "collateral damages" issue, and

associated evidence, has NEVER been entertained or reached. If there was a licensed attorney representing

Plaintiff, Plaintiff would not be writing and presenting the instant Class Action case. PLAINTIFF HAS BEEN

DENIED PLAINTIFF'S COLLATERAL DAMAGES BASED ON "CUNNING,, MISLEADING, AND DECEPTIVE"

(FRAUD – INTRINSIC AND EXTRINSIC) CONDUCT, WITH AN OVERLAY OF **OBSTRUCTION OF JUSTICE**

**AND TAMPERING WITH EVIDENCE, INTER ALIA**. THE LAW DOES NOT OPERATE ON ALL ALIKE!!!!!!!!!! A

TWO-TIER SYSTEM OF JUSTICE IS CONTROLLING AGAINST ANY CITIZEN WHO IS NOT REPRESENTED BY

A licensed attorney AT $300.00/HOUR!!!!!!!!!!!!!!!!!!!!!!!!!!

Maine Rules of Appellate Procedure, Rule 7, Schedule for Briefing and Consideration, states:

"(a) Briefing Schedule.  Upon determining that the record on appeal is complete, the Clerk of the Law Court
shall promptly send to each counsel of record and each party that is not represented by counsel a written
notice stating: (1) the dates on which the appellant's brief, the appellee's brief, and the appendix are due to be
filed; and (2) the date on which appellant's reply brief, if any, is due to be filed.  The due dates stated in the
notice for briefing, filing the appendix, and consideration are not affected by any later transcript order,
procedural motion, or court order unless the Law Court orders otherwise.

"(b) Time for Filing Briefs.

"(1) Track A Appeals.  In a Track A appeal, the appellant shall file the appellant's brief within 28 days (4
weeks) after the date that the record on appeal is complete.  The appellee shall file the appellee's brief within
56 days (8 weeks) after the date that the record on appeal is complete, and the appellant may file a reply brief
within 14 days after the date that the appellee's brief is filed."

It is not proper to place case law in a Complaint, but the instant Complaint is "precedential."

In Rankin v. Howard, 633 F2d 844 (9th Cir 1980), the Court held:

"A judges private, prior agreement, to decide in favor of one party is not a
'judicial act' for purpose of judicial immunity."

**[ PAGE 28 OF 42 ]   (JUNE 6, 2022)   [ CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH ]**

**There is no res judicata in the instant case (See Exhibit "10" attached hereto and by reference incorporated herein** – No Res Judicata as reflected on the evidence documented by the "Department of Justice," and Defendant William P. Barr, and Defendant Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice!!!!!!!!!!!!

**There is no res judicata in the instant case (See Exhibit "11" attached hereto and by reference incorporated herein** – No Res Judicata as reflected on the evidence documented by the "Department of Justice," and Defendant William P. Barr, and Defendant Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice!!!!!!!!!!!!

**There is no res judicata in the instant case (See Exhibit "12" attached hereto and by reference incorporated herein** – No Res Judicata as reflected on the evidence documented by the "Department of Justice," and Defendant William P. Barr, and Defendant Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice!!!!!!!!!!!!

**NOTE – NOTE – NOTE – NOTE – NOTE**: TO ADD INSULT TO INJURY, DEFENDANT "GEICO" PAID $20,000.00 TO "…" WHO CAUSED MAJOR INJURIES AND DESTRUCTION, ALL BASED ON A "SECRET LICENSED ATTORNEY" REPRESENTING THE "…" (the MSM – MainStream Media -  as expected, did NOT mention in the article that a "SECRET LICENSED ATTORNEY" was representing "…"). **See EXHIBIT "13" attached hereto and by reference incorporated herein**. The is a classic prima facie example what the vehicle insurance monopolistic, non-competitive pricing, is paying for at the policyholders expense !!!!!!!!!!!!!!!!!!!!!!!!! Defendant GEICO would not pay Plaintiff one penny ($.01) for the "Collateral Damages," but would pay the law firm one hundred thousand dollars, and pay a judge cash under the table to deny the law, facts, and evidence existed when pertaining to Plaintiff to ensure the facts and issues in reference to the vehicle crash were never reached or entertained, and the case was illegally dismissed.

## FACTS FOR "21ˢᵗ CCIC" VEHICLE ACCIDENT, infra (VEHICLE ACCIDENT TWO

**e.** Plaintiff is seeking "damages" **pertaining to a vehicle accident that occurred EIGHT YEARS AGO (OVER 2920 DAYS)**. Defendant "21ˢᵗ CCIC" will not converse (verbal, email, text, fax) with Plaintiff since Defendant "21ˢᵗ CCIC" paid the judges cash under the table to deny Plaintiff meaningful access to the licensed attorney courts (cash in various forms to conceal the illegal conduct). Plaintiff has been paid Zero Dollars, and Zero Cents ($0.00) (PLAINTIFF PAID SIX YEARS ON THE INSURANCE POLICY, AND HAS RECEIVED NOT ONE PENNY IN  DAMAGES), with the overlay that the crash facts and issues have never been

**[ PAGE 29 OF 42 ]    (JUNE 6, 2022)   [ CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH ]**

entertained for EIGHT YEARS due to Plaintiff not being represented by a licensed attorney at $300.00/hour. See Exhibit "9" attached hereto and by reference incorporated herein – Crash Report.

Plaintiff was involved in a vehicle accident which occurred on June 23, 2012, in Pasco County, Florida (Florida Highway Patrol - See Reporting Agency Case Number: FHPC12OFF050449; Reporting Agency CAD Number: TBRC12CAD066562) (See Florida criminal traffic case number: 512012CT7220WIK000WS) (See Florida traffic case numbers: 127219WIK and 127221WIK), with the overlay that the wrongdoer was driving a vehicle with NO FLORIDA VEHICLE LICENSE FOR DRIVING IN THE STATE OF FLORIDA, AND IN THE VARIOUS STATES, AND THE UNITED STATES, AND NO VEHICLE INSURANCE. See Exhibit "9" attached hereto and by reference incorporated herein.

On June 23, 2012, a motor vehicle that was operated by the wrongdoer was involved in an accident with a motor vehicle driven by Plaintiff Roy A. Day, on U.S. 19 at the intersection of Embassy Boulevard (Port Richey, Florida), specifically, while Plaintiff was stopped for a red light in Port Richey, Florida, at the intersection of U.S. 19 and Embassy Boulevard (Port Richey, Florida) (an EXTREMELY BUSY INTERSECTION WITH SIX LANES OF TRAFFIC) facing in a North direction on U.S. 19, the wrongdoer (A DRUG ADDICT, ALCOHOLIC, TRASH AND GARBAGE OF SOCIETY, ETC.), traveling at a high rate of speed, at or about fifty-five miles per hour, rear-ended Plaintiff's "stopped" vehicle (the wrongdoer had NO FLORIDA VEHICLE LICENSE FOR DRIVING IN THE STATE OF FLORIDA, AND IN THE VARIOUS STATES, AND THE UNITED STATES, AND NO VEHICLE INSURANCE). Further, on June 23, 2012, the wrongdoer was scheming with her co-conspirators, and/or agents, and/or servants, to defraud insurance carriers with the attempt to cause a "multi-vehicle accident" at a major intersection on U.S. 19, with six lanes of traffic, by willfully, intentionally, wantonly, and maliciously crossing six lanes of high volume traffic on U.S. 19 (see Florida – Pasco County – traffic criminal court file in case number – see pleadings filed by Plaintiff in the criminal court file on the facts for the "vehicle-insurance-scheming-conduct" of the wrongdoer) (crossing six lanes of traffic on U.S. 19, the wrongdoer was attempting a "hit-and-run" to leave the accident scene, but the wrongdoer's vehicle stop running). For judicial economy, Plaintiff repeats and realleges each and all pleadings filed by Plaintiff in the

**( PAGE 30 OF 42 )   (JUNE 6, 2022)   ( CASE NO. 22-CA-002047;   COMPLAINT-AMEND-8TH )**

aforesaid Florida – Pasco County - criminal traffic court case (512012CT7220WIK000WS), as if the aforesaid pleadings were expressly stated herein) (the wrongdoer was attempting a "hit-and-run," but the wrongdoer's vehicle was damaged and would not fully operate to consummate the "hit-and-run").

The wrongdoer  negligently operated or carelessly maintained said motor vehicle so that it collided with the motor vehicle in which Plaintiff Roy A. Day was driving, with the overlay that the wrongdoer was driving a vehicle with NO FLORIDA VEHICLE LICENSE FOR DRIVING IN THE STATE OF FLORIDA, AND IN THE VARIOUS STATES, AND THE UNITED STATES, AND NO VEHICLE INSURANCE. Defendant "21st CCIC" totaled Plaintiff's vehicle, but Plaintiff contested the amount and the facts in the insurance report. Defendant "21st CCIC" would not converse with Plaintiff (voice, fax, email, text) pertaining to the totaled vehicle, so based on the "contractual relationship" between Plaintiff and Defendant "21st CCIC," as associated with the insurance policy Plaintiff was paying-on, Plaintiff wrote  "contractual-legal-language" letters to the  "CEO" Anthony J. DeSantis, and Williams Loucks (COO – Chief Operating Officer), for Defendant "21st CCIC," as referenced to that specific date and time. Anthony J. DeSantis, and Williams Loucks, refused and continued to refuse to answer the "contractual-legal-language" letters (the aforesaid individuals had a legal obligation to answer the aforesaid letters, or suffer the legal consequences of their actions). Plaintiff filed a Complaint against Anthony J. DeSantis, and Williams Loucks, but the BILLION DOLLAR Corporation had a law firm file pleadings that did NOT answer the facts and issues pertaining to the vehicle accident, but filed pleadings to DENY Plaintiff meaningful access to the court with proper venue and subject matter jurisdiction by paying cash under the table to the judge (cash in various forms to conceal the illegal conduct) to transfer the Complaint to another venue (**VENUE AND SUBJECT MATTER JURISDICTION WERE PROPER – THE JUDGE DENIED THE LAW PERTAINING TO PLAINTIFF**) to have the Judges in the new venue dismiss Plaintiff's complaint **without entertaining or reaching the damages issue for the vehicle crash** (the court, as co-conspirator with the BILLION DOLLAR CORPORATION -  attorneys of record - used a fraudulent sanctions issue to illegally dismiss the Complaint) (**obstruction of justice and tampering with evidence is the norm for the aforesaid judges – the orders issued were not judicial acts, but were entered pursuant to "prior agreement" and "personal motivation"**).  PLAINTIFF HAS BEEN **PAID ZERO DOLLARS AND ZERO CENTS ($0.00) FOR A VEHICLE CRASH THAT OCCURRED EIGHT YEARS AGO** (2920 DAYS), WITH THE OVERLAY THAT PLAINTIFF PAID SIX YEARS ON THE VEHICLE INSURANCE POLICY, AND THE DAMAGES WERE DUE AND PAYABLE. To add INSULT TO INJURY, when Plaintiff contacted Defendant "21st

**{ PAGE 31 OF 42 }   {JUNE 6, 2022}   { CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }**

CCIC" to pick-up Plaintiff's totaled vehicle, Defendant "21st CCIC" would not converse with Plaintiff (one of Defendant "21st CCIC" employees stated that the employee would contact corporate and let plaintiff know – the employee never contacted Plaintiff). Plaintiff made numerus attempts to have Plaintiff vehicle picked-up, but Defendant "21st CCIC" refused and continued to refuse to pick-up Plaintiff's vehicle. Subsequently, Plaintiff's vehicle was "repossessed" by the Financial Institution, and Plaintiff's **CREDIT RATING DESTROYED**! PLAINTIFF HAS BEEN PAID ZERO DOLLAR AND ZERO CENTS ($0.00) FOR THE TOTALED VEHICLE!!!!!!!!!!!!! Plaintiff seeks (settled) in punitive damages to place Defendant "21st CCIC" out-of-business for destroying Plaintiff's credit rating (the ladies and gentlemen of the jury have full and complete province of this issue and fact).

## END FACTS FOR "21ST CCIC" VEHICLE ACCIDENT  (VEHICLE ACCIDENT TWO)

**There is no res judicata in the instant case (See Exhibit "10" attached hereto and by reference incorporated herein** – No Res Judicata as reflected on the evidence documented by the "Department of Justice," and Defendant William P. Barr, and Defendant Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice!!!!!!!!!!!!!

**There is no res judicata in the instant case (See Exhibit "11" attached hereto and by reference incorporated herein** – No Res Judicata as reflected on the evidence documented by the "Department of Justice," and Defendant William P. Barr, and Defendant Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice!!!!!!!!!!!!!

**There is no res judicata in the instant case (See Exhibit "12" attached hereto and by reference incorporated herein** – No Res Judicata as reflected on the evidence documented by the "Department of Justice," and Defendant William P. Barr, and Defendant Donald J. Trump, on the Federal Criminal Complaints filed by Plaintiff on obstruction of justice and tampering with evidence, inter alia, as associated with a two-tier system of justice. The ladies and gentlemen of the jury will see documents and evidence on the two-tier system of justice presented by Mr. Barr and the Department of Justice!!!!!!!!!!!!!

**21.** No adequate remedy exists at law for redress of those deprivations, which continue to occur and will occur in the future, unless Defendant GEICO's course of conduct is declared by this court as being void, null and illegal, in the year A.D. 2022.

**22.** Plaintiff, and the Class, have been subjected to "cunning, misleading, and deceptive" (fraud – Intrinsic and Extrinsic) conduct, resulting in the denial of due process and equal protection of the law by Defendant "GEICO's" and Defendant "21st CCIC's" co-conspirators, agents, and servants, with the overlay Plaintiff, and the Class, have been subjected to artificially high, non-competitive prices, for vehicle insurance, that are unconscionable, unreasonable and unfair," and violate the State of Florida Anti-Trust Laws.

**23.** That by virtue of the Constitutional violations, and the willful, intentional, wanton, reckless, malicious, fraudulent (intrinsic and extrinsic) conduct of Defendant "GEICO" and Defendant "21st CCIC" aforesaid, and as a proximate result thereof, Plaintiff, and the Class, have been damaged in the SUM CERTAIN of (to be determined by the ladies and gentlemen of the jury).

**24.** As a further proximate result of Defendant "GEICO's" and Defendant "21st CCIC's" Constitutional violations, and the fraudulent conduct throughout the occurrences described above in paragraphs "6" through "22" and as a direct and proximate result of Defendant "GEICO's" and Defendant "21st CCIC's" willful, intentional, wanton, reckless and malicious actions, individually and in concert, Plaintiff, and the Class, have suffered great mental pain and suffering with fright, chagrin, embarrassment, anger, nausea, nightmares, difficulty sleeping and his social life destroyed in the SUM of (to be determined by the ladies and gentlemen of the jury, and will continue to suffer.

**25.** That said fraudulent conduct was done to conceal and cover-up Defendant "GEICO's" and Defendant "21st CCIC's" course of illegal conduct against Plaintiff, and The Class. The wrong done by Defendant "GEICO," and Defendant "21st CCIC," individually and concert, was aggravated by that kind of willfulness, wantonness and malice for which the law allows the imposition of

{ PAGE 33 OF 42 }   (JUNE 6, 2022)   { CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }

exemplary damages. Plaintiff shows that an award of substantial exemplary damages would serve not only to deter Defendant "GEICO," and Defendant "21st CCIC," and Defendant "GEICO's" and Defendant "21st CCIC,'s" agents, and servants, and co-conspirators, and employees, and subsidiaries, and affiliates, from engaging in the aforesaid course of illegal conduct, but it would also serve as a warning or deterrent to others similarly situated. Accordingly, Plaintiff sues for exemplary damages in the SUM of (to be determined by the ladies and gentlemen of the jury) against Defendant "GEICO" and Defendant "21st CCIC." That said fraudulent conduct was done to conceal and cover-up Defendant "GEICO's" course of illegal conduct against Plaintiff. The wrong done by Defendant "GEICO," and Defendant "21st CCIC," individually and concert, was aggravated by that kind of willfulness, wantonness and malice for which the law allows the imposition of exemplary damages. Plaintiff shows that an award of substantial exemplary damages would serve not only to deter Defendant "GEICO," and Defendant "21st CCIC," and Defendant "GEICO's" and Defendant "21st CCIC's" agents, and servants, and co-conspirators, and employees, and subsidiaries, and affiliates, from engaging in the aforesaid course of illegal conduct, but it would also serve as a warning or deterrent to others similarly situated.

**26.** Due to the aforesaid facts, supra, no other adequate remedy exists at law for redress of the course of illegal conduct by Defendant "GEICO" and Defendant "21st CCIC," against Plaintiff, and others similarly situated (The Class), which continue to occur and will occur in the future, unless this court permits Plaintiff, and those similarly situated (The Class), to have immediate "ACCESS" to this Court, to obtain relief from Defendant, to cease and desist Defendant "GEICO's" and Defendant "21st CCIC's" "PREMEDITATED AND PREARRANGED" "CUNNING, DECEPTIVE AND MISLEADING PROCEDURES."

**27.** Plaintiff is entitled to a declaratory judgment declaring the acts of Defendant "GEICO's" and Defendant "21st CCIC's" "cunning, misleading, deceptive" (fraud of the first order) conduct to deny Plaintiff collateral damages.

**28.** In addition this is an action for declaratory judgment to ensure Defendants Donald J. Trump – "DJT," and William P. Barr - "WPB," are properly before the court, and to testify with evidence from the Department of Justice for the ladies and gentlemen of the jury on the Criminal FEDERAL Complaints (see Exhibit "14" attached hereto and by reference incorporated herein) filed by Plaintiff pursuant to a **two-tier system of justice** that denied Plaintiff's collateral damages, and the damages on a totaled vehicle that was damaged over 2,920 days ago by a drug addict with no driver's license and no insurance, with Defendant "GEICO," and Defendant "21st CCIC,"  conspiring with agents, servants, and co-conspirators to deny the law, facts, and evidence existed when pertaining to Plaintiff, and to obstruct justice and tamper with evidence, including but not limited to, the Maine Appellate Rules of Procedure (Rule 7) were NON-Existent for Plaintiff, and the Federal Rules of Civil Procedure, and Federal Venue Statutes, were non-existent for Plaintiff, specifically, THE LAW DID NOT OPERATE ON ALL ALIKE!

**29.** To reflect how corrupt the licensed attorney courts are in A.D. 2022, Plaintiff filed a CRIMINAL COMPLAINT with Attorney General Mueller on a false arrest and imprisonment (see Exhibit "16" attached hereto and by reference incorporated herein). The aforesaid reflect the planting of a jury member on the jury panel, and subsequently, the Judge removing an element of the criminal statute to ensure Plaintiff was convicted. The case pertained to the right to freedom of speech, but the corrupt legal system used a stalking statute to trump-up the charge . The attached Exhibit "16" speaks for itself on the two-tier system of justice.

==============================================================
==============================================================

In <u>Rankin v. Howard</u>, 633 F2d 844 (9th Cir 1980), the Court held:

"A judges private, prior agreement, to decide in favor of one party is not a 'judicial act' for purpose of judicial immunity."

"An immune judges private co-conspirators do not enjoy derivative immunity."

For Defendant "XXX-1" and Defendant "XXX-2," to conspire with Defendant "GEICO," and Defendant "21ˢᵗ CCIC," and Defendant "JMS," to refuse and continue to refuse to admit the law, facts and evidence exist, including but not limited to, proper VENUE, and existent of Rules of Civil Procedure when pertaining to Plaintiff, was Defendant "XXX-1's," and Defendant "XXX-2's," private, prior agreement to decide in favor for Defendant GEICO and Defendant "21ˢᵗ CCIC," and Defendant "JMS," was NOT a "judicial act" for the purpose of judicial immunity as enumerated in the above-cited <u>Rankin</u> case. Further, Defendant "XXX-1's" and Defendant "XXX-2's" private co-conspirators (Defendant GEICO and Defendant "21ˢᵗ CCIC," and Defendant "JMS), do not enjoy derivative immunity as enumerated in the above-cited <u>Rankin</u> case.

=================================================================
=================================================================

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands that the following relief be granted:

<u>a.</u> Declare that Defendant "GEICO" and Defendant "21ˢᵗ CCIC" have engaged in fraud of the first order, using "cunning, mislead, and deceptive" conduct, with the overlay that Defendant GEICO," and Defenant "21ˢᵗ CCIC," as **PRINCIPAL CO-CONSPIRATORS** WITH GOVERNMENT EMPLOYEES (including Defendant "XXX"1 and Defendant "XXX-2"), have conspired with agents, servants, and co-conspirators to have the agents, servants, and co-conspirators orchestrate a campaign against Plaintiff to violate Plaintiff's, and the Class, Constitutional Rights of due process and equal protection of the law with the **LAW NOT ACTING ALL ALIKE**; declare that Defendant "GEICO," and Defendant "21ˢᵗ CCIC," and Defendant "GEICO's" and Defendant "21ˢᵗ CCIC's" agents,

**( PAGE 36 OF 42 )   (JUNE 6, 2022)   ( CASE NO. 22-CA-002047:  COMPLAINT-AMEND-8TH )**

servants, and co-conspirators, have  violated various States' Anti-Trust Laws, including but not limited to, the State of Florida, insofar as Defendant "GEICO's" and Defenant "21st CCIC's" course of conduct has denied Plaintiff, and others similarly situated (The Class), the right to obtain a fair, reasonable, equitable and competitive price in the year A.D. 2022 for vehicle insurance that is NOT "artificially high,"  as associated with a "non-competitive vehicle insurance policy, that is unconscionable, unreasonable and unfair price;" Declare that Donald J. Trump, and William P. Barr, are "indisputable" "parties" and "witnesses" for the associated Federal Criminal Complaint filed with the United States Department of Justice (see Exhibit "14" attached).

b. Granting Plaintiff judgment against Defendant GEICO" and Defendant "21st CCIC" for compensatory damages in the amount of (to be determined by the ladies and gentlemen of the jury) against Defendant "GEICO" and Defendant "21st CCIC" (as a PRINCIPAL CO-CONSPIRATORS  with "government employees").

c. Granting Plaintiff judgment against Defendant "GEICO" pursuant to mental pain and suffering damages, in the SUM of (to be determined by the ladies and gentlemen of the jury) against Defendant "GEICO," and Defendant "21st CCIC," with interest at the lawful rate until judgment; that Plaintiff have and recover interest on that judgment at the rate of twenty percent (20%) per annum until paid.

d. Granting Plaintiff judgment against Defendant "GEICO" and Defendant "21st CCIC" for exemplary damages in the amount of (to be determined by the ladies and gentlemen of the jury) against Defendant "GEICO,"  and Defendant "21st CCIC," that Plaintiff have and recover interest on that judgment at the rate of twenty percent (20%) per annum until paid.

e. Declare the aforesaid damages are less than the Federal Requirement of $75,000.00, and there is NO FEDERAL ISSUES, and there are citizens of the same State, with the Florida Courts having proper venue, and subject matter jurisdiction.

f. Awarding Plaintiff cost and reasonable attorneys' fees ("litigating fees"), and in the event of appeal to the State Appellate Court, and the Florida Supreme Court, and the United States District Court, and the United States Court of Appeals, and the Supreme Court of the United States,
( PAGE 37 OF 42 )   (JUNE 6, 2022)   ( CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH )

Plaintiff have and recover additional attorneys' fees ("litigating fees") and reasonable cost and expense of that action.

g. Declare that Defendants "DJT," and "WPB," are properly before the court to testify with evidence from the Department of Justice on Plaintiff's behalf pertaining to the FEDERAL CRIMINAL COMPLAINTS (see Exhibit "14") filed by Plaintiff with the Department of Justice on the two-tier system of justice that has denied Plaintiff collateral damages, and damages for a vehicle crash over 2,920 days ago; declare that the grand jury members on the Federal Complaints for a two-tier system of justice will testify on behalf of Plaintiff.

h. Declare that Defendant "XXX-1," and Defendant "XXX-2" ("Trump-Judge-Mizelle") have established a two-tier system of justice in their courts and the said courts must be dismantled and replaced with a court that honors the law, facts, and evidence for a citizen that is not represented by a licensed attorney at $300.00/hour.

i. Granting Plaintiff such other and further relief as may be just.

### COUNT TWO:

**1.** Plaintiff, ROY A. DAY, is a citizen of the United States of America and a resident of the State of Florida.

**2.** Defendant Donald J. Trump (hereafter, Defendant "DJT") now is, and at all time herein mentioned was, duly appointed, and/or elected, employed, and acting as the President of the United States.

**3.** Defendant William P. Barr (hereafter, Defendant "WPB)" now is, and at all times herein mentioned was, duly appointed, and employed, and acting as U.S. Attorney for the United States of America. Each and all of the acts of Defendant "WPB" set forth herein were done by him acting

**{ PAGE 38 OF 42 }   (JUNE 6, 2022)   { CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }**

individually and in concert, under the pretense of the statutes, ordinances, regulations, customs, and usages of the United States, and by virtue of, and under the authority of, his office as U.S. Attorney General.

**4.** This is an action for declaratory judgment to ensure Defendants "DJT," and "WPB," are properly before the court, and to testify with evidence from the Department of Justice for the ladies and gentlemen of the jury on the Criminal FEDERAL Complaints filed by Plaintiff pursuant to a two-tier system of justice that denied Plaintiff's collateral damages, and the damages on a totaled vehicle that was damaged over 2,920 days ago by a drug addict with no driver's license and no insurance, with Defendant "GEICO," and Defendant "21st CCIC," conspiring with agents, servants, and co-conspirators to deny the law, facts, and evidence existed when pertaining to Plaintiff, and to obstruct justice and tamper with evidence, including but not limited to, the Maine Appellate Rules of Procedure (Rule 7) were NON-Existent for Plaintiff, and the Federal Rules of Civil Procedure, and Federal Venue Statutes, were non-existent for Plaintiff, specifically, THE LAW DID NOT OPERATE ON ALL ALIKE!

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands that the following relief be granted:

i. Declare that Defendants "DJT," and "WPB," are properly before the court to testify with evidence from the Department of Justice on Plaintiff's behalf pertaining to the FEDERAL CRIMINAL COMPLAINTS filed by Plaintiff with the Department of Justice on the two-tier system of justice that has denied Plaintiff collateral damages, and damages for a vehicle crash over 2,920 days ago; declare that the grand jury members on the Federal Complaints for a two-tier system of justice will testify on behalf of Plaintiff..

k.    Granting Plaintiff such other and further relief as may be just.

REQUEST FOR A TRIAL BY JURY

     Plaintiff Roy A. Day in the above-entitled and numbered matter demands a trial by jury of all issues so triable in said matter on the grounds that it is entitled to such trial by virtue of having complied with all requisites of the Florida Rules of Civil Procedure (proper venue is the Florida Courts), and there exists in this case an adequate and complete remedy at law.


Respectfully submitted,


/s/  Roy A. Day

Roy A. Day
P.O. Box 33
Tarpon Springs, Florida
USA       34688-0033


BY:  /s/ Roy A. Day   (I.D. NO. ???-??-2452)

     ROY A. DAY
     P.O. BOX 33
     TARPON SPRINGS, FLORIDA
     USA       34688-0033
     TELEPHONE: 727-6428636
     EMAIL: royaday@hotmail.com
     Citizen-Attorney for Plaintiff Roy A. Day


**CONTACT INFORMATION:**

ROY A. DAY
P.O. BOX 33
TARPON SPRINGS, FLORIDA
USA       34688-0033
-------------------------------------------------------------------------------------------
VOICE: (PRIMARY: 727-6428636)
-------------------------------------------------------------------------------------------
FAX, and VOICE: 206-4951708
-------------------------------------------------------------------------------------------
MOBILE DEVICE– TEXT MESSAGE (NO EMAIL TEXT MESSAGE): 727-6428636
-------------------------------------------------------------------------------------------

EMAIL ADDRESS and MOBILE Pocket PC address:   royaday@hotmail.com
-------------------------------------------------------------------------------------------


**{ PAGE 40 OF 42 }   {JUNE 6, 2022}   { CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH }**

**INDEX - EXHIBITS**:

EXHIBIT "1" – Crash Report 85318748 – "GEICO"

EXHIBIT "2" – Reporting Agency Report No. FHPC16OFF044620 – GEICO"

EXHIBIT "3" – GOOGLE "YOU TUBE" – 8 Videos, 1 Slideshow – "GEICO"

EXHIBIT "4" – GOOGLE "YOU TUBE" – Video – Roy A. Day – "GEICO"

EXHIBIT "5" – GOOGLE – "YOU TUBE" "Animation"  - "GEICO"

EXHIBIT "6" – GOOGLE – "Photos" – "GEICO"

EXHIBIT "7" – 2 letters to Director Rhodes – GEICO"

EXHIBIT "8" – 2 letters to Lt. Glenny – GEICO"

EXHIBIT "9"  —  FHP Crash Report "21st CCIC"

EXHIBIT "10"  —  Case Law for Res Judicata NOT Applicable for the instant case

EXHIBIT "11" —  Case Law for Rule 7 Maine Rules of Appellate Procedure – Etc.

EXHIBIT "12"  —  Case Law – prior agreement – personal motivation – NOT judicial act

EXHIBIT "13"  —  Crash Payout to wrongdoers

EXHIBIT "14"  - FEDERAL CRIMINAL REPORT FILED WITH FBI – TRUMP AND BARR

EXHIBIT "15" – Defendant "XXX-2's" Letter

EXHIBIT "16" – CRIMINAL REPORT TO ATTORNEY GENERAL MUELLER ON FALSE ARREST

EXHIBIT "17" – NOTICE TO SUE – Gorman, and Mizelle

EXHIBIT "18" – AMENDED COMPLAINT


**CAVEAT**: FOR THE PURPOSE OF THE INSTANT COMPLAINT, WHEN DEFENDANT "GEICO" AND DEFENDANT "21ST CCIC," ARE REFERENCED IN THE INSTANT COMPLAINT, IT REFERS, RELATES, PERTAINS, AND MENTIONS "AGENTS, AND SERVANTS, AND CO-CONSPIRATORS, AND EMPLOYEES." N.B. – NOTA BENE: FOR THE LADIES AND GENTLEMEN OF THE JURY: THE AMOUNT OF DAMAGES TO BE DETERMINED BY YOU - THE FLORIDA COURTS HAVE PROPER VENUE – THERE IS NO FEDERAL ISSUE.

STATE OF FLORIDA
IN THE CIRCUIT COURT FOR THIRTEENTH JUDICIAL CIRCUIT
HILLSBOROUGH COUNTY, FLORIDA
CIVIL LAW DIVISION

ROY A. DAY,
ON BEHALF OF HIMSELF AND
AS CLASS ACTION ON BEHALF
OF OTHERS SIMILARLY SITUATED,
      Plaintiffs

VS.                                       C.A.  22-CA-002047

GEICO GENERAL INSURANCE COMPANY,  et al.,

      Defendants

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

      BEFORE ME, the undersigned authority, on this day personally appeared Roy A. Day, who being by me duly sworn on his oath deposed and said that he is the Plaintiff in the above-entitled action, that he has read Plaintiff's Complaint and that every statement therein is within his personal knowledge true and correct.

              /s/ Roy A. Day
           ——————————————————
              Roy A. Day

      I declare under penalty of perjury that the foregoing Complaint is true and correct, and I understand that a false statement in this declaration will subject me to penalties for perjury. NOTE: This declaration complies with the State of Florida Statutes for Perjury, and 28 USC 1746, in lieu of an affidavit - Plaintiff is a pauper and cannot afford to pay another notary public to sign this form. Plaintiff is appearing as a citizen-attorney, and such a course has the same weight of evidence as an affidavit.

Executed this 6th day of June, 2022.

              /s/ Roy A. Day
           ——————————————————
             Roy A. Day

**( PAGE 42 OF 42 )   (JUNE 6, 2022)   ( CASE NO. 22-CA-002047;  COMPLAINT-AMEND-8TH )**

